# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**AMY SHIRLEY OLIVER, as Personal**
**Representative of the Estate of Anthony**
**Carl Oliver, Sr., deceased, for and on behalf**
**of the survivors of the Estate of Anthony**
**Carl Oliver, Sr.,**

        **Plaintiff,**

**-vs-**                                      **Case No. 6:06-cv-1671-Orl-31DAB**

**CITY OF ORLANDO, LORI FIORINO,**
**Orlando Police Department Officer; DAVID**
**BURK, Orlando Police Department Officer;**
**TASER INTERNATIONAL, INC.,**
        **Defendants.**
_____

## ORDER

This cause came on for consideration with oral argument on the following motions filed herein:

> **MOTION:**    **MOTION TO QUASH (Doc. No. 63)**
>
> **FILED:**      **February 23, 2007**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

> **MOTION:**    **MOTION OF DEFENDANTS TO COMPEL PRODUCTION OF MENTAL HEALTH, DRUG AND ALCOHOL TREATMENT, AND MEDICAL RECORDS FROM THE SALVATION ARMY (Doc. No. 68)**
>
> **FILED:**      **March 12, 2007**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED in part**. The Salvation Army will produce within eleven 11 days the documents sought following its redaction of Decedent's communications with ordained ministers.

> **MOTION:** **MOTION OF DEFENDANTS TO COMPEL PRODUCTION OF MENTAL HEALTH, DRUG AND ALCOHOL TREATMENT, AND MEDICAL RECORDS FROM THE DEPARTMENT OF VETERANS AFFAIRS (Doc. No. 69)**
>
> **FILED:** **March 12, 2007**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**. The Department of Veterans Affairs will produce within eleven 11 days the documents sought and supported in the Affidavit of Robert Bonner, Esq. (Doc. No. 70-2).

All documents produced pursuant to this Order shall be maintained in confidence by counsel and used only in connection with this litigation (including restricted disclosure to experts).

**DONE** and **ORDERED** in Orlando, Florida on April 11, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record