# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| AMY SHIRLEY OLIVER, as Personal Representative of the Estate of ANTHONY CARL OLIVER, SR., Deceased, for and on behalf of the survivors of the Estate of ANTHONY CARL OLIVER, SR., | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | )Case 6:06-CV-1671-ORL-31-DAB ) |
| CITY OF ORLANDO, a political subdivision of the State of Florida; LORI FIORINO and DAVID BURK; and TASER INTERNATIONAL, INC. a foreign corporation | ) ) ) ) ) ) |
| Defendants. | ) |

Expert Report: Jeffrey D. Ho, MD

Pursuant to Fed. R. Civ. P. 26(a)(2), I, Jeff Ho, hereby submit my report that contains a complete statement of all opinions to be expressed and the bases and reasons therefore; the data and other information I considered in forming the opinions; the exhibits or list of references I used as a summary of or support for the opinions; my qualifications, including a list of all publications authored within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which I have testified as an expert at trial or by deposition within the preceding four years.

_Jeffrey D. Ho, MD, FACEP_

April 3, 2008

Case: Oliver v. City of Orlando, et al.
Case #: 6:06-CV-1671-ORL-31-DAB

**\*Introduction**

I have been retained as an expert medical consultant on behalf of the Defendant, TASER International, Inc. (TASER) for this case.  I have been asked to provide my opinions about the effects of the electrical output from a TASER® electronic control device (ECD or device) on human physiology and what its human effects are in this particular case. My opinions offered in this case are rendered to a reasonable degree of medical probability.

I reserve the right to supplement or modify this statement if and when I acquire additional relevant information prior to the time of trial.

**\*Qualifications**:

I am a practicing, residency trained and board-certified emergency medicine physician and hold an academic appointment at the University of Minnesota Medical School.  I also hold a full-time peace officer license in the State of Minnesota and currently work as a deputy sheriff. I have previous experience as a firefighter/EMT and have fellowship training specifically in the area of EMS/pre-hospital emergency care.  I have 9 years of reserve military service and I currently serve as a medical director to several EMS agencies in the upper Midwest.  I am also an expert medical research consultant on in-custody death issues to TASER International and maintain certification as a TASER

Instructor. My area of expertise includes research in the area of sudden and unexpected

death in law-enforcement custody and also the physiologic effects of non-lethal

electronic control devices (ECD). I have conducted numerous research studies on these

devices and have had my work published in peer-reviewed medical journals and have

presented at national/international meetings and assemblies on these topics. I have been

allowed to provide expert opinions on TASER ECD effects on human subjects in other

legal cases. My opinions in this case are based on the above qualifications.  In addition to

these qualifications, I will refer interested persons to my attached CV for further

qualifications and information.

**\*Publications in the last 10 years**:

Please refer to my curriculum vitae for a listing of publications.

**\*Compensation**:

<u>Hourly billing rate</u>: $350.00 per hour for time spent actively working on this case
(reviewing, writing, testifying, providing deposition) regardless of location.

<u>Travel Billing Rate</u>: $350.00 per hour during business hours (8a-5p) and $175.00 per
hour during non-business hours (5p-8a) for travel time for purposes of business related to
this matter. Travel expenses are to be reimbursed. Domestic first class travel will be
allowed for commercial travel over 6 hours from home station.

**\*Previous testimony or deposition as an expert within the last 4 years**:

1. Morrison v. Muskingum County Sheriff Robert J. Stephenson, et al. (October 2007-deposition, February 2008-court testimony; expert for the defense, civil use of force case)

2. Lomax v. Las Vegas Metropolitan Police Department, et al. (October 2007 ; expert for the defense, civil wrongful death case)

3. Heston v. City of Salinas, CA, et al. (June 2007; expert for the defense, civil wrongful death case)

4. Giannetti v. City of Stillwater, OK (August, 2005; expert for the defense, civil wrongful death case)

5. United States of America v. Jason Malone (July, 2005; expert for the prosecution, criminal evidence suppression and use of force case)

6. Walker v. City of Edina, MN (August, 2004; expert for the defense, civil wrongful death case)


**\*Reviewed Documents**

I have reviewed the following documents in preparing this report:

1. Autopsy photos taken by the medical examiner

2. 2nd Amended Complaint

3. TASER Amended Answer and Affirmative Defense to 2nd Amended Complaint

4. Plaintiff Response to TASER's Motion to Dismiss

5. Case Management and Scheduling Order

6. TASER 1st Supplemental Rule 26 Disclosures

7. Orlando Police Department Incident Report #2004-1939999

8. FL Dept. of Law Enforcement Investigative Summary (OR-27-0038)

9. FL Dept. of Law Enforcement Criminal History of decedent

10. Assorted photos of the scene

11. WKMG Channel 6 news broadcast

12. Depositions of Amy Oliver, Eileen Slater, Lori Fiorino, Jan Garavaglia, Rick Smith, Robert Stratbucker

13. Brevard County Sheriff's Office prior arrest records

14. Melbourne Police Department prior arrest records

15. Orange County Sheriff's Office prior arrest records

16. Lake Mary Police Department Stolen Vehicle Report (01-04-000788)

17. TASER M26 analysis report (3-6-07) from Mr. Andrew Hinz

18. Florida Marriage Record of Anthony Carl Oliver

19. Divorce Judgment of Anthony Carl Oliver

20. Bank Record of decedent

21. Rehabilitation Records of decedent

22. Employment Records of decedent

23. Autopsy Report and Medical Examiner Work File

24. Interrogatories of Amy Oliver (3-7-07 and 4-2-07)

**\*Case Summary:**

These are the facts of the case that I consider relevant in forming my opinion. The decedent in this case is Mr. Anthony Carl Oliver (DOB 3/12/62) who was 42 years old, 74 inches tall and weighed 260 pounds at the time of his autopsy. These measurements yield a Body Mass Index of 33.4 which places him in the "obese" category per federal guidelines.[1] Mr. Oliver had a history of crack cocaine abuse with attempts at rehabilitation and had issues of resisting law enforcement authorities previously.[23]

On May 31, 2004, Mr. Oliver was in ahighway median appearing to need help. An Orlando Police Department (OPD) officer stopped to render assistance at which time Mr. Oliver exhibited agitated behavior and battered the officer's squad car. This resulted in several other officers being called to the scene to help control Mr. Oliver. During the interaction with the officers, it is reported that Mr. Oliver exhibited unsubstantiated paranoia (belief that persons in a car dealership were trying to shoot him) and erratic, dangerous behavior (walking into traffic and resisting attempts to remove him from traffic).

During the interaction with OPD officers, it was noted that he had something in his mouth that was believed to be crack cocaine. Mr. Oliver refused to comply with OPD officers' requests to remove himself from the danger being in traffic. Mr. Oliver physically resisted an OPD officer and received several applications from a single TASER® M26 electronic control device (ECD) in the deployed probe method with probe locations to his back. Mr. Oliver received multiple, sequential applications from the

6

same ECD because of his continued noncompliance and agitation. Because of his continued agitation and resistance, at some point, the ECD wires became disconnected and a second probe deployment was made with probe locations to his abdomen.  Mr. Oliver received additional sequential ECD applications to this body location and was finally able to be controlled by OPD officers.

It is reported that during the encounter, after each of the ECD applications, Mr. Oliver immediately continued to be agitated and resist. It is reported that after several of the ECD applications, Mr. Oliver would return to his feet to continue this behavior.  After the final ECD application, OPD officers were able to get Mr. Oliver under control although he continued to be combative and scream.  During a search of Mr. Oliver, a contraband pipe with apparent cocaine residue was found.

EMS was present to evaluate Mr. Oliver after this incident and he was reported to be alive during their evaluation of him. He sat up for approximately 1 minute during his transport to the ambulance and then was noted to collapse. The point at which Mr. Oliver was noted to be in cardiopulmonary arrest was several minutes after the last ECD application.

It is reported that Mr. Oliver had a cardiopulmonary arrest in the back of the ambulance with the rhythm reported as Pulseless Electrical Activity (PEA). Upon arrival to the hospital emergency department, Mr. Oliver was noted to have profound hyperthermia (Initial reported temperature was 108.2°F) as well as a urine drug screen significantly

positive for evidence of marijuana and cocaine.  Of note, his urine myoglobin was negative. Mr. Oliver was able to be resuscitated and placed on life support but no recovery was made. Support was withdrawn and Mr. Oliver was pronounced dead on June 1, 2004 at 1350 hours.

An autopsy was performed and listed the manner of death as Cocaine Excited Delirium. Significant findings included the presence of cocaine metabolites on the toxicology analysis, evidence of anoxic encephalopathy, diffuse organ failure, cardiac contraction band necrosis and cardiomegaly/left ventricular hypertrophy.

**Opinion**

I have been asked to specifically address the physiologic effects of a TASER ECD application to humans in this report.  In this case, there is evidence and supporting law enforcement documentation that are consistent with a TASER M26 having been discharged in deployed probe mode to Mr. Oliver multiple times during a restraint and control process.  The ECD applications occurred to Mr. Oliver's back and abdomen.

Before giving opinion on the specifics of this case, it is important to note that in general, there is nothing scientifically to support a causal connection between ECD application and sudden, unexpected death. There are several general conditions that are strongly associated as risk factors in sudden deaths such as underlying cardiac disease issues[4 5 6], illicit stimulant abuse issues[7 8 9 10], and mental health disease issues[11] all of which are known to be independent of ECD application.

In this unfortunate case of Mr. Oliver, it is important to address the logic of the situation before getting into the specific physiologic consequences.  The issue to consider is whether or not inappropriate logic is being utilized when examining allegations of a possible association between ECD use and the sudden death (SD) event. Because the SD event followed shortly after an ECD was used, it is tempting to draw an association between the two simply because of their close association by time sequence. This concept is known as *post hoc, ergo propter hoc* ("after this, therefore because of this").

A simple but obvious example of post hoc, ergo propter hoc logic would be when roosters crow in the morning - shortly after the rooster crows, the sunrises. Using post hoc, ergo propter hoc logic would lead one to believe that the two events described are related because they occur close together in time. The two events are obviously not related and if the rooster doesn't crow the sun still rises.  The problem with making simple time associations as the basis for one's logic is that time associations do not really establish causation. In order to do so, you need to consider other factors such as the probability of chance, the inherent diurnal nature of roosters which causes them to crow in the morning and the fact that the sun will rise every morning because of the laws of the solar system.  After considering these other factors, it is clear that the crowing of the rooster and the rising of the sun are not causally related at all. While this example may seem absurd, I use it to demonstrate an actual error in logic that mankind has made in the past.  It is also applicable to SD cases such as this one since it is also this type of logic that is inferred in cases like this without regard to what the body of science shows.

This concept of inappropriate logic cannot be overstated. This is the exact reason why so many people unjustifiably believe that ECD use and SD events are related.  This applies not only to laypersons but also to educated professionals such as law enforcement officers, city officials, attorneys and physicians.  It is very easy to make these associations when events or concepts are not easily understood.  In fact, the concept of flawed logic as it relates to medical conclusions and also to SD events has been pointed out in the past.[1213]  ECDs and SDs are not easily understood concepts and therefore tend to be at high risk for misunderstanding and inappropriate logic.  It is important to keep in mind that to understand the relationship between 2 factors (in this case, sudden death in humans and ECD), one should have a good understanding of both.  Simply understanding the human body or the ECD separately and independently does not necessarily qualify persons to speak intelligently on the 2 in combination.

Before first considering what occurs at a cellular or base level in human physiology, it is important to provide information about how a TASER ECD operates. There is often confusion surrounding this because an ECD, by definition, utilizes low current electricity to accomplish its intended task.  Unless a person has had specific training in ECD electrical principles, this confusion often leads to inappropriate assumptions or conclusions.  Furthermore, this confusion is often perpetuated by media sources in the public domain. (e.g. A national, daily publication read by thousands of people ran a front page article on June 3, 2005 that compared and *incorrectly* showed an ECD to have even greater electrical current output than that of the judicial electric chair used for capital punishment. The reported output of the ECD was off by a factor of 1 million.)[14]

I have significant experience in dealing specifically with many of the ECD electrical principles in my realm of human research and medicine.  I also have dealt with numerous SD cases, many with similarities to the case in question.  In this case, Plaintiff's allege that the ECD caused or contributed to this death.  There are several factors that are necessary for electrical current to cause damage to the human body. These include quantity of delivered electrical charge, location of charge delivery, method of delivery, etc. One aspect that needs to be discussed is voltage. In laypersons language, voltage is a measure of the pressure that is pushing electrons down a certain path. This voltage, if high enough, can cause electricity to "arc" through open space or through clothing. (e.g. in a dry environment when you walk across the carpet in socks and go to touch a metal doorknob, you often receive a "static" shock to your hand even before your hand has touched the knob. This jumping or "arcing" of the shock from your hand to the knob occurs because of the higher voltage involved, often at least tens of thousands of volts but there is no danger here due to the very low delivered charge involved.  Amperage is one component and represents the flow or the total number of electrons flowing per second down a given path. This component is necessary at a relatively high number to cause physiologic damage in a human. (e.g. A typical residential wall outlet will only have about 110 volts (V) but up to 16 amperes (A) of current available. This is why it can be dangerous for humans to come into contact with it.)  By comparison, the TASER M26 ECD used in this case generates a peak arcing voltage of up to 50,000 V  (to be able to arc across a 50 millimeter (mm) air space or through clothing if necessary) but delivers a peak voltage of only about 5,000 V across the skin surface in a drive stun mode with

maximum current of 0.0036 A.  Perhaps the most pertinent concept to keep in mind with regard to this case is that higher voltage with very low amperage is not known to be dangerous to humans from a scientific standpoint.

Another more concrete way to understand these concepts is to compare the energy delivered from a TASER M26 with that of a commonly used medical device, the emergency cardiac defibrillator which is used by laypersons and medical personnel alike to deliver life-saving shocks to patients in cardiac arrest states. Defibrillator energy is usually characterized in terms of "joules" (J) thatis an International System of Units measurement of energy (mechanical, electrical, or thermal) describing the energy delivered in a single pulse. It is important to understand that a single J is a very small amount of energy. Emergency external cardiac defibrillators typically deliver electrical energy in the range of 150-360 J.  The TASER M26 delivers 0.5 J.  The minimum energy recommendation, measured in joules, by the American Heart Association (AHA) to be used in common medical situations to generate a physiologic change at a cellular level is at least 1 J/Kg which would be about 65-90 J for an average American adult. This level of energy is significantly more than what Mr. Oliverwas exposed to from the ECD during the incident in question.

It is significant that Mr. Oliver's collapse occurred minutes after the final ECD application and that the noted cardiac arrest rhythm was PEA.  These facts do not support the ECD contributing to Mr. Oliver's death. While sufficiently strong delivered electricity to the heart can lead to some pulsatile arrhythmias, it is understood in medicine

that if an electrical current causes death, it does so by inducing 1 of 2 very specific rhythms known as ventricular fibrillation or asystole.[15] It is not known to lead to the immediate rhythm of PEA that Mr. Oliver was found to be in initially upon his collapse. Additionally, death by electrocution is generally known to be relatively instantaneous. Electricity is not stored up in the body and somehow released at some later time causing a cardiac arrest. The fact that Mr. Oliver exhibited signs of life and continued agitation for minutes after the final ECD application do not support a causal connection.  Mr. Oliver's death as described is, however, quite consistent with those that are due to extreme acidosis states induced by delirium and drug intoxication.[16] This mechanism of death is independent of the application of an ECD.

From a physiologic standpoint, there is no harm that has been found to be associated with an ECD exposure.  There have been several human studies looking at many factors of cellular physiology associated with ECD exposure and no dangerous short or long-term findings have been apparent.[17,18,19,20,21,22,23]  Some of these studies were conducted with discrete 5 second exposures that mimic what Mr. Oliver experienced each time the ECD was activated and some were conducted with exposure times that were even longer. These studies have been conducted in corporately sponsored research as well as independent and government funded research groups and the findings have been similar and consistent. Furthermore, the studies from the Ho et al group have utilized human subjects with mean body mass indices (BMIs) that are similar to Mr. Oliver so there is better correlation between this type of modeling than studies where animal models have been utilized.

An additional pertinent study to note is the work of Dawes et al that did not demonstrate the ability of an ECD to contribute to a hyperthermic condition in human volunteers.[24] Based on this work, Mr. Oliver's profound temperature elevation could not reasonably be attributed to the ECD applications that he received.  His condition is, however, a known factor closely associated with agitated, delirious conditions.

From a common sense standpoint, there is even more compelling evidence (in terms of sheer numbers of exposures) that an ECD exposure does not constitute a dangerous situation.  This is based on the simple numbers of exposures on record with the TASER ECD manufacturer. To date, there are well over 100,000 voluntary exposures recognized by the manufacturer.[25]  There have been no complaints of death following these exposures.[26] This is significant if taken in the context of how a medical device or therapeutic drug would be ascertained to be safe to use on the general public in this country. In order to deem a medical device or therapeutic drug to be safe for public use, it must pass a series of human clinical testing trials. These trials typically amount to less than a few thousand subjects without demonstrating harm. TASER ECDs have well surpassed this mark in terms of numbers with no reported consistent, associative complaints.

While there is not a clear existence of association between ECD use and SD, there is a clear existence of association between a certain profile of person at risk for SD events. This has been demonstrated in several research studies and texts and Mr. Oliver is

represented by this profile in several ways including age, gender, BMI, and behavior at time of death.[27][28][29][30] The exact, final common pathway leading to death in many custodial cases is likely due to a profound acidosis condition brought on by cocaine intoxication that is made worse by continued agitation. All of these conditions were present by definition in Mr. Oliver at his time of collapse and are independent of ECD application. (e.g., Mr. Oliver was exhibiting agitation and resistance prior to and up to the point of being restrained.) His significant resistive behavior (requiring multiple OPD officers to control him) demonstrate a person with an elevated metabolic demand which is significant and defines a condition of metabolic acidosis. It is clear to me that Mr. Oliver was in distress long before the arrival of the first OPD officer on the scene. Additionally, Mr. Oliver was noted to have cardiomegaly at autopsy. This condition is also known to be an associated risk for a sudden death event that is independent of the application of an ECD.[31][32]

I am also aware that this case involves a theory of hot pavement inducing a very high body temperature in Mr. Oliver and that had Mr. Oliver not been in contact with the pavement, his body temperature would not have been elevated to the degree that it was. This equates to an untested hypothetical but is improbable if not impossible simply because the method of heat transfer described (conduction) is an inefficient mechanism to heat up the core of the human body.  While it may heat up the peripheral surface of the body, it would require a much more efficient system to transfer that heat throughout the body since the body is largely made up of fluid which is an inefficient heat diffuser. Unless Mr. Oliver was in contact with the pavement for an extremely long duration of

time, the pavement contact could not have been responsible for his elevated body core temperature as that theory would violate accepted scientific principle. The rationale for this is as follows[33]:

1.  1°C=1.8°F and normal body temperature is 98.6°F

2.  The most efficient method known to medicine to elevate core body temperature is utilizing a cardiac bypass system of machinery which is known to maximally elevate temperature by about 32°F/hour

3.  Contact with a solid surface is much less efficient at changing core body temperature. Therefore, even if Mr. Oliver was placed on a cardiac bypass machine at maximal temperature elevation settings, his known body temperature of 108°F (which placed him 9.4°F above normal) would have required 17.6 minutes of cardiac bypass.

4.  The documentation in evidence of this case does not support that Mr. Oliver was in contact with the pavement for any amount of time that approaches this and because conduction with pavement is a much less efficient method of changing body temperature than cardiac bypass, he would have required contact with the pavement for much longer than 17.6 minutes to elevate his body temperature to 108°F.

5.  All of this is completely independent of ECD application. And, the application of an ECD has not been shown to contribute to temperature elevation in human study.[34]

Lastly, I am in complete agreement with the medical examiner and I believe her conclusions, given the evidence, are accurate. Mr. Oliver represents a person with multiple factors associated with SD (age, gender, BMI, cocaine use, cardiomegaly, delirious behavior, hyperthermia) and all of these are completely independent of the application of an ECD.

**Conclusions**

Based on the available ECD human research and my review of the totality of the documentation listed above, as well as my professional education, experience and background, it is my opinion, to a reasonable degree of medical probability, that the use of the TASER ECD did not cause or contribute to Mr. Oliver's death.

17

[1] Dept. of Health and Human Services, National Institute of Health Body Mass Index Calculator. Accessed on 3-29-08 at http://www.nhlbisupport.com/bmi/

[2] Salvation Army and Densch Rehabilitation Center Records.

[3] FL Dept. of Law Enforcement Criminal History of decedent.

[4] Spirito P and BJ Maron. Relation between extent of left ventricular hypertrophy and occurrence of sudden cardiac death in hypertrophic cardiomyopathy. *J Am Coll Cardiol*, 1990;15:1521-1526.

[5] Maron BJ. Hypertrophic cardiomyopathy: a systematic review. *JAMA*, 2002;287:1308-1320.

[6] Wiener RS, Lockhart JT, and RG Schwartz. Dilated cardiomyopathy and cocaine abuse. Report of two cases. *Am J Med*, 1986;81:699-701.

[7] Drake TR, Henry T, Marx J, et al. Severe acid-base abnormalities associated with cocaine abuse. *J Emerg Med*, 1990;8:331-4.

[8] Mash D. "Biochemical explanation of sudden death in custody." Presented at the 2006 Annual Meeting of the Florida Association of Medical Examiners, August, 2006, Jupiter, Florida.

[9] Allam S and JS Noble. Cocaine-excited delirium and severe acidosis. *Anaesthesia*, 2001;56:385-6.

[10] Wetli CV, D Mash and SB Karch. Cocaine-associated agitated delirium and the neuroleptic malignant syndrome. *Am J Emerg Med*, 1996;14:425-8.

[11] Bell L. On a Form of Disease Resembling Some Advanced Stages of Mania. . . *Am J of Insanity*, 1849;6:97-127.

[12] Rudolph RD. The post hoc ergo propter hoc fallacy in medicine. *Can Med Assoc J*, 1938;38:281-284.

[13] Farnham FR and HG Kennedy. Acute excited states and sudden death: much journalism, little evidence. *Br Med J*, 1997;315:1107-8.

[14] USA Today. "Tasers pack potent but brief punch of electricity." June 3, 2005; Front page headline.

[15] Carleton SC. Cardiac problems associated with electrical inury. *Cardiol Clin*, 1995;13:263-266.

[16] Hick JL, SW Smith and MT Lynch. Metabolic acidosis in restraint-associated cardiac arrest: a case series. *Acad Emerg Med*, 1999;6:239-43.

[17] Ho JD, et al. Cardiovascular and physiologic effects of conducted electrical weapon discharge in resting adults. *Acad Emerg Med*, 2006;13:589-595.

[18] Ho J, Dawes D, Bultman L, et al. Physiologic effects of prolonged conducted electrical weapon discharge on acidotic adults. *Acad Emerg Med*, 2007;14 (supplement 1):S63. Full manuscript in press.

[19] Ho JD, et al. Respiratory Effect of Prolonged Electrical Weapon Application on Human Volunteers. *Acad Emerg Med*, 2007;14:197-201.

[20] Moscati R, Ho J, Dawes D, et al. Physiologic effects of prolonged conducted electrical weapon discharge on intoxicated adults. *Acad Emerg Med*, 2007;14 (supplement 1):S63-S64. Full manuscript under peer review.

[21] Vilke G, Sloane C, Bouton K, et al. Cardiovascular and metabolic effects of the TASER on human subjects. *Acad Emerg Med*, 2007;14(supplement 1):S104-S105.

[22] Ho J, Reardon R, Dawes D, et al. Ultrasound measurement of cardiac activity during conducted electrical weapon application in exercising adults. Presented at the 4th Annual Mediterranean Emergency Medicine Conference, September 17, 2007, Sorrento, Italy. Accessed on September 20, 2007 at: http://memciv.abstractcentral.com/planner. Full manuscript under peer review.

[23] Levine SD, Sloane CM, Chan TC, et al. Cardiac monitoring of human subjects exposed to the TASER. *Am J Emerg Med*, 2007;33:113-117.

[24] Dawes DM, Ho JD, Johnson MA, et al. 15-second conducted electrical weapon exposure does not cause core temperature elevation in non-environmentally stressed resting adults. *Forensic Sci Int*, 2008;176:253-257.

[25] TASER International website, Physician FAQ section (monitoring). Accessed on August 23, 2007 at: http://www2.taser.com/research/Pages/PhysicianFAQs.aspx

[26] Personal Communication with TASER International legal representative Holly Gibeaut, August 21, 2007.

[27] Ho JD, et al. Deaths in police custody: an 8 month surveillance study. *Annals Emerg Med*, 2005;46 (suppl):S94.

[28] Stratton SJ, Rogers C, Brickett K, and G Gruzinski. Factors associated with sudden death of individuals requiring restraint for excited delirium. *Am J Emerg Med*, 2001;21:187-191.

[29] Forensic Science and Medicine: Sudden Deaths in Custody. DL Ross and TC Chan (eds.), Totowa, New Jersey, Humana Press, 2006.

[30] Di Maio TG and VJM Di Maio. Excited delirium syndrome cause of death and prevention. 1st ed. Boca Raton, Florida: Taylor & Francis Group, 2006.

[31] Stratton SJ, Rogers C, Brickett K and G Gruzinski. Factors associated with sudden death of individuals requiring restraint for excited delirium. *Am J Emerg Med*, 2001;19:187-191.

[32] Haider AW, Larson MG, Benjamin EJ and D Levy. Increased left ventricular mass and hypertrophy are associated with increased risk for sudden death. *J Am Coll Cardiol*, 1998;32:1454-1459.

[33] Edelstein JA. Hypothermia. *eMedicine*, 2007. Accessed April 3, 2008 at http://www.emedicine.com/emerg/topic279.htm

[34] Dawes DM, Ho JD, Johnson MA, et al. 15-second conducted electrical weapon exposure does not cause core temperature elevation in non-environmentally stressed resting adults. *Forensic Sci Int*, 2008;176:253-257.

Department of Emergency Medicine     612-873-4904
Hennepin County Medical Center       hoxxx010@umn.edu
701 Park Avenue South
Minneapolis, MN   55415

# Jeffrey D. Ho, M.D., F.A.C.E.P.

## *EDUCATION:*

**DEGREE - Associate of Science (Criminal Justice/Law Enforcement)**
Inver Hills Community College
Inver Grove Heights, Minnesota
March, 2005

**FELLOWSHIP – Emergency Medical Services/Prehospital Care**
Hennepin County Medical Center
Minneapolis, Minnesota
July, 1995 – June, 1996

**RESIDENCY – Emergency Medicine**
Hennepin County Medical Center
Minneapolis, Minnesota
May, 1992 – June, 1995

**DEGREE – Doctor of Medicine**
Loma Linda University School of Medicine
Loma Linda, California
August, 1988 – May 1992

**DEGREE – Bachelor of Science (Biology/Zoology)**
Loma Linda University College of Arts and Sciences
Riverside, California
September, 1984 – June, 1988

## *HONORS and AWARDS:*

**January, 2008 – Rescue Service Award**
Minneapolis Police Department, Minneapolis, Minnesota
*Awarded for scene rescue effort provided during the Interstate 35W bridge collapse.

**November, 2007 – Pistol Expert Award**
Meeker County Sheriff's Office, Litchfield, Minnesota
*Awarded for mastery and marksmanship during firearm qualification.

**January, 2007 – Top Doctor Award in Emergency Medicine**
11th Annual MPLS/St. Paul Magazine, Minneapolis, Minnesota
*Presented annually to Twin Cities physicians upon receiving top nomination by their peers.

**September, 2006 – Mark Rathke, MD Lecture Award**
21st Annual MN EMS Medical Director Conference, Alexandria, Minnesota
*Presented annually to a distinguished lecturer in the area of local EMS in honor of a previous EMS physician who served the profession with dedication.

1

*HONORS and AWARDS* (continued):

**April, 2005 – Outstanding Accelerated Program Student Award**
Inver Hills Community College, Inver Grove Heights, Minnesota
*Awarded by the college faculty in recognition of outstanding academic achievements in the accelerated law enforcement training program.

**May, 2003 – Archibald Bush Foundation Medical Fellowship**
Archibald Bush Foundation, St. Paul, Minnesota
*Competitively awarded as a career enhancement grant to allow me to pursue cross-training in law enforcement.

**June, 2002 –Ernest Ruiz Teaching Award**
Hennepin County Medical Center, Minneapolis, Minnesota
*Awarded by the senior residents in Emergency Medicine in recognition of outstanding teaching contributions within the residency training program.

**May, 2002 – Chief's Award of Merit**
Police Department, Minneapolis, Minnesota
*Awarded in recognition of outstanding leadership provided to the tactical paramedic program of the Emergency Response Unit.

**December, 2001 – Service Award**
Police Department, Minneapolis, Minnesota
*Awarded in recognition of service to the Emergency Response Unit.

**January, 2000 –Meritorious Service Award**
Fire Department, Minneapolis, Minnesota
*Awarded in recognition of meritorious and heroic service during the extrication and rescue of an accident victim resulting in the saving of a human life.

**November, 1999 –Fellow of the American College of Emergency Physicians**
ACEP Annual Meeting, Las Vegas, Nevada
*Fellow status is granted only after meeting stringent training, teaching and certification standards.

**July, 1997 – Best Oral Presentation of Original Research Award**
National Association of EMS Physicians Annual Meeting, Lake Tahoe, Nevada
*Awarded for presentation of a research project conducted during fellowship.

**May, 1997 – Award of Recognition**
Dakota County Technical School, Dakota County, Minnesota
*Awarded for providing mentorship in emergency medicine to high school students considering health care careers.

**June, 1995 – James Andersen Scholarship Award**
Hennepin County Medical Center, Minneapolis, Minnesota
*Annually awarded to a single senior resident who demonstrates excellence in leadership and clinical abilities in emergency medicine.

**March, 1995 – University of Minnesota School of Medicine Resident Physician Distinguished Teaching Award Nominee**
University of Minnesota School of Medicine, Minneapolis, Minnesota
*Nominated by the University of Minnesota senior medical students for excellence in academic and clinical teaching.

*HONORS and AWARDS* (continued):

2

**June, 1994 – Emergency Medicine Chief Resident**
Hennepin County Medical Center, Minneapolis, Minnesota
*Selected by my colleagues to maintain and promote intra and interdepartmental leadership, rapport and education through a wide variety of administrative responsibilities.

**February, 1993 – Resident Association Representative Elect**
Hennepin County Medical Center, Minneapolis, Minnesota
*Elected by my peers to serve a 2 year term to represent my residency at the national level to the Emergency Medicine Residents Association of the American College of Emergency Physicians.

**May, 1991 – California Medical Association Student Representative Elect**
Loma Linda University School of Medicine, Loma Linda, California
*Elected by a state planning agency to serve on the Association's Committee for Emergency and Disaster Preparedness.

**March, 1989 – CIBA/GEIGY Award**
Loma Linda University School of Medicine, Loma Linda, California
*Awarded annually to a medical student for outstanding community service in medical related projects.

**May, 1988 – Cum Laude Graduate**
Loma Linda University College of Arts and Sciences, Riverside, California

**May, 1985 through May, 1988 – Dean's List of Academic Achievement**
Loma Linda University College of Arts and Sciences, Riverside, California

**January, 1988 – Carnation Corporation Scholarship**
Loma Linda University College of Arts and Sciences, Riverside, California
*For providing community service while maintaining standards of academic excellence.

**January, 1986 – Howard O. Welty Scholarship**
Loma Linda University College of Arts and Sciences, Riverside, California
*For achieving standards of academic excellence.

**April, 1984 – Loma Linda University Academic Scholarship**
Orangewood Adventist Academy, Garden Grove, California
*For academic excellence prior to entering undergraduate study

## *ACADEMIC APPOINTMENTS:*

**June, 2007 through Present – Associate Professor of Emergency Medicine**
University of Minnesota School of Medicine
Twin Cities Campus, Minneapolis, Minnesota

**July, 1996 through May, 2007 – Assistant Professor of Emergency Medicine**
University of Minnesota School of Medicine
Twin Cities Campus, Minneapolis, Minnesota

3

*CLINICAL EXPERIENCE:*

**July, 1996 through Present – Attending Faculty, Emergency Medicine**
Hennepin County Medical Center (Level 1 Trauma Center)
Hennepin Faculty Associates, Minneapolis, Minnesota

**June, 1996 through June, 1998 – Courtesy Staff Physician, Emergency Medicine**
Ridgeview Medical Center, Waconia, Minnesota

**November, 1993 through June, 1997 – Courtesy Staff Physician, Emergency Medicine**
District Memorial Hospital, Forest Lake, Minnesota
United Hospital, St. Paul, Minnesota
Northfield Hospital, Northfield, Minnesota
Emergency Practice Associates, Faribault and Hibbing, Minnesota

*MEDICAL DIRECTOR EXPERIENCE:*

**October, 2006 through July, 2007 – Expert Medical Consultant**
City of Oakland, California
*Provide a comprehensive report on the human effects of conducted electrical weapons
for the city administration as they move to implement these devices into their police
department.

**April, 2006 through Present – Medical Director**
Fire Department, St. Louis Park, Minnesota
*Direct a fire-service based EMS program of 25 personnel.

**March, 2006 through Present – Deputy Medical Director**
Minnesota Task Force-1 Urban Search and Rescue Team, Minneapolis, Minnesota
*Provide leadership, operational ability and expert medical advice for a statewide
specialized rescue team.

**August, 2004 through Present – Expert Medical Consultant**
TASER International, Scottsdale, Arizona
*Provide research expertise and expert medical advice for a company that manufactures
conducted electrical weapons for law enforcement, military and civilian application.

**January, 2003 through Decmber, 2003 – Medical Director**
Medevac, Inc., Minneapolis, Minnesota
*Provide medical oversight, treatment protocols, standing orders, equipment and
product evaluation for a company that provides basic life support instruction, automatic
external defibrillator equipment and training and limited event emergency medical
services.

**September, 2002 through November, 2003 – Chief Medical Officer**
MN-1 Disaster Medical Assistance Team, Minneapolis, Minnesota
*Direct and participate on a team of medical personnel tasked for deployment by the
Federal Office of Emergency Preparedness to national needs for emergency medical aid.

**September, 1997 through May, 2001 – Medical Director & Tactical Physician**
Police Department Emergency Response Unit, Minneapolis, Minnesota
*Direct and participate on a team of 10 medical personnel assigned to the SWAT team.

*MEDICAL DIRECTOR EXPERIENCE* (continued):

**July, 1998 through Present – Director of EMS Fellowship Program**
Hennepin County Medical Center, Minneapolis, Minnesota

**May, 1997 through Present – Medical Director of Public Safety/Paramedic Services**

Fire Department, Edina, Minnesota
*Direct a fire-service based paramedic program of 25 personnel.

**July, 1996 through Present – Associate Medical Director of Paramedic Services**
Hennepin County Ambulance Service, Minneapolis, Minnesota
*Assist with the direction of an urban, third-service based paramedic program of 110 personnel.

**July, 1996 through Present – Director of Resident EMS Education**
Hennepin County Medical Center, Minneapolis, Minnesota

**July, 1996 through Present – Medical Director of Spectator Services**
Hubert H. Humphrey Metrodome, Minneapolis, Minnesota
*Direct a stadium first-responder team of 60 personnel.

**July, 1996 through July, 1998 – Medical Director of Spectator Services**
Minneapolis Children's Grand Prix, Minneapolis, Minnesota
*Directed a fully enclosed race track based first-responder team of 20 personnel.

*OTHER EXPERIENCE:*

**December, 2006 through Present – Deputy Sheriff**
Meeker County Sheriff's Office, Meeker County, Minnesota
*Responsible for providing law enforcement services and protection of life and property to the surrounding community.

**January, 2006 through December, 2006 – Police Officer**
Dassel Police Department, Dassel, Minnesota
*Responsible for providing law enforcement services and protection of life and property to the surrounding community.

**October, 2005 through Present – Examiner**
American Board of Emergency Medicine, Lansing, Michigan
*Responsible for administering the oral examination to candidates pursuing board certification in emergency medicine.

**July, 2005 through Present – Police Officer**
Buffalo Lake Police Department, Buffalo Lake, Minnesota
*Responsible for providing law enforcement services and protection of life and property to the surrounding community.

**May, 1989 through June, 1990 – Clinic Director**
Social Action Corps Clinic, Rialto, California
*Responsible for directing the efficient operation of a student-run medical clinic which provided low cost health care to an indigent population.

5

*OTHER EXPERIENCE* (continued):

**February, 1986 through May, 1988 – Fire Apparatus Engineer**
Riverside County Fire Department, Riverside County, California
*Provided emergency medical service and fire suppression activities to the surrounding community.

**November, 1984 through February 1986 – Firefighter**
Riverside County Fire Department, Riverside County, California
*Provided emergency medical service and fire suppression activities to the surrounding community.

**November, 1984 through May, 1988 – Firefighter**
Home Gardens Volunteer Rescue Squad, Home Gardens, California
*Provided emergency medical and rescue services to the surrounding community on a volunteer basis.

*MILITARY EXPERIENCE:*

**June, 1992 through September, 1998 – Army National Guard, Minnesota**
Major, Medical Corps
434th Main Support Battalion and STARC Detachment 7
Cottage Grove and Minneapolis, Minnesota
Honorable Discharge

**May, 1989 through June, 1992 – Army National Guard, California**
Second Lieutenant, Medical Service Corps
143rd Evacuation Hospital
Los Alamitos, California
Honorable transfer to Minnesota

**Military Awards Earned:**
1. Army Reserve Component Achievement Award (1997)
2. Minnesota State Service Award (1997)
3. Army Award of Accomplishment (1996)
4. Army Service Award (1995)
5. National Defense Service Medal (1993)
6. Humanitarian Service Award (1989)
7. California Medal of Merit (1989)

*ACADEMIC REVIEW EXPERIENCE:*

2008 EMS1.com (EMS Medical Director Reviewer of academic content)
2007-2008 Southern Medical Journal (Specific to TASER related work)
2007-2008 American Journal of Emergency Medicine (Specific TASER related work)

*ACADEMIC TEXTBOOK WORK:*

Lindquist MD and **JD Ho**. "Safety and Scene Size-Up" (ch. 9), "Documentation and Communication" (ch. 17), and "Teamwork and Operational Interface"(ch. 52). The Paramedic: A Comprehensive Textbook. Ed. W Chapleau, A Burba, and P Pons. Dubuque: McGraw-Hill Higher Education, 2008.

Ackermann B and **J Ho**. "Continuum of Force." (ch. 4) Tactical Emergency Medicine. Ed. R Schwartz, J McManus and R Swienton.  Lippincott, Williams and Wilkins, 2007.

6

*PUBLICATIONS:*

**Ho J**, Lapine A, Joing S, et al: Confirmation of respiration during trapezial conducted electrical weapon application. *Acad Emerg Med*, 2008;15:398.

**Ho J**, Dawes D: The TASER device and custodial death. *Cop to Cop News* 2008;5(issue 1).

**Ho J**: Rhetoric vs. Reality, The Medical Effect of TASERs (commentary). *Emerg Med News* 2008; 30:4, 6.

**Ho J**, Dawes D, Lapine A, et al: Confirmation of respiration during trapezial conducted electrical weapon application. *Acad Emerg Med*, 2008; In Press.

**Ho J**, Dawes D, Johnson M, et al: TASER research conflict of interest (reply to letter to the editor). *Am J Emerg Med*, 2008; In Press.

**Ho J**, Dawes D: Influenza Issues. *Cop to Cop News* 2007;4(issue 4).

**Ho J**, Hick J, Heegaard W: Physician Perspective of the 35W Bridge Collapse: A Tragedy to Learn From. *Metro Doctors* 2007; Nov/Dec:18-19.

Dawes D, **Ho J**, Johnson M, et al: 15-Second conducted electrical weapon exposure does not cause core temperature elevation in non-environmentally stressed resting adults. *Forensic Sci Int* 2008;176:253-257.

**Ho J**, Dawes D: The Diabetic Dilemma. *Cop to Cop News* 2007;4(issue 3).

**Ho J**: How to Respond to Excited Delirium. *POLICE* 2007;31:28-30

**Ho J**: Are TASERS Really Non-Lethal? *POLICE* 2007;31:32-38 and *New South Wales Police News* 2007;87:15-17.

**Ho J**, Dawes D, Johnson M, et al: Impact of Conducted Electrical Weapons in a Mentally Ill Population: A Brief Report. *Am J Emerg Med* 2007;25:780-785.

**Ho J**, Dawes D, Miner J, et al: Cardiovascular and Physiologic Effect of Prolonged Conducted Electrical Weapon Application on an Exhausted Human Sample. Currently under peer-review consideration.

**Ho J**, Dawes D, Miner J, et al: Deaths in American police custody: 12 months of surveillance. Currently under peer-review consideration.

Dawes D, **Ho J**: Staph on the streets – Keeping infection free. *24/7 Cop to Cop News* 2007;4(issue 2):10.

**Ho J**, Johnson M, and D Dawes: "The state of current human research and electronic control devices." Nonlethal Weapons: Fulfilling the Promise? Fraunhofer Institut Chemische Technologie. Karlsruhe: DWS Werbeagentur und Verlag GmbH, 2007.

**Ho J**, Heegaard W and D Brunette: Successful transcutaneous pacing in 2 severely hypothermic patients. *Ann Emerg Med* 2007;49:678-681.

**Ho J**, Dawes D, Bultman L, et al: Respiratory effect of prolonged electrical weapon application on human volunteers. *Acad Emerg Med*, 2007;14:197-201.

*PUBLICATIONS* (continued):

**Ho J** and R Scharbach: Dispositifs Taser et effets physiologiques sur l'homme. *La Revue des SAMU* 2006; speciale Septembre :260.

**Ho J**: Are TASERS really non-lethal? *POLICE* 2007; 31:32-38.

**Ho J**: How to respond to excited delirium. *POLICE* 2007;31:28-30.

**Ho J**, Miner J, Lakireddy D, Bultman L and W Heegaard: Cardiovascular and physiologic effects of conducted electrical weapon discharge in resting adults. *Acad Emerg Med* 2006;13:589-595.

**Ho J**: Some More Food for Thought on the Current TASER Device Literature. *American College of Emergency Physicians Tactical EMS Interest Group Newsletter* 2005; 3rd Quarter.

**Ho J**: Sudden In-Custody Death. *POLICE* August 2005; 29:46-56.

Martel M, Miner J, Fringer R, Sufka K, Miamen A, **Ho J**, et al: Discontinuation of Droperidol for the Control of Acutely Agitated Out-of-Hospital Patients. *Prehosp Emerg Care* 2005; 9:44-48.

Hick JL and **JD Ho**: [Case Report] Ketamine chemical restraint to facilitate rescue of a combative "jumper". *Preshosp Emerg Care* 2005;9:85-89.

**Ho J**: Last Night (reflections piece). *Acad Emerg Med* 2003; 10:1023.

**Ho J**, Lindquist M, Bultman L, Torstenson C: Apathy is not Welcome Here (editorial). *Prehosp Emerg Care* 2003; 7:414-416.

**Ho J**, Conterato M, Mahoney B, et al: [Case Report] Field Extremity Amputation with Subsequent Cardiac Arrest. *Prehosp Emerg Care* 2003; 7:149-153.

**Ho J**, Lindquist M: The Time Saved with the Use of Emergency Warning Lights and Siren While Responding to Requests for Medical Aid in a Rural Environment. *Prehosp Emerg Care* 2001; 5:159-162.

**Ho J**: Response vs. Transport Times (letter to ed.). *Emerg Med News* 2000; 22:38.

**Ho J**: Misplaced Tubes (letter to ed.). *Prehosp Emerg Care* 2000; 4:202.

**Ho J**: Tactical EMS Team Contributions. *Minneapolis Police Department After Action Report for International Society of Animal Geneticists Mass Gathering Incident*; July, 1999.

Reed D, Gough J, **Ho J**, et al: Prehospital Consideration of Sildenafil-Nitrate Interactions. *Prehosp Emerg Care* 1999; 3:306-309.

**Ho J**: Lights and Sirens or Silence? (commentary). *Emerg Med News* 1999; 21:2, 36 .

**Ho J**, Casey B: Emergency Warning Lights and Sirens (reply to letter). *Ann Emerg Med* 1999; 34:114-115.

*PUBLICATIONS* (continued):

> **Ho J**, Casey B: The Time Saved With the Use of Emergency Warning Lights and Sirens While Responding to Requests for Emergency Medical Aid. *Ann Emerg Med* 1998; 32:585-588.

> **Ho J**, Held T, Heegaard W, et al: Automatic External Defibrillation and its Effects on Neurologic Outcome in Cardiac Arrest Patients in an Urban Two-Tiered EMS System. *Prehosp Disaster Med* 1997; 12:284-287.

> Green S, Rothrock S, **Ho J**, et al: Failure of Adjunctive Bicarbonate to Improve Outcome in Severe Pediatric Diabetic Ketoacidosis. *Ann Emerg Med* 1998; 31:41-48.

*GRANT EXPERIENCE:*

> **August, 2007 - $10,000.00**
> Source: Twin Cities Metropolitan EMS Board
> Project: Portable Carbon Monoximetry Utility in a Firefighting Rehabilitaztion Zone.

> **May, 2003 - $56,000.00**
> Source: Archibald Bush Foundation Medical Fellowship Grant
> Project: Physician cross-training in law enforcement to provide emergency medical care in tactical, high-risk environments.

> **January, 1998 - $75,000.00**
> Source: American International Health Alliance
> Project: The Effect of Introducing Automatic External Defibrillation Upon the Citizens of an Emerging Country (Republic of Moldova)

> **December, 1997 - $7,500.00**
> Source: Twin Cities Metropolitan EMS Board
> Project: The Effect of Utilizing ALS "Jump Cars" Within a Two-Tiered EMS System

> **October, 1995 - $4,000.00**
> Source: Twin Cities Metropolitan 911 Board
> Project: The Time Saved With the Use of Emergency Warning Lights and Sirens While Responding to Requests for Emergency Medical Aid in and Urban Environment

*FORMAL PRESENTATIONS:*

> **May, 2008 – Heart Rhythm Society Annual Meeting**
> **San Francisco, California**
> **Ho J:** Echocardiographic Evaluation of Human Transcutaneous TASER® Application Along the Cardiac Axis
> *Accepted for poster presentation of original research

> **January, 2008 – National Association of EMS Physicians Annual Meeting**
> **Phoenix, Arizona**
> **Ho J:** Prolonged TASER® "Drive Stun" Exposure in Humans Does Not Cause Worrisome Biomarker Changes
> *Poster presentation of original research

*FORMAL PRESENTATIONS* (continued)*:*

October, 2007 – American College of Emergency Physicians Research Forum
Seattle, Washington
and
September, 2007 – Fourth Mediterranean Emergency Medicine Congress
Sorrento, Italy
**Ho J**: Ultrasound Measurement of Cardiac Activity During Conducted Electrical
Weapon Application in Exercising Adults.
*Poster presentation of original research

September, 2007 – Fourth Mediterranean Emergency Medicine Congress
Sorrento, Italy
**Ho J**: Absence of Electrocardiographic Change Following Prolonged Application of a
Conducted Electrical Weapon in Physically Exhausted Adults.
*Poster presentation of original research

October, 2007 – American College of Emergency Physicians Research Forum
Seattle, Washington
and
September, 2007 – Fourth Mediterranean Emergency Medicine Congress
Sorrento, Italy
Dawes D, **Ho J**: Breathing Parameters, Venous Gases, and Chemistries with Exposure to
a New Wireless Projectile Conducted Electrical Weapon.
*Poster presentation of original research

October, 2007 – American College of Emergency Physicians Research Forum
Seattle, Washington
and
September, 2007 – Fourth Mediterranean Emergency Medicine Congress
Sorrento, Italy
Dawes D, **Ho J**: The Neuroendocrine Effects of the TASER X26 Conducted Electrical
Weapon as Compared to Oleoresin Capsicum.
*Poster presentation of original research

October, 2007 – American College of Emergency Physicians Research Forum
Seattle, Washington
and
September, 2007 – Fourth Mediterranean Emergency Medicine Congress
Sorrento, Italy
Dawes D, **Ho J**: 15-Second Conducted Electrical Weapon Exposure Does Not Cause Core
Temperature Elevation in Non-Environmentally Stressed Resting Adults.
*Poster presentation of original research

September, 2007 – Fourth Mediterranean Emergency Medicine Congress
Sorrento, Italy
Dawes D, **Ho J**: 15-Second Conducted Electrical Weapon Application Does Not Impair
Basic Respiratory Parameters, Venous Blood Gases, or Blood Chemistries.
*Poster presentation of original research

May, 2007 – Annual Meeting of the Society for Academic Emergency Medicine,
Chicago, Illinois
**Ho J**, et al: Physiologic Effects of Prolonged Conducted Electrical Weapon Discharge on
Acidotic Adults
*Poster presentation of original research

*FORMAL PRESENTATIONS* (continued):

**May, 2007 – Annual Meeting of the Society for Academic Emergency Medicine, Chicago, Illinois**
Ho J, et al: Absence of Electrocardiographic Change Following Prolonged Application of a Conducted Electrical Weapon in Physically Exhausted Adults
*Poster presentation of original research

**May, 2007 – Annual Meeting of the Society for Academic Emergency Medicine, Chicago, Illinois**
Moscati R, Ho J, et al: Physiologic Effects of Prolonged Conducted Electrical Weapon Discharge on Intoxicated Adults
*Poster presentation of original research

**June, 2006 – Annual Meeting of the National Alliance for the Mentally Ill Washington, D.C.**
Dawes D, Ho J, et al: Beneficial Impact of Conducted Electrical Weapons in the Mentally Ill Population
*Poster presentation of original research

**June, 2006 – CARDIOSTIM 2006 Annual Meeting of International Cardiac Electrophysiologists Nice, France**
Ho J, et al: Absence of Electrocardiographic Findings Following TASER Device Application in Human Volunteers
*Poster presentation of original research

**September, 2005 – 2005 Scientific Assembly of the American College of Emergency Physicians Washington, D.C.**
Ho J, et al: Deaths in Police Custody: An 8-Month Surveillance Study
*Poster presentation of original research

**September, 2005 – Third Mediterranean Emergency Medicine Congress Nice, France**
Ho J, et al: Deaths in American Police Custody: A 12-Month Surveillance Study
*Oral Presentation of original research

**January, 2005 – Annual Meeting of the National Association of EMS Physicians, Naples, Florida**
Bultman L, Ho J, Page D: Safety Restraint Usage Patterns in an Urban EMS System
*Poster presentation of original research

**January, 2005 – Annual Meeting of the National Association of EMS Physicians, Naples, Florida**
Bultman L, Ho J, Page D: Disposition of Undesignated patients in Urban Minnesota
*Poster presentation of original research

**September, 2004 – Minnesota Ambulance Medical Directors Annual Conference, Alexandria, Minnesota**
Bultman L, Ho J, Page D: Preliminary Report on Undesignated Patient Disposition in Urban Minnesota
*Oral presentation of original research

*FORMAL PRESENTATIONS* (continued):

**January, 2004 – Annual Meeting of the National Association of EMS Physicians, Tucson, Arizona**
Ansari R, **Ho J**: Hand Sanitization Rates in an Urban EMS System
*Oral presentation of original research,
*Awarded Best Oral Presentation of Original Research

**January, 2001 – Annual Meeting of the National Association of EMS Physicians, Sanibel Island, Florida**
Black C, **Ho J**: 1 Paramedic vs. 2-How Often is a Second Paramedic Utilized in an Urban EMS System?
*Poster presentation of original research

**September, 1997 – Minnesota Ambulance Medical Directors Annual Conference, Alexandria, Minnesota**
**Ho J**: Preliminary Report on the Time Saved with the Use of Emergency Warning Lights and Siren While Responding to Requests for Medical Aid in a Rural Environment.
*Oral presentation of original research

**May, 1997 – Annual Meeting of the Society for Academic Emergency Medicine, Washington, D.C.**
**Ho J**: Time Saved with the Use of Emergency Warning Lights and Sirens While Responding to Requests for Medical Aid.
*Poster presentation of original research

**January, 1997 – Mid-Year Scientific Meeting of the National Association of EMS Physicians, Lake Tahoe, Nevada**
**Ho J**: Time Saved with the Use of Emergency Warning Lights and Sirens While Responding to Requests for Medical Aid.
*Oral presentation of original research
*Awarded Best Oral Presentation of Original Research

**November, 1996 – Twin Cities Metropolitan 911 Board, St. Paul, Minnesota**
**Ho J**: Final Report on the Time Saved with the Use of Emergency Warning Lights and Sirens While Responding to Requests for Medical Aid in Minneapolis.
*Oral presentation of original research

**May, 1996 – Annual Meeting of the Society for Academic Emergency Medicine, Denver, Colorado**
**Ho J**: Automatic External Defibrillation and its Effects on Neurologic Outcome in Cardiac Arrest Patients in an Urban Two-Tiered EMS System.
*Poster presentation of original research

**May, 1996 – Annual Meeting of the Society for Academic Emergency Medicine, Denver, Colorado**
**Ho J**: The Utility of the Routine Swimmers View Cervical Radiograph in Addition to the Cross Table Lateral Cervical Radiograph in Detecting Cervical Spine Injury in Critical Trauma Patients.
*Poster presentation of original research

**May, 1995 – Clinical-Pathologic Case Competition at the Annual Meeting of the Society for Academic Emergency Medicine, San Antonio, Texas**
**Ho J**: Cutaneous Actinomycosis
*Oral presentation of a case study

*INVITED PRESENTATIONS:*
**March, 2008 – MN State Patrol Drug Recognition Evaluator School**

White Bear Lake, Minnesota
Ho J: Human Function and Physiology
*Oral presentation of core course content topic for law enforcement officials.

**January, 2008 – Association of Training Officers of Minnesota Winter Conference**
**Minneapolis, Minnesota**
Ho J: Custodial Death Issues for Law Enforcement
*Oral presentation of Custodial Death causes, prevention and awareness.

**November, 2007 – 2nd Annual Conference of the Institute for the Prevention of In Custody Death**
Las Vegas, Nevada
HoJ: Human Research on Conducted Electrical Weapons
*Oral presentation of past, present and future human research involving electrical weaponry.

**October, 2007 – German Military and National Police Scientific Annual Meeting**
Berlin, Germany
Ho J: Conducted Electrical Weapons: Update of Current Research
*Oral presentation to the German National military and police scientific community on current research in this subject area.

**August, 2007 – Baltimore Medical Examiner's Office In-House Training**
Baltimore, Maryland
Ho J: The State of Current Human Research and Electronic Control Devices(ECDs)
*Oral presentation to forensic scientific community on the current research in this subject area.

**June, 2007 – 29th Annual BioElectroMagnetic Society Meeting**
Kanazawa, Japan
Ho J: The State of Current Human Research and Electronic Control Devices(ECDs)
*Oral presentation to an international scientific community on the current research in this subject area.

**May, 2007 – 4th European Symposium on Non-Lethal Weapons**
Ettlingen, Germany
Ho J: The State of Current Human Research and Electronic Control Devices(ECDs)
*Oral presentation to European military and law enforcement leadership on the current research in this subject area.

**March, 2007 – City Council Task Force Meeting**
Palo Alto, California
Ho J: TASER Devices and Human Effects – What can research tell us?
*Oral testimony to city officials and the lay public of current research as they debate moving towards deployment of conducted electrical weapons in their city.

**March, 2007 – MN Reserve Police Officer Association Annual Meeting**
Brooklyn Park, Minnesota
Ho J: Custodial Death and Intermediate Weapons
*Oral presentation to membership about the custodial death phenomenon

*INVITED PRESENTATIONS* (continued):
January, 2007 – Minnesota Bureau of Criminal Apprehension
St. Paul, Minnesota
Ho J: Medical Considerations in Sudden Custodial Death Investigations
*Oral presentation to state investigators about the custodial death phenomenon

**December, 2006 – An Garda Siochaina (Irish National Police Agency)**
Dublin, Ireland
Ho J: Conducted Electrical Weapon Research Update
*Oral presentation of pertinent safety research given to the police administration as they move towards deployment of conducted electrical weapons in Ireland

**December, 2006 – Accident and Emergency Physicians Association of Ireland**
Dublin, Ireland
Ho J: Comprehensive Analysis of Custodial Death and Conducted Electrical Weapons
*Oral presentation of the custodial death phenomenon and how it relates to the introduction of electrical weapons into society

**November, 2006 – Meeker County Sheriff's Office Use of Force Update**
Litchfield, Minnesota
Ho J: Electronic Control Device and Use of Force Physiology for Law Enforcement
*Oral Presentation of human response to electronic control device applications

**November, 2006 – 1st Annual Conference of the Institute for the Prevention of In Custody Death**
Las Vegas, Nevada
HoJ: Human Research on Conducted Electrical Weapons
*Oral presentation of past, present and future human research involving electrical weaponry.

**November, 2006 – Grand Rounds for the Faculte' de Medecine Rene Descartes Paris 5 School of Medicine**
Paris, France
Ho J: Conducted Electrical Weapon Controversies and Research
*Oral presentation of experience and research to prepare their providers for patient care issues as France begins to deploy electrical weapons to their police forces.

**September, 2006 – 21st Annual MN EMS Medical Director Conference**
Alexandria, Minnesota
Ho J: Issues of In Custody Death for EMS Providers
*Oral presentation on the interface of EMS providers with the phenomenon of sudden, unexpected death of persons in law enforcement custody.

**June, 2006 – US Department of Defense and National Institute of Justice Human Electro-Muscular Incapacitation Device Conference**
Quantico, Virgina
Ho J: Conducted Electrical Weapon Human Research Update
*Oral presentation on the state of research involving electronic weapons and their effects on human subjects.

**May, 2006 – TASER International Domestic Tactical Conference**
Las Vegas, Nevada
Ho J: TASER Device Medical Research Update
*Oral presentation of current medical research specifically involving TASER devices

14

*INVITED PRESENTATIONS* (continued):

**2005-2007 – Minneapolis Police Crisis Intervention Tactics Training**
**Various locations within Minnesota**
Ho J: Custodial Death in the Mentally Ill Population
*Oral presentation at a recurring training class sponsored by the Barbara Schneider Foundation to train law enforcement officers in specific tactics for dealing with mentally ill subjects.

**April, 2008 – California (California Highway Patrol)**
**November, 2007 – Hawaii (Honolulu Police Department)**
**September, 2007 – Canada (Vancouver Police Department)**
**March, 2007 – Virginia (Prince William County Sheriff's Office)**
**December, 2006 – Canada (Toronto Police Department)**
**November, 2006 – California (Oakland Police Department)**
**October, 2006 – Illinois (Chicago Police Department)**
**August, 2006 – Colorado (Colorado Springs Police Department)**
**July, 2006 – Oregon (Portland Bureau of Police)**
**June, 2006 – Ohio ( Cleveland Police Department)**
**June, 2006 – Nice, France (CARDIOSTIM/French National Police)**
**March, 2006 – California (Santa Ana Police Department)**
**February, 2006 – California (San Diego County Sheriff's Office)**
**December, 2005 – Scottsdale, Arizona (TASER International)**
**October, 2005 – Scottsdale, Arizona (TASER International)**
Ho J: TASER Device Human Research Update
*Recurring Lecture Series: TASER Police Executive Conference; Oral presentation of theories of In Custody Death based on history and medical literature addressing concerns of the roles that TASER devices play in this phenomenon

**December, 2005 – NM Police Chief Association, Albuquerque, New Mexico**
**November, 2005 – Public Information Forum, Gary, Indiana**
**September, 2005 – International Association of Chiefs of Police, Miami, Florida**
**August, 2005 – Kansas Law Enforcement Conference, Topeka, Kansas**
**July, 2005 – Houston Area Public Safety Forum, Houston, Texas**
**June, 2005 – PRIMA Annual Meeting, Milwaukee, Wisconsin**
**June, 2005 – San Jose Police Management Meeting, San Jose, California**
**May, 2005 – National League of Cities Public Safety Council, Reno, Nevada**
Ho J: In Custody Death Issues
*Oral presentation of medical literature, research data and experience

**April, 2005 – TASER International Domestic Tactical Conference**
**Scottsdale, Arizona**
Ho J: In Custody Death and Law Enforcement Considerations
*Oral presentation of medical literature, research data and experience

**June, 2004 – Metro Atlanta Police Chiefs Association**
**Atlanta, Georgia**
Ho J: Medical Considerations for In-Custody Deaths
*Oral presentation of medical literature and experience

**December, 2002-present – Hopkins High School (ISD 270) Healthcare Career Class**
**Hopkins, Minnesota**
Ho J: A Career in Emergency Medicine
*Oral presentation given annually to high school seniors considering careers in medicine

*INVITED PRESENTATIONS* (continued):

September, 2002 – Annual Meeting of the International Rescue Association
Bloomington, Minnesota
**Ho J**: Ballistic Considerations for Field EMS Personnel
*Oral presentation of continuing medical education

May, August, September and October, 2000 – Annual Meetings of the Hennepin
County Medical Center Trauma Team; Minnesota ACEP; Minnesota Ambulance
Medical Directors; and LifeLink III Prehospital Providers;  Bloomington, Brainerd,
Alexandria and Red Wing, Minnesota
**Ho J**: Rescue on Interstate 35
*Oral presentations of a case study

September, 1999 – Ambulance Personnel Instruction at Republican Trauma
Hospital, Chisinau, Moldova
Heegaard W, **Ho J**: Automatic External Defibrillation
*Oral presentation of continuing medical education and research proposal

May, 1998 – Trauma Grand Rounds at Careggi Medical and Trauma
Center,Florence, Italy
**Ho J**: American Emergency Medical Services
*Oral Grand Rounds presentation

May, 1998 – Trauma Grand Rounds at Republican Trauma Hospital
Chisinau, Moldova
**Ho J**: Advances in Trauma Care
*Oral Grand Rounds presentation

January, 1998 – Minnesota Tactical EMS Conference
Minneapolis, Minnesota
**Ho J**: Firearm Injuries
*Oral presentation of continuing medical education

January, 1998 – Augsburg College Physician Assistant Training Program
Minneapolis, Minnesota
**Ho J**: An Introduction to Emergency Medical Services
*Oral presentation of continuing medical education

January, 1997 – Emergency Medicine Grand Rounds at Loma Linda University
Loma Linda, California
**Ho J**: Controversies in EMS
*Oral Grand Rounds presentation

February, 1996 – Annual Meeting of the Arrowhead EMS Association
Duluth, Minnesota
**Ho J**: Initial Patient Assessment – Everything You Need to Know
*Oral presentation of continuing medical education

August, 1995 – The University of Costa Rica College of Medicine National
Symposium on Emergency Health Care
San Jose, Costa Rica
**Ho J**: Advances in Cardiac Care and Emergency Management of HIV Patients
*Oral presentations of continuing medical education

### *LOCAL ACADEMIC LECTURES*:

- **2008: Geriatric Trauma and Vulnerable Adults** – resident education
- **2007 to Present: Behavioral Emergencies** – paramedic student education

16

- November, 2006: In-Custody Death Events – paramedic education
- 2003 to Present: The Violent Patient – resident education
- 2002 to Present: The Difficult Patient Encounter – resident education
- 1996 to Present: Medical Student Introduction to the EMS System
- 1996 to Present: Residency Update on the State of EMS
- September, 1995: Allergic Reactions – paramedic education
- April, 1995: Basic Head Trauma Management – paramedic education
- March, 1995: Emergency Cardiac Care Update – paramedic education
- March, 1995: Adrenal Emergencies – paramedic education
- October, 1994: Ophthalmologic Emergencies – resident education
- September, 1994: Fluid Resuscitation in Thermal Injuries – resident education
- May, 1994: Cardiopulmonary Emergencies – paramedic education
- October, 1993: Cocaine Related Chest Pain – resident education
- May, 1993: Rectal Foreign Bodies – resident education
- April, 1993: Acute Pancreatitis – resident education

*COMMITTEE EXPERIENCE:*

Chair
- 2002 to 2004: Hennepin County EMS Council/Medical Director Subcommittee
- 1998 to 2002: Hennepin County EMS Council/Paramedic Subcommittee
- 1997 to Present: Minnesota Chapter, American College of Emergency Physicians EMS Committee
- 1996 to 1997: Hennepin County Medical Center Patient Retention Task Force
- 1996 to 1998: Hennepin County EMS Council/Paramedic Education Task Force

Boards of Directors
- 2006 to Present: MN EMS Medical Directors Education Association, Inc. (President)
- 2004 to 2006: MN EMS Medical Directors Education Association, Inc. (Secretary/Treasurer)
- 1996 to 1997: Minnesota Chapter, American College of Emergency Physicians
- 1995 to 1998: Minnesota Association of EMS Physicians

17

*Committee Experience* (continued):

 <u>Member</u>
  ●2006 to 2007: Hospital Security Task Force, Hennepin County Medical Center
  ●2003 to Present: American College of Emergency Physicians Section on Tactical EMS
  ●2000 to 2001: Minneapolis Civil Disturbance Planning Committee
  ●1999 to Present: Minnesota Annual Ambulance Medical Director Retreat Planning Committee
  ●1997 to Present: LifeLink III Aeromedical Transport Medical Advisory Committee
  ●1997 to Present: Hennepin County EMS Council Medical Standards Committee
  ●1997 to Present: Hennepin County EMS Council
  ●1995 to 1998: Hennepin County EMS Council/Paramedic Subcommittee
  ●1995 to 1996: Hennepin County Medical Center Trauma Multidisciplinary Committee

*PROFESSIONAL ASSOCIATIONS*:

  ●American College of Emergency Physicians - Fellow
  ●American Board of Emergency Medicine - Diplomate
  ●Society of Academic Emergency Medicine - Member
  ●National Association of EMS Physicians – Member
  ●International Association of Chiefs of Police – Member
  ●National Sheriffs' Association - Member
  ●Fraternal Order of Police – Member
  ●Archibald Bush Foundation – Senior Medical Fellow

*LICENSURE & CERTIFICATION*:

  ●Minnesota Peace Officers Standards and Training Board, License #18203
  ●Fellow of the American College of Emergency Physicians #355932
  ●Diplomate of the American Board of Emergency Medicine-1997
   Recertified 2006
  ●Diplomate of the National Board of Medical Examiners-1994
  ●Minnesota Medical License #36894
  ●Nevada Medical License #8083 (inactive)
  ●ACLS/APLS/ATLS provider and instructor certified
  ●PALS provider certified
  ●TASER operator and instructor certified
  ●Minnesota Emergency Vehicle Operator Certification
  ●Minnesota Police Pursuit Vehicle Operator Certification
  ●Minnesota Police Pursuit Intervention Tactics (PIT) Certification
  ●Tactical EMS/SWAT Physician Certification
  ●California Firefighter Certification

*REFERENCES*:

  ●Excellent references provided upon request