## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

AMY SHIRLEY OLIVER, as Personal )
Representative of the Estate of ANTHONY )
CARL OLIVER, SR., Deceased, for and on )
behalf of the survivors of the Estate of )
ANTHONY CARL OLIVER, SR., )
)
     Plaintiffs, )
)
     vs. )  Case No. 6:06-CV-1671-ORL-31-DAB
)
CITY OF ORLANDO, a political )
subdivision of the State of Florida; )
LORI FIORINO and DAVID BURK; )
and TASER INTERNATIONAL, INC. )
a foreign corporation )
)
     Defendants. )

### Expert Report: Deborah Mash

Pursuant to Fed. R. Civ. P. 26(a)(2), I, Deborah Mash, hereby submit my report that contains a complete statement of all opinions to be expressed and the bases and reasons therefore; the data and other information I considered in forming the opinions; the exhibits or list of references I used as a summary of or support for the opinions; my qualifications, including a list of all publications authored within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which I have testified as an expert at trial or by deposition within the preceding four years.

_____

Deborah Mash

4/7/08
_____

Date

## I.    INTRODUCTION

I, Deborah Mash, have been retained as an expert consultant on behalf of the Defendant, TASER International, Inc. (TASER) in the above-referenced case. I have been asked to provide my opinions about (1).

The opinions and facts contained in this statement are based on information made available to me in this case on or before the date of this report, as well as from the perspective of over 25 years of professional experience in the study of neurochemistry and pathology of drug abuse and sudden death. I reserve the right to supplement or modify this statement if and when I acquire additional relevant information prior to the time of trial.

## II.    BACKGROUND AND QUALIFICATIONS

I earned a Batchelor of Arts Degree with special honors in Experimental Psychology from Florida State University and a Ph.D. in Pharmacology (Neuropharmacology) from the University of Miami School of Medicine. I completed postdoctoral training in the Department of Neurology, Harvard Medical School, Beth Israel Hospital. I am a tenured Professor of Neurology and Molecular and Cellular Pharmacology at the University of Miami. I hold an endowed chair in Neurology (Jeanne C. Levey Professor of Neurology). I have served as a consultant to university, state and federal agencies. I serve as the Director of the University of Miami Brain Endowment Bank, which houses the largest collection of autopsies specimens from cases of excited delirium and sudden death. I frequently assist the courts with matters pertaining to criminal forensic investigations dealing with illicit drugs and alcohol. My research

1

program at the University is funded by federal grants from the US Public Health Service National Institute on Drug Abuse to investigate the effects of drugs and alcohol on the human brain and behavior. I hold four patents for medication development for the treatment of drug and alcohol addictions. I have served as a member of NIH review committees and lectured at national and international meetings. I have served as a member of the National Institutes of Health, NINDS-NSPA Program Project Review Committee A, the National Institute on Drug Abuse, Office of Extramural Program Review, Member, National Institutes of Health, Brain Disorders & Clinical Neuroscience ZRG1 (BDCN-6), the National Institutes of Health, Center of Biologic Research and Excellence (COBRE), the NIH Neural Basis of Psychopathology, Addictions, and Sleep Disorders (NPAS), the NIH Brain Disorders & Clinical Neuroscience ZRG1 BDCN-A, and the NIEHS Special Emphasis Panel ZES1 LWJ-G(CN). A list of peer reviewed publications and monographs are included in my curriculum vita. I have served as an expert in pharmacology and toxicology in courts in Florida, Oklahoma, Louisiana, Illinois and Pennsylvania.

### III.    MATERIALS CONSIDERED IN FORMING MY OPINIONS

My opinions set forth in this report are based on my consideration of the following materials:

Autopsy, Toxicology Reports and Medical Records, Witness Statements, EMS Report, Incident Reports and Interviews, and other supporting documents as described in Appendix A Documents Reviewed and/or Considered.

2

## IV.   BACKGROUND

The following is a summary of the facts of the case that are relevant. Mr. Anthony Oliver was a psychostimulant drug abuser. Mr. Oliver was known to have abused cocaine for 12 years. Mr. Oliver exhibited combative behavior after deployment of the TASER® electronic control device (ECD or device). The myocardium had evidence of advanced disease at autopsy, consistent with what has been demonstrated to occur in chronic cocaine abusers.

On May 31, 2004 at 3:17 PM, Orlando Police Department (OPD) Officers investigated erratic behavior of a black male who became agitated in the afternoon hours. According to investigative reports, OPD Officer Fiorino observed a black male who had wondered into oncoming traffic. The officer requested back up units to assist her, since she recognized that the male was exhibiting unusual behavior.   She attempted to assist Mr. Oliver, who was walking into traffic and exhibiting incoherent and bizarre behavior. Mr. Oliver approached the officer's vehicle and began to pound on the rear window stating that someone was trying to kill him. He appeared very agitated, erratic and demonstrated delusional thinking.   When verbal attempts were unsuccessful, OPD Officer Burk attempted to physically assist Mr. Oliver to move him out of roadway and oncoming traffic situation.   Officer Burk was the first back up officer to arrive at the scene.  Officer Burk requested that Mr. Oliver provide identification. Mr. Oliver created a physical altercation with Officer Burk.   Officer Fiorino discharged her TASER ECD administering several five second cycles until Mr. Oliver complied.

3

The first five-second cycle of TASER ECD deployment brought Mr. Oliver to his knees and released his hold from Officer Burk. However, after the cycle ended, Mr. Oliver immediately returned to his feet and continued to exhibit erratic behavior. Additional TASER ECD deployments had minimal effect on Mr. Oliver, who continued to struggle and ignore verbal commands. Officer Burk was able to gain control after an additional three more five-cycle deployments. At this time, Sergeant Laura Covington and Sergeant Cheri Saez and Officer Kelly Lowe arrived at the scene. Burk and Lowe controlled Mr. Oliver's arms, while Sergeant Saez placed handcuff restraints. After placement of the handcuffs, OPD officers attempted to get Mr. Oliver to his feet to move him out of the roadway to the median. Mr. Oliver continued to struggle with the officers and resist these efforts. Officer Burk searched Mr. Oliver and found a "crack" pipe on his person. Officer Fiorino removed TASER probes.

The Officer immediately dispatched emergency medical services (EMS) because Officers noted that Mr. Oliver was foaming at the mouth. The Orlando Fire Department (OFD) arrived at the scene at 3:30 PM and assessed Mr. Oliver's medical condition. Advanced life support measures were provided until arrival of the ambulance transport service. Mr. Oliver was placed on a stretcher and into the ambulance escorted by Officer Burk. The attending staff witnessed cardiac arrest while Mr. Oliver was on the stretcher. He was transferred to Florida South Hospital due to medical complications. A Baker Act form was completed for involuntary examination at the hospital. EMS and hospital records demonstrate an extremely elevated core body temperature of 108 degrees Fahrenheit. Rhabdomyolysis (a potentially lethal clinical and biochemical syndrome that

4

is triggered by cocaine abuse) was reported for this case. Despite best efforts, Mr. Oliver was pronounced dead after 23 hours by Dr. Richard Gusso at Florida Hospital South on June 1, 2004.

At autopsy of Mr. Oliver was observed as a black male appearing the recorded age of 40 years. Two sets of TASER ECD probe puncture wounds were recorded on the body. There was no evidence of internal trauma. Autopsy findings revealed diffuse organ failure and anoxic changes in brain. The decedent had multiple bite marks on his tongue, which indicates a history of recent seizure activity. Microscopic analysis of the heart demonstrated focal areas of contraction band necrosis and myocardial pathology within the septum. Cardiomegaly (510 grams) or an enlarged heart was noted by the medical examiner. Toxicological examination demonstrated the presence of cocaine metabolites in the decedent's blood. A complete drug screen was done to rule out the presence of other drugs or alcohol. Urine analysis was positive for cannabinoids. The cause of death was considered to be due to the complications of cocaine excited delirium.

## V. OPINIONS

The following statements are my opinions to a reasonable degree of medical and scientific certainty or probability based on my review of the autopsy findings, hospital records, toxicology, scene investigation and consulting pathology reports.

## VI.

Mr. Oliver was in a paranoid and agitated state when he entered the traffic intersection and was observed by police officers at the scene. The detection of cocaine metabolite in unpreserved blood taken at hospital admission demonstrates that Mr. Oliver

5

had been using cocaine sometime prior to the onset of his abnormal behavior. Mr. Oliver demonstrated bizarre and aggressive behaviors toward the police officers. He was paranoid and delusional, unable to respond to verbal commands. He became violent toward self and others, requiring many different restraint measures. The behavioral symptoms and his altered state are consistent with an acute onset of cocaine excited delirium. Mr. Oliver evidenced the classic features of this complication of cocaine intoxication, including bizarre and/or aggressive behavior, shouting, paranoia, panic, violence toward others, and unexpected physical strength. The ultimate cause of death was due to the complications of cocaine use. There was no evidence of significant trauma or fractures found at autopsy. Cardiomegaly and contraction band necrosis is a common autopsy finding in chronic cocaine abusers. Mr. Oliver had an enlarged heart and contraction band necrosis. Cardiomegaly is a known risk factor for sudden cardiac death.

## VII. DID THE DECEDENT'S USE OF COCAINE INCREASE HIS LIKELIHOOD OF SUDDEN DEATH ?

Subjects of cocaine-induced excited delirium display sudden onset of paranoia and alternate between calm behavior and extreme agitation. When confronted by police, who are invariably called to the scene, the subject intensifies the violence and paranoia. An intense struggle ensues, when the subject exhibits incredible strength and is impervious to the usual police techniques of pain control, including pepper spray, electric stun guns, and peroneal baton strikes. The intense struggle requires the efforts of many police officers, who are finally able to restrain the victim and apply restraints. Usually,

6

within minutes of being restrained, the victim loses all vital signs (Wetli et al., 1996; Ruttenber et al., 1997; Ruttenber et al., 1999). Resuscitation of these cases often results in a failed course of hospital treatment (for review - Di Maio and Di Maio, 2006).

The precise mechanism of lethality in cases of cocaine-related excited delirium is multifactorial. While many factors are associated with sudden death in these cases (Stratton et al., 2001), these individuals develop a disturbance in thought, behavior and mood, and become agitated and violent consistent with a central nervous system (CNS) mechanism or brain disorder as a contributing cause of lethality. Paranoia in the context of cocaine abuse is common with continued exposure to the drug. Neurochemical abnormalities are a likely cause of the emergence of the abnormal behavioral states due to a dysregulation of the neurotransmitter dopamine (Staley et al., 1996; Wetli et al., 1998; Mash et al., 2002). Chronic psychostimulant abuse leads to a hyperdopaminergic state in subjects of excited delirium and this in turn, leads to the psychotic symptoms and violent behavior.

Mr. Oliver abused cocaine and toxicology results demonstrate that he had cocaine metabolites measured in hospital blood specimens. He was reported to have a 12 year history of cocaine abuse. Cocaine abuse causes a marked elevation in dopamine, leading to an overstimulation of dopamine receptors. A "hyperdopaminergic" state leads to psychosis and violent behavior in these subjects. With chronic abuse, compensatory mechanisms keep dopaminergic tone in a homeostasis. However, in cases of excited delirium, these homeostatic mechanisms fail. It is my opinion that Mr. Oliver suffered

from cocaine-related excited delirium.

While many factors are associated with sudden death in individuals requiring restraint for excited delirium (Stratton et al., 2001), these individuals develop a disturbance in thought, behavior and mood, and become agitated and violent consistent with a CNS mechanism or brain disorder as a contributing cause of lethality. Ruttenber et al., (1996) suggested that cocaine-associated rhabdomyolysis and excited delirium share many similar features, suggesting that they may be different stages of the same syndrome.  Patients with rhabdomyolysis are similar to victims of fatal excited delirium with regard to age; gender; race; route of cocaine administration; the experiencing of excitement, delirium, and hyperthermia. Because cocaine-associated rhabdomyolysis and excited delirium have similar clinical features and risk factors, occur in similar populations of drug users, and can be explained by the same pathophysiologic processes, they are likely to be different stages of the same syndrome. It appears that this syndrome is caused by changes in dopamine processing induced by chronic and intense use of cocaine rather than by the acute toxic effects of the drug. Mr. Oliver had a long-standing history of chronic cocaine abuse, which put him at risk for this excited delirium.

The cause of death was attributed to the complications of cocaine excited delirium. Cocaine is a highly addictive central nervous system stimulant that can be injected, snorted, smoked, or ingested orally. Mr. Oliver had on his person a "crack" cocaine pipe, which was placed in evidence and confirmed for cocaine residue in toxicology analysis.   Cocaine users feel a short yet intense "rush" when the drug is initially administered.  Cocaine acts on the sympathetic nervous system to cause a

8

profound stimulation of the heart, elevating blood pressure and rate. Since dopamine is elevated in brain areas that are the higher command relays for control of cardiac rate and rhythm, the syndrome of excited delirium would have put Mr. Oliver at increased risk for a fatal arrhythmia. Of particular importance is the fact that Mr. Oliver had cardiomegaly, which is a risk factor for sudden cardiac death. The recent evidence of bite marks on the tongue suggests terminal seizure activity.

It is my expert opinion to a reasonable degree of medical and/or scientific certainty or probability that Mr. Oliver exhibited paranoia and agitated behavior that resulted from his chronic cocaine abuse. Mr. Oliver presented with bizarre behavior and aggression toward others, which necessitated the use of TASER ECD deployments by the officer. The core body temperature recorded at hospital admission was 108 degrees Fahrenheit. Hyperthermia is a harbinger of sudden death in cases of cocaine excited delirium. Cocaine is known to be a cardiotoxin that contributes to arrhythmias, seizures and sudden death. Cocaine excited delirium is a complication of chronic cocaine abuse.

## VIII.  EXHIBITS TO BE USED

Exhibits to be used in my testimony include the material referenced above of this report, charts and tests shown in the exhibits to this report, as well as compilations or summaries, claim charts, or other supporting materials pertaining ECD.

## Conclusion

9

Based on my review of the materials provided to me, as well as my professional education, experience and background, it is my opinion, to a reasonable degree of scientific and medical probability, that Mr. Olivers' death was caused by the complications of cocaine abuse and the toxic effects of the drug in an individual who was at increased risk for cocaine excited delirium and sudden cardiac death.

## IX. References:

Di Maio TG, and Di Maio VJM (2006) Excited Delirium Syndrome: Cause of Death and Prevention Taylor and Francis, New York.

Kosten T, and Kleber H (1988) Rapid death during cocaine abuse: a variant of the neuroleptic malignant syndrome? *American Journal of Drug and Alcohol Abuse* 14:335-346.

Lather, C.M, Spino, M.M., Agarwal, I., and Tyau, L.S.Y., Cocaine-induced seizures, arrhythmias and sudden death. In – Epilepsy and Sudden Death, ed. Lathers and Schraeder, Marcel Dekker, Inc., 1990.

Mash DC, Pablo J, Ouyang Q, Hearn WL, and Izenwasser S (2002). Dopamine transport function is elevated in cocaine users. *J. Neurochem.*, 81:292-300.

O'Halloran RL, and Lewman RV (1993) Restrain asphyxiation in excited delirium. *Am. J. Forensic Med. Pathol.*. 14(4):289-285.

Reay DT, Howard JD, Fligner CL, and Ward RJ (1988) Effects of positional restraint on oxygen saturation and heart rate following exercise. *Am. J. Forensic Med. Pathol..* 9(1):16-18.

Ruttenber AJ, Lawler-Heavner J, Yin M, Wetli CV, Hearn WL, and Mash DC (1997) Fatal excited delirium following cocaine use: epidemiologic findings provide new evidence for mechanisms of cocaine toxicity. *J. Forensic Sci.* 42(1):25-31.

Ruttenber AJ, McAnally H, and Wetli CV (1999) Cocaine-associated rhabdomyolysis and excited delirium: different stages of the same syndrome. *Am. J. Forensic Med. Pathol..* 20(2):120-127.

Staley JK, Hearn WL, Ruttenber, AJ, Wetli CV, and Mash DC (1994). High affinity cocaine recognition sites on the dopamine transporter are elevated in fatal cocaine overdose victims. *J. Pharm. Exp. Ther.* 271:1678–1685.

Staley JK, Wetli CV, Ruttenber AJ, Hearn WL, Kung HF, and Mash DC (1995). Dopamine transporter and receptor autoradiography in cocaine psychosis and sudden death. *Biol. Psych.* 37:656.

11

Stratton SJ, Rogers C, Brickett K, and Gruzinski G (2001) Factors associated with sudden death of individuals requiring restraint for excited delirium. *Am. J. Emerg. Med.* 19:187-191.

Wetli CV (2005) Excited Delirium. In Payne-James J, Byard RW, Corey TS and Henderson C (eds) Encyclopedia of Forensic and Legal Medicine. Elsevier Academic Press, p. 276-281.

Wetli CV, and Fishbain DA. (1985). Cocaine-induced psychosis and sudden death in recreational cocaine users. *J. Forensic Sci.* 30(3):873-880.

Wetli CV, Mash DC, and Karch SB. (1996) Cocaine-associated agitated delirium and the neuroleptic malignant syndrome. *Am. J. Emerg. Med.* 14(4):425-428.

## X. Attachments:

Curriculum Vitae

List of Past Expert Testimony in previous four years

## XI. Compensation for Professional Services

Compensation for case reviews is at the rate of $250.00 per hour.  Depositions are charged at the rate of $300.00 per hour.  Travel for testimony is billed at a flat rate of $2,000.00 per day.

## APPENDIX A

### CASE MATERIALS REVIEWED

Oliver v. City of Orlando and TASER International, Inc.

I.  **PLEADINGS and ORDER**

    (a)    **Second Amended Complaint;** December 11, 2006;

    (b)    **U.S. District Court Orlando Division** – Case Management and Scheduling Order, January 30, 2007;

II.  **DEFENDANT DISCOVERY RESPONSES**

    (a)    **Defendant TASER International, Inc.'s (TASER's) Amended Answer and Affirmative Defense to Plaintiff's Second Amended Complaint,** January 17, 2007;

    (b)    **Defendant TASER's Initial Rule 26 Disclosure, First Supplemental Rule 26 Disclosures, and Second Supplemental Disclosure;**

    (c)    **Defendant TASER's Motion to Dismiss Plaintiff's Second Amended Complaint and Supporting Memorandum of Law,** December 21, 2006;

III.  **PLAINTIFFS' DISCOVERY RESPONSES**

    (a)    **Notice of Serving Answers to Interrogatories – Plaintiff's Answer to City of Orlando Interrogatories;**

    (b)    **Notice of Serving Answers to Interrogatories – Plaintiff's Answer to TASER's Interrogatories;**

    (c)    **Response to Defendant TASER's Motion to Dismiss,** January 3, 2007;

IV.  **INVESTIGATIVE and INCIDENT REPORTS**

    (a)    **Lake Mary (FL) Police Incident Report,** Stolen vehicle report of Eileen Slater, May 25, 2004;

    (b)    **Florida Dept. of Law Enforcement (FDLE)** – Criminal History Report of Anthony Carl Oliver;

    (c)    **Orlando (FL) Police Dept. Incident Report,** June 2, 2004;

(d)   **Florida Department of Law Enforcement Police Use of Force Investigative Summary,** 656 pages;

(e)   **Bank of America Affidavit as Custodian of Records,** Anthony Oliver's bank records, January – May, 2004;

(f)   **Divorce Record of Anthony Carl Oliver,** July 13, 2004; 20.

(g)   **Florida Marriage Record of Anthony Carl Oliver,** September 9, 1996; 22.

(h)   **TASER Analysis of Advanced TASER® M26 electronic control device,** letter to Officer David Haddock on March 6, 2007;

(i)   **Employment Records of Anthony Carl Oliver;**

(j)   **Internal Affairs Section Statement Transcript of Ofc. Lori Fiorino,** January 10, 2005;

(k)   **News video of the incident scene;**

## V.   DEPOSITIONS

(a)   **Amy Shirley Oliver,** June 12, 2007;

(b)   **Eileen Slater,** November 5, 2007;

(c)   **Lori Fiorino – Volume 1,** November 7, 2007;

(d)   **Jan Garavaglia, M.D.,** November 8, 2007;

(e)   **Patrick W. Smith,** December 6, 2007;

(f)   **Robert A. Stratbucker, M.D.,** December 7, 2007;

(g)   **David Burk,** February 22, 2008;

## VI.   ANTHONY CARL OLIVER'S MEDICAL RECORDS and REPORTS

(a)   **Florida Hospital Orlando Medical Records of Anthony Carl Oliver;** May 31, 2004 – June 1, 2004;

(b)   **Orlando Fire Department Incident Report,** Medical Records of Anthony Carl Oliver, May 31, 2004;

(c)   **Rural/Metro Ambulance Pre-hospital Care Report,** May 31, 2004;

### VII.   AUTOPSY REPORT

     (a)     **Autopsy Report,** June 2, 2004;

     (b)     **Exhibit A – Garavaglia, M.D.;**

     (c)     **Dr. Garavaglia Oliver file;**

### VIII.   PHOTOGRAPHS

     (a)     **Scene Photos, 88;**

     (b)     **Autopsy Photos,** 36;

### IX.   CD

     (a)     **Expert Witness Review Materials – Updated CD,** February 4, 2008;

### X.   ORLANDO POLICE DEPARTMENT POLICY

     (a)     **Orlando Police Dept. Policy and Procedure on Use of Force,** effective January 27, 2003;

### XI.   PLAINTIFFS' EXHIBITS

     (a)     **Plaintiff's Exhibit 1;**

     (b)     **Plaintiff's Exhibit 2;**

     (c)     **Plaintiff's Exhibit 3;**

     (d)     **Plaintiff's Exhibit 4;**

     (e)     **Plaintiff's Exhibit 7;**

     (f)     **Plaintiff's Exhibit 10;**

### XII.   PLAINTIFFS' Expert Report(s) of Glen Rudner, M.D.

## APPENDIX B

## SUMMARY OF FACTS

Oliver, et al. v. TASER International, Inc., et al.

### Evidence-based personal history of Mr. Anthony Oliver

Historical evidence and information are critical ingredients to understanding the behavior and death of Mr. Anthony Oliver (Mr. Oliver) during the afternoon hours on May 31, 2004 and his death at 1:50 p.m. on June 1, 2004 (Dease, **Report of Investigations**, undated, p.1; Garavaglia, **Autopsy Report: Anthony Oliver**, June 2, 2004, p. 1; Office of the District Nine Medical Examiner, **Decedent: Anthony Oliver**, 7/22/04, p. 1).

### Mr. Oliver's physical characteristics: June 1, 2004

Mr. Oliver was a 42-year-old (date of birth: 3/12/62), Black male, who was 74 inches tall, and weighed 260 pounds on June 2, 2004 (Dease, **Report of Investigations**, undated, p.1; Garavaglia, **Autopsy Report: Anthony Oliver**, June 2, 2004, p. 1).

### Mr. Oliver was a United States Army military policeman

Mr. Oliver served in the United States Army from 1980-1983 and was honorably discharged (Dy, **Progress Note: Anthony Oliver**, January 1, 2002, p. 46). A member of the military police, Mr. Oliver served in the United States Army Reserves from 1983-1988 (p. 46).

### Mr. Oliver's prior substance abuse history

Mr. Oliver had a prior history of substance abuse (Rauen, **Progress Note: Anthony Oliver**, March 21, 2002, p. 1) that he reported was detected when he served in the United States Army (p. 2). Alcohol was the focus of the military substance abuse (p. 2). Mr. Oliver told Substance Abuse Program Coordinator, Paul F. Rauen, that he abused alcohol by drinking heavily at times, and moderately at other times (p. 3). On occasion Mr. Oliver admitted that he had missed work because of drinking, but that on March 21, 2002, he has not missed work, but does still drink (p. 3), having drank alcohol 76-90 days of the last 90 days (p. 3). Mr. Oliver admitted that he can drink 6 cans of beer in one hour, and has drank 12-18 cans of beer in one day (p. 5). Cocaine dependence in partial remission was also identified (p. 7). According to Mr. Oliver, he has been addicted to cocaine since 1984 (Dy, **Progress Note: Anthony Oliver**, January 11, 2002, p. 45).

### August 1, 2002: Mr. Oliver discharged from substance abuse program

On July 31, 2002 Mr. Oliver threatened another patient at Southwest Discharge Planning, and the Veteran's Administration police were called to handle the confrontation (Enegess, **Progress Note: Anthony Oliver**, August 1, 2002, p. 9).

## Mr. Oliver's prior criminal record

Mr. Oliver had a prior criminal history. The following table outlines his arrest and/or citation record prior to May 31, 2004.

**Table 1. Mr. Oliver's Arrest and/or Citation History**

| DATE | OFFENSE |
|------|---------|
| 3/16/1984 | Suspended driver license (Orlando (FL) Police Department) |
| 10/01/1990 | Resisting officer (felony); loitering and prowling (misdemeanor) (Orange County (FL) Sheriff's Office) |
| 7/14/1991 | Probation violation; Ref Resist without violence (Orange County (FL) Sheriff's Office |
| 10/02/1995 | Failure to appear; Ref non support (Brevard County (FL) Sheriff's Office) |
| 4/20/1997 | Stalking; resisting officer; resisting arrest without violence (misdemeanor); domestic violence (Palm Bay (FL) Police Department) |
| 12/05/1995 | Shoplifting (misdemeanor) (Melbourne (FL) Police Department) |
| 8/07/1998 | Burglary—residential (felony); battery (misdemeanor) (Melbourne (FL) Police Department) |
| 8/13/1998 | Trespassing  (Brevard County (FL) Sheriff's Office) |
| 11/16/2000 | Nonmoving traffic violation; driving while license suspended 2nd conviction (misdemeanor); resisting officer; obstruction by disguised person (misdemeanor) (Melbourne (FL) Police Department) |

Source: Florida Department of Law Enforcement, **CIB Name search section: Anthony Carl Oliver,** 11/9/2006

## May 25, 2004: Mr. Oliver failed to return a borrowed car

On May 25, 2004, Ms. Eileen Slater (Ms. Slater) contacted the Lake Mary (FL) Police Department regarding Mr. Oliver's failure to return her blue, four-door, Eagle car, tag number A19QIP, which he borrowed on Saturday, May 22, 2004 (Fuehrer, **Lake Mary Police Incident Report,** 5/25/04, pp. 1-2). Lake Mary Police Officer Kimberly M. Fuehrer (Officer Fuehrer) responded to Ms. Slater's Golfview Apartment unit, and took an informational report about the missing vehicle (p. 2). Ms. Slater told Officer Fuehrer that she had loaned Mr. Oliver the vehicle at approximately 9:30 p.m. on Saturday evening, and that it was to be returned to her on Monday morning (p. 2). Although Ms. Slater attempted to make contact with friends and family regarding Mr. Oliver's location, no one knew where he might be found (p. 2). Ms. Slater told Officer Fuehrer that "she is worried that Oliver maybe in the high drug area of West Orlando [because] Oliver has had a drug problem in the past and might currently be under the influence of an illegal narcotic" (p. 2).

According to Ms. Slater, Mr. Oliver needed the vehicle to take his children to Melbourne "or something or another" (Jones, **Taped Interview of Officer Steven Head,** June 7, 2004, p. 8). According to Orlando (FL) Police Department Officer Steven Head (Officer Head) who spoke to Ms. Slater at the hospital where Mr. Oliver had been admitted, Ms.

Slater told him that Mr. Oliver had been living with her for the last 2.5 years (p. 8). Mr. Oliver had been a known drug abuser for the past 14 years, according to Ms. Slater, and that she thought he might be out looking for illegal drugs (p. 8).

## May 31, 2004: 3:15 p.m. (approximately) Mr. Oliver flagged down police car

Mr. Oliver flagged down an Orlando (FL) Police Department police car as he was standing in the vicinity of the intersection of Tampa Avenue and West Colonial Drive (Highway 50) on May 31, 2004 at approximately 3:15 p.m. (Jones, **FDLE Police Use of Force Report Investigative Summary: Anthony Carl Oliver**, undated, p. 1). According to Officer Fiorino who was driving the police car, Mr. Oliver "walked out into traffic and appeared to be trying to flag down help, which caused Officer Fiorino to almost strike him with her police vehicle (Thomas, **Memo to Chief of Police Michael J. McCoy**, January 11, 2005, p. 1). Officer Fiorino turned her police vehicle around and returned to Mr. Oliver's location where she parked in the eastbound left turn lane of West Colonial Drive (p. 1).

### Mr. Oliver approached Officer Fiorino's police car

Mr. Oliver approached Officer Fiorino's police car and "began to pound on the rear driver side window and door stating that someone was trying to kill him" (Thomas, **Memo to Chief of Police Michael J. McCoy**, January 11, 2005, pp. 1-2). Officer Fiorino used the police car's loud speaker to instruct Mr. Oliver to step away from the police car, and when he relocated to the highway median and was a safe way from the police car, Officer Fiorino exited her vehicle (p. 2).

### Officer Fiorino exited the police car and observed Mr. Oliver

After exiting the police car, Officer Fiorino observed Mr. Oliver to be of large stature, and also to be very agitated (Thomas, **Memo to Chief of Police Michael J. McCoy**, January 11, 2005, p. 2). Mr. Oliver, who was acting erratic and screaming, told Officer Fiorino "They're after me. . .they're gonna shoot me" as he pointed toward a Lincoln-Mercury dealership (p. 2).

### Officer Fiorino unholstered her TASER® M26 electronic control device (M26, ECD, or device).

After observing and hearing Mr. Oliver, Officer Fiorino drew her ECD, pointed it at Mr. Oliver, and told him to stay back (Thomas, **Memo to Chief of Police Michael J. McCoy**, January 11, 2005, p. 2).

### Officer Fiorino requested back-up officers

After pointing the TASER ECD at Mr. Oliver, Officer Fiorino requested, via her police radio, back-up officers be sent to her location (Thomas, **Memo to Chief of Police Michael J. McCoy**, January 11, 2005, p. 2). Officer Fiorino's observation of Mr.

Oliver's behavior and actions caused her to believe that Mr. Oliver was a danger to himself and/or others and needed to be committed for a mental health evaluation under Florida's Baker Act (p. 2).

**Mr. Oliver walked toward Officer Fiorino**

Mr. Oliver walked toward Officer Fiorino even though she had pointed her TASER ECD at him (Thomas, **Memo to Chief of Police Michael J. McCoy,** January 11, 2005, p. 2). As Mr. Oliver walked toward her, Officer Fiorino pointed the TASER ECD at him and ordered him to stay back (p. 2). Officer Fiorino also observed what appeared to be a white substance around Mr. Oliver's mouth (p. 2).

**3:18 p.m.: Orlando Police Officer David Burk arrived at the scene**

Orlando Police Officer David Burk (Officer Burk) was the first back-up officer to arrive at the scene at 3:18 p.m. (Thomas, **Memo to Chief of Police Michael J. McCoy,** January 11, 2005, p. 2; Orlando Police Department 5.24, **Incident Report,** 6/1/2004, p. 2). Officer Burke observed Mr. Oliver and Officer Fiorino standing in the median on West Colonial Drive, and also Officer Fiorino attempting to communicate with Mr. Oliver (Thomas, **Memo to Chief of Police Michael J. McCoy,** January 11, 2005, p. 2).

**Officer Burke requested Mr. Oliver provide identification**

After Officer Fiorino attempted to provide information to Officer Burk about the situation, Officer Burk requested Mr. Oliver to provide identification (Thomas, **Memo to Chief of Police Michael J. McCoy,** January 11, 2005, p. 2). Mr. Oliver calmed down long enough to provide identification to Officer Burk (from his wallet), but when Officer Fiorino asked Mr. Oliver to sit down, Mr. Oliver refused her commands and returned to his previously erratic behavior (p. 2).

**Mr. Oliver walked onto the roadway**

After refusing Officer Fiorino's commands to sit down, Mr. Oliver walked into the eastbound lanes of West Colonial Drive (Thomas, **Memo to Chief of Police Michael J. McCoy,** January 11, 2005, p. 2). Officer Burk attempted to talk Mr. Oliver out of the roadway, but his attempt failed after Mr. Oliver began to walk and then stopped in the middle of the street (p. 2). Officer Burk walked into the roadway to physically assist Mr. Oliver after he noticed Mr. Oliver stop in the middle of the street (p. 2). Traffic had stopped for the traffic signal to the west of their location (p. 2).

**Mr. Oliver attacked Officer Burk**

Officer Burk approached Mr. Oliver and placed an open hand on his shoulder in an attempt to move him from the roadway, but Mr. Oliver refused to move (Thomas, **Memo to Chief of Police Michael J. McCoy,** January 11, 2005, p. 2). About this same time, the traffic light changed and traffic begun to move in the direction of Mr. Oliver and Officer

Burk (p. 2). Officer Burk grabbed Mr. Oliver's shoulder and pushed him toward the median (p. 2). Mr. Oliver grabbed Officer Burk and held him in the lanes of oncoming traffic (p. 2).

## Officer Fiorino deployed the TASER ECD: #1

After Mr. Oliver grabbed Officer Burk, Officer Burk yelled to Officer Fiorino who then deployed her TASER ECD at Mr. Oliver (Thomas, **Memo to Chief of Police Michael J. McCoy,** January 11, 2005, p. 2). The TASER ECD had minimal effect on Mr. Oliver, but it did drop him to his knees, causing him to release Officer Burk (p. 2).

## Officer Fiorino cycled the TASER ECD three times

After releasing Officer Burk and after the first five-second TASER ECD cycle, Mr. Oliver returned to his feet and continued his erratic behavior (Thomas, **Memo to Chief of Police Michael J. McCoy,** January 11, 2005, p. 2). Officer Fiorino cycled her TASER ECD three more times, with each separate cycle lasting five seconds, but they had little effect on Mr. Oliver (p. 2). After each five-second cycle, Officers Burk and Fiorino told Mr. Oliver to get onto his stomach, but he refused (p. 2).

## Mr. Oliver struggled with Officer Burk

Officer Burk continued in his attempts to get Mr. Oliver out of the street (Thomas, **Memo to Chief of Police Michael J. McCoy,** January 11, 2005, p. 2). During their struggling, the TASER ECD probes dislodged from Mr. Oliver (p. 2). Officer Fiorino saw the probes come loose from Mr. Oliver (p. 2), and reloaded her TASER ECD with another cartridge (p. 2).

## Officer Fiorino deployed the TASER ECD's second cartridge

After reloading her TASER ECD with another cartridge, Officer Fiorino deployed it at Mr. Oliver so that both probes struck him (Thomas, **Memo to Chief of Police Michael J. McCoy,** January 11, 2005, p. 2). Officer Fiorino administered three more five-second cycles (p. 2). After the final cycle, Officer Burk was able to gain control of Mr. Oliver's arm (p. 2). At some point during the incident Mr. Oliver's verbal responses to the officers' commands was reported as incoherent babble (Jones, **FDLE Police Use of Force Report Investigative Summary: Anthony Carl Oliver,** undated, p. 1).

## Officer Fiorino's TASER ECD download data

The data download of Officer Fiorino's TASER ECD showed eight entries for Monday, May 31, 2004 (Fiorino.dat, p. 4). A forensic analysis was conducted by Mr. Andrew Hinz (Mr. Hinz) at TASER Interntional, Inc. on March 6, 2007 of TASER M26 ECD with serial number P3-001292. Mr. Hinz's report noted: "The device indicates that its last firing was 15 months prior to the TASER International testing. Therefore, because the device has experienced a time drift during that 15 month period, the time indicated on the

device's data recording 15 months ago will differ from any time recording now. Though the device is recording data properly and accurately it is unknown what the internal clock indicated at the time of the event compared to real time (Hinz, March 6, 2007, p. 4).

The eight entries (with added time sequence that was not in the download) showed the following:

| 00:00 | Line 175 | 14:18:19 | Monday |
|---|---|---|---|
| + 00:09 | Line 176 | 14:18:28 | Monday |
| + 00:29 | Line 177 | 14:18:48 | Monday |
| + 00:49 | Line 178 | 14:19:08 | Monday |
| + 01:02 | Line 179 | 14: 19:21 | Monday |
| + 01:11 | Line 180 | 14:19:31 | Monday |
| + 01:19 | Line 181 | 14:19:38 | Monday |
| + 02:08 | Line 182 | 14:20:27 | Monday |

### 3:20 p.m.: Officer Steven Head arrived

Officer Steven Head (Officer Head) arrived on the scene at 3:20 p.m., and saw officers struggling with a black male, later identified as Mr. Oliver (Head, **Baker Act Report,** 5/31/2004, p.1).

### 3:24 p.m., 3:25 p.m.: Sergeant Laura Covington, Sergeant Cheri Saez, and Officer Kelly Lowe arrived

Additional back-up officers arrived on the scene: Sergeant Laura Covington, Sergeant Cheri Saez, and Officer Kelly Lowe (Thomas, **Memo to Chief of Police Michael J. McCoy,** January 11, 2005, p. 3). Sergeant Covington arrived at 3:24 p.m., with Sergeant Saez and Officer Lowe arriving at 3:25 p.m. (Orlando Police Department, **Incident Report,** 6/1/04, p. 2). Officers Burk and Lowe controlled Mr. Oliver's arms, while Sergeant Saez placed the handcuffs on Mr. Oliver (Thomas, **Memo to Chief of Police Michael J. McCoy,** January 11, 2005, p. 2). Sergeant Covington attempted to restrain Mr. Oliver's head and shoulder areas because he was thrashing about on the ground (p. 3).

### Mr. Oliver removed to the median

After Mr. Oliver was handcuffed, Officers Burk and Lowe attempted to remove him from the ground, stand him, but Mr. Oliver resisted their efforts, but after several attempts to move him, the officers were able to move Mr. Oliver to the median (p. 3). About this time, additional officers arrived at the scene.

**Officers Anthony Buffkin and Noah Pruitt arrived at the scene**

Mr. Oliver had been handcuffed when Officers Anthony Buffkin and Noah Pruitt arrived at the scene (Thomas, **Memo to Chief of Police Michael J. McCoy,** January 11, 2005, p. 3).

**Mr. Oliver had something in his mouth and refused to spit it out**

Several officers saw the Mr. Oliver had something in his mouth and ordered him to spit it out (Jones, **FDLE Police Use of Force Report Investigative Summary: Anthony Carl Oliver,** undated, p. 2). Sergeant Covington repeatedly requested Mr. Oliver to remove the unknown substance from his mouth while Mr. Oliver was being handcuffed (p. 2).

**Crack cocaine pipe and wallet found on Mr. Oliver after a search**

Officer Burk conducted a search of Mr. Oliver after he was handcuffed (Thomas, **Memo to Chief of Police Michael J. McCoy,** January 11, 2005, p. 3). The search found a crack cocaine pipe and wallet (p. 3).

**TASER ECD probes removed by Officer Fiornio**

Following police department policy, Officer Fiornio removed the ECD probes from Mr. Oliver (Thomas, **Memo to Chief of Police Michael J. McCoy,** January 11, 2005, p. 3).

**3:30 p.m.: Orlando Fire Department arrived at the scene**

Several of the officers who were struggling with Mr. Oliver noticed that he was foaming at the mouth (Thomas, **Memo to Chief of Police Michael J. McCoy,** January 11, 2005, p. 3). The Orlando Fire Department (OFD) was requested to come to the scene at 3:25 p.m. based upon this observation, and Mr. Oliver's violent and bizarre behavior and arrived at 3:30 p.m. (p. 3). Orlando Firefighters Chris Stocks and Tommy Walker were dispatched to the scene (Jones, **FDLE Police Use of Force Report Investigative Summary: Anthony Carl Oliver,** undated, p. 2). The medical condition of Mr. Oliver was assessed by OFD personnel, who also provided advanced life support until Rural Metro Ambulance Service arrived on scene at 3:35 p.m. (Thomas, **Memo to Chief of Police Michael J. McCoy,** January 11, 2005, p. 3; Rural/Metro Ambulance, **Prehospital Care Report: Anthony Oliver,** 5/31/04, p.1). Ambulance personnel paramedic Rudy Smith and emergency medical technician (EMT) Carly Bishop made initial contact with Mr. Oliver at 3:36 p.m., and departed the scene at 3:54 p.m. (Rural/Metro Ambulance, **Prehospital Care Report: Anthony Oliver,** 5/31/04, p.1; Jones, **FDLE Police Use of Force Report Investigative Summary: Anthony Carl Oliver,** undated, p. 2 ). Prior to departing the scene, EMT Bishop noticed Mr. Oliver sat up on the stretcher at an approximately 90-degree angle, and then after a few seconds, his eyes seemed to roll back into his head, and he fell backward on the stretcher (Jones, **FDLE Police Use of Force Report Investigative Summary: Anthony Carl Oliver,** undated, p. 3).

**Mr. Oliver's vital signs**

Mr. Oliver had a heart rate of 68 at 3:36 p.m. (Rural/Metro Ambulance, **Prehospital Care Report: Anthony Oliver**, 5/31/04, p.3). At approximately 3:42 p.m., Mr. Oliver became unresponsive with a heart rate of 42, with zero pulse (p. 3). Pacer pads were then attached to Mr. Oliver at approximately 3:54 p.m. (p. 6). At approximately 3:50 p.m. Mr. Oliver was intubated and found to have good lung sounds, while cardiopulmonary resuscitation (CPR) performed during transport to the hospital (p. 3). Mr. Oliver's pulses returned at 4:00 p.m. (p. 6). Mr. Oliver was also found to have a body temperature of 107° F (p. 6). Mr. Oliver was also seen putting an unknown white substance in his mouth and then swallowing it (p. 6).

**Mr. Oliver was taken to Florida Hospital South**

Mr. Oliver was placed onto a stretcher, placed into an ambulance, and taken to Florida Hospital South (Thomas, **Memo to Chief of Police Michael J. McCoy**, January 11, 2005, p. 3). The ambulance arrived at the hospital at 4:02 p.m. (Rural/Metro Ambulance, **Prehospital Care Report: Anthony Oliver**, 5/31/04, p.1).

**1:50 p.m.: June 1, 2004 Mr. Oliver pronounced dead**

Mr. Oliver was pronounced dead by Dr. Gusso at 1:50 p.m. on June 1, 2004 (Office of the District Nine Medical Examiner, **Decedent: Anthony Oliver**, 7/22/04, p. 6).

**9:30 a.m., June 2, 2004: Autopsy and toxicology findings**

Jan C. Garavaglia, M.D., Deputy Chief Medical Examiner, performed an autopsy on Anthony Oliver on June 2, 2004 at 9:30 a.m. (Garavaglia, **Report of Autopsy: Anthony Oliver**, 6/2/2004, p. 1). Dr. Garavaglia found the following regarding Mr. Oliver's causes of death:

1.    Cocaine excited delirium
        A.    Witnesses stated delusional and excited behavior prior to police interaction
        B.    Temperature of 108 degrees Fahrenheit taken rectally, recorded by EMS and hospital personnel
        C.    Witnessed cardiac arrest while on a stretcher after being subdued by police
                1.    Struggled with police and taser applied
                        a.    Two sets of Taser marks present on body
                        b.    No evidence of internal trauma
                        c.    Superficial contusions and small abrasions about wrists consistent with being handcuffed
                        d.    Reported combative behavior still present for a period after taser applied
        D.    Cocaine metabolites present in (unpreserved) antemortem blood

        E.    Survival for approximately 23 hours in the hospital, on a respirator, after the cardiac arrest

        F.    Anoxic encephalopathy

            1.    History seizures with multiple bite marks on tongue

        G.    Diffuse organ failure

        H.    Focal areas of contraction band necrosis

II.    Cardiomegaly (510 grams)

        A.    Moderately pale musculature with focal subendocardial hemorrhage in the left ventricle

        B.    Focal areas of myocardial disarray within the septum

CONCLUSION: In consideration of the circumstances surrounding the death after examination of the body, it is my opinion that the death of Anthony Oliver, a 42 year old, black male is the result of complications of cocaine excited delirium. He was in a state of excited, delusional behavior from cocaine prior to being subdued by police with a struggle and taser. He was still reportedly combative after emergency medical services arrived but had a witnessed arrest while on a stretcher. Upon arrival to the hospital he was found to have a markedly elevated temperature of 108. He survived in the hospital for approximately 23 hours. Another risk factor evidence at autopsy for sudden cardiac arrhythmia was cardiomegaly (an enlarged heart) (Garavaglia, **Report of Autopsy: Anthony Oliver**, 6/2/2004, p. 2).

The toxicology report identified the following positive drugs in Mr. Oliver's antemortem blood: cannabinoids: 0.050; cocaine metab: 0.100; benzoylecgonine: 1.728 mg/L; antemortem urine: cannabinoids 0.050; cocaine metab: 0.300 (Wuesthoff Reference Laboratory, 7/12/04, pp.1-2).

## APPENDIX C

### Identification of Participants

Oliver, et al. v. TASER International, Inc., et al.

| NAME | ROLE |
|---|---|
| Eileen Slater | Woman who loaned her personal car to Mr. Oliver and then called the Lake Mary Police Department to file an informational report that he did not return it. |
| Officer Fiorino | Orlando Police Officer who almost struck Mr. Oliver when he attempted to stop her police car. Officer Fiorion deployed two TASER® ECD cartridges. |
| Officer Burk | Orlando Police Officer who was the first back-up officer at the scene, and was attacked by Mr. Oliver. |
| Officer Head | Orlando Police Officer who arrived at the scene and completed the Baker Act report. |
| Sergeant Covington | Orlando Police Sergeant who arrived at the scene as a back-up officer, and attempted to restrain Mr. Oliver's head and shoulder areas |
| Sergeant Saez | Orlando Police Sergeant who arrived at the scene as a back-up officer and who placed handcuffs on Mr. Oliver |
| Officer Lowe | Orlando Police Officer who arrived at the scene as a back-up officer and helped to control Mr. Oliver's arms for handcuffing |
| Officer Buffkin | Orlando Police Officer who arrived at the scene as a back-up officer |
| Officer Pruitt | Orlando Police Officer who arrived at the scene as a back-up officer |
| Chris Stocks | Orlando Fire Department responder who arrived at the scene |
| Tommy Walker | Orlando Fire Department responder who arrived at the scene |
| Carly Bishop | EMT ambulance attendant who arrived at the scene and treated Mr. Oliver |
| Rudy Smith | Paramedic ambulance attendant who arrived at the scene and treated Mr. Oliver |
| Dr. Gusso | Pronounced Mr. Oliver dead |
| Jan C. Garavaglia, M.D. | Deputy Chief Medical Examiner who performed autopsy on Mr. Oliver |

## *CURRICULUM VITAE*

### *Personal*

**2.** Deborah C. Mash, Ph.D.
**3.** (305) 865-5170 (home)
**4.** (305) 243-5888 (office)          (305) 243-3649 (Fax)
**5. Address:**          7552 W. Treasure Drive, Miami, Florida 33141
**6. Current Rank:**          Professor
**7. Primary Department:**          Neurology
**8. Secondary Department:**          Molecular and Cellular Pharmacology
**9. Citizenship:**          USA
**10. Visa Type**          N/A

### 11. Higher Education

| | |
|---|---|
| 1970-1975 | B.A. (Cum Laude) Experimental Psychology |
| | Florida State University, Tallahassee, FL |
| | (Special honor conferred in Major, Honor's thesis: "The McCollough Effect with Sizes") |
| 1973 | Methodological Language Center, Moscow, USSR |
| 1978-1980 | M.S. Pharmacology and Toxicology (Neuropharmacology) |
| | Florida A&M University, Tallahassee, FL |
| | Thesis: "Endorphinergic Regulation of Serotonergic Pathways" |
| 1980-1984 | Ph.D. Pharmacology (Neuropharmacology) |
| | University of Miami School of Medicine, Miami, FL |
| | Dissertation: "Autoradiographic localization of $M_2$ muscarine receptors in the rat brain |
| | suggests a presynaptic location on cholinergic tracts: Implications for Alzheimer's disease." |
| 1984-1986 | Postdoctoral Fellow in Neurology (Neuroanatomy) |
| | Harvard Medical School, Beth Israel Hospital, Boston, MA |

### 12. Professional Experience / Academic

| | |
|---|---|
| 1971 - 1976 | Research Assistant, Florida State University, Tallahassee, FL |
| 1976 - 1978 | Research Technologist, Florida State University, Tallahassee, FL |
| | (small animal surgery, neurohistological and microscopic analysis, HRP and degeneration |
| | studies under the direction of Karen J. Berkley, Ph.D.) |
| 1978 - 1980 | Graduate student in Pharmacology, Florida A&M Univ. (Neurochemical studies of beta |
| | endorphin and serotonin interactions) |
| 1980 - 1984 | Graduate student in Pharmacology, University of Miami School of Medicine. (Biochemical |
| | and autoradiographic studies of muscarinic receptor subtypes in rat and human brain.) |
| 1984 - 1986 | Postdoctoral Fellow in Neurology (Neuroanatomy) |
| | Harvard Medical School, Boston, MA. (Human and primate architectonic studies of |
| | cholinergic receptor subtypes under the direction of M-Marsel Mesulam, M.D.) |
| 1986 - 1991 | Assistant Professor of Neurology and Pharmacology, UM School of Medicine |
| 1986 - Present | Director, University of Miami Brain Endowment Bank |
| 1987 - Present | Faculty Member, Interdepartmental Program in Neuroscience |
| 1990 - Present | Associate Director for Basic Research, Comprehensive Drug Research Center |
| 1991- 1997 | Associate Professor of Neurology and Molecular and Cellular Pharmacology (tenured 1992) |
| 1991 - 1996 | Member, National Institutes of Health, NINDS-NSPA Program Project Review Committee A |
| 1993 | National Institute on Drug Abuse, Office of Extramural Program Review, N01DA-3-8201 |
| 1995 - Present | Member, Scientific Advisory Panel, Heffter Research Institute, Lafayette, IN |

1997 - Present   Professor of Neurology and Molecular and Cellular Pharmacology (Effective 6/1/97)
1996 - Present   Jeanne C. Levey Professor of Parkinson's Disease Research
2000 - 2003      Member, National Institutes of Health, Brain Disorders & Clinical Neuroscience ZRG1 (BDCN-6)
2000 - 2006      Member - Scientific Advisory Board for Life Extension, Fort Lauderdale, FL
2001             Member, National Institutes of Health, Center of Biologic Research and Excellence (COBRE)
2002             Visiting Scholar, Depts. Psychology and Biology, Victoria University, Wellington, New Zealand.
2003 - 2005      Member, Neural Basis of Psychopathology, Addictions, and Sleep Disorders (NPAS)
2006             Ad Hoc Member,

**13. Non-Institutional: None**

**14. Board Certification & Licenses: None**

**15. Non-Academic: None**

**16. Military: None**

## PUBLICATIONS:

### 17. Books and Monographs

1.)   Hefti, F.H. and Mash, D.C. Localization of nerve growth factor receptors in the human brain. In: "Molecular Biology of the Human Brain", In: UCLA Symposium on Molecular and Cellular Biology, New Series, Vol. 72, (E.G. Jones ed.), Alan R. Liss, Inc. NY, pp. 119-132, 1988.

2.)   Hefti, F.H., Montero, C. N., and Mash, D.C. Nerve growth factor rescues septal cholinergic neurons and promotes reinnervation of the hippocampus in rats with partial fimbrial transections. In: "Current Issues in Neural Regeneration", (P. Reier, N. Bunge, F.J. Seil eds.), Alan R. Liss, New York, N.Y., pp. 105-115, 1988.

3.)   Mash, D.C. Architecture of Cholinergic Pre- and Postsynaptic Markers in the Primate Striatum, In: "Progress in Parkinson's Disease", (F. Hefti and W. J. Weiner, eds.), Plenum Publishing Corp., pp., 31-37, 1989.

4.)   Hefti, F., Hartikka, J., Knusel, B. and Mash, D.C. Nerve growth factor and cholinergic neurons of the mammalian brain. In: "Brain Cholinergic Systems" (M. Shriach and Biesold, eds.) Oxford University Press, pp., 173-202, 1990.

5.)   Mash, D.C., and Flynn, D.D. Potential application of radiolabeled ligand studies of dementing diseases by Positron Emission Tomography. In: "Positron Emission Tomography in Dementia". (R. Duara, ed.,) Wiley-Liss, New York, pp. 149-160, 1990.

6.)   Mash, D.C., Sanchez-Ramos, J. and Weiner, W.J. Transferrin receptor regulation in Parkinson's Disease and MPTP-treated mice. In: "Parkinson's Disease: From Basic Research to Treatment" (H. Narabayashi, T. Nagatsu, N. Yanagisawa and Y., Mizuno, eds.). Raven Press, New York, NY, 1992.

7.)   Mash, D.C. and Weiner, W.J. Transferrin receptors numbers are altered in Parkinson's Disease and experimental dopaminergic denervation. In: "Progress in Parkinson's Disease Research" (Hefti, F. and Weiner, W., eds.) Futura Publishing Co., Inc., New York, NY, 1992.

8.)   Mash, D.C., Singer, J., Pablo, J., Basile, M., Bruce, J. and Weiner, W.J. Iron Storage and Transport Markers in Parkinson's Disease and MPTP-Treated Mice. (Riederer, P. and Youdim, M.B.H., eds.) In: "Iron in CNS Disorders", Springer Verlag, Wien, pp. 103 - 114, 1993.

9.)      McCoy, C., Shapshak, P., Shah, S., McCoy, H., Rivers, J., Page, J., Chitwood, D., Weatherby, N., Inciardi, J., McBride, D., Mash, D.C., Watters, J.  HIV-1 Prevention: Interdisciplinary studies and reviews on efficacy of bleach and compliance to bleach prevention protocols. National Academy of Science Monographs, 1995.

10.)     Mash, D.C.  Amyloid precursor protein and Alzheimer's disease: Identifying abnormal processing events that lead to the deposition of beta amyloid protein. In: "The Yearbook of Neurology and Neurosurgery", (Bradley, W. G. and Cromwell, R.M, eds.) pp. xlvii - li, Mosby Yearbook, Inc., NY, 1994.

11.)     Hearn, W. L., Mash, D.C., Pablo, J., Hime, G., Sambol, N.C., and Doepel, F.M. Pharmacokinetics of Ibogaine: Analytical method, animal-human comparisons, and the identification of a primary metabolite. Proceedings of the TIAFT-SOFT Joint Congress, Oct. 21 - Nov. 4, 1994 (Spiehler, V. ed.) Omnipress, Ann Arbor, MI, pp. 325 - 334, 1995.

12.)     Mash, D.C.  Neuroshamanism: Ancient knowledge meets modern science, In: Deepak Chopra's Infinite Possibilities, Vol. 1, Issue 3, pp. 1, 4, 8, 1996.

13.)     Sanchez-Ramos, J. and Mash, D. C. Pharmacotherapy of drug dependence with Ibogaine, IN: Constructive Potential of Psychedelics: Cross-Cultural Perspectives, (Winkelman, M., and Andritzky, W., eds.) Yearbook of Cross-Cultural Medicine and Psychotherapy, Berlin, pp. 353- 367, 1996.

14.)     Mash, D.C. and Staley, J.K. Cocaine recognition sites on the human dopamine transporter in drug overdose victims. In: Neurotransmitter transporter: Structure and Function, (M.E.A. Reith), Humana Press, pp. 315 - 341, 1996.

15.)     Mash, D.C. Psychopathological manifestations of cocaine abuse. Drug Abuse in the Decade of the Brain, (Gabriel Nahas and Thomas Burks, eds.) IOS Press, pp. 259 - 266, 1997.

16.)     Mash, D.C. Neuropsychiatric Consequences of chronic cocaine abuse. Drug Abuse Handbook, (Steven Karch, ed.), pp. 412 - 419, 1997.

17.)     Mash, D.C., Kovera, C. A., Buck, B.E., Norenberg, M.E., Shapshak, P., Hearn, W.L. and Sanchez-Ramos, J. Medication development of Ibogaine as a pharmacotherapy for drug dependence, (ed. Sayed Ali), Ann. New York Academy of Sciences, 844:274-292, 1998.

18.)     Mufson, E.J., Kahl, U., Bowser, R., Mash, D.C., Kordower, J.H., and Deecher, D. Galanin expression within the basal forebrain in Alzheimer's disease.  In: Galanin: Basic Research Discoveries and Therapeutic Implications.  Ann. New York Academy of Sciences, 863:291-304, 1998.

19.)     Mash, D.C., Staley, J.K. D3 Dopamine and kappa opioid receptor alterations in human brain of cocaine overdose victims.  In: Advancing from the Ventral Striatum to the Extended Amygdala: Implications for Neuropsychiatry and Drug Abuse - Ann. New York Academy of Sciences, 29(877):507-522, 1999.

20.)     Mash, D.C., Kramer, L.C., Segal, D., Izenwasser, S. Dopamine transporter mRNA in human brain: distribution and regulatory effects in autopsy studies of cocaine abusers. In: Cerebral Signal Transduction: From First to Fourth Messengers, (MEA Reith, ed.), Humana Press Inc., Totowa, NJ pp 401-417, 1999.

21.)     Haracz, J.L., Mash, D.C., Sircar, R. A multi-component learning model of drug abuse: Drug-taking and craving may involve separate brain circuits underlying instrumental and classical conditioning respectively. In: Advancing from the Ventral Striatum to the Extended Amygdala: Implications for Neuropsychiatry and Drug Abuse. Ann. New York Academy of Sciences, pp 401-417, 1999.

22)      Mash, D.C., Kovera, C.A., Pablo, J., Tyndale, F.R., Ervin, F.D., Williams, I.C., Singelton, E.G., Mayor, Manny.  Ibogaine: complex pharmacokinetics, concerns for safety, and preliminary efficacy measures.  Ann New York Acad Science, 914:394-401, 2000.

23)     Mash, D.C., Kovera, C.A., Pablo, J., Tyndale, R., Ervin, F.R., Kamlet, J.D., Hearn, W. L. Ibogaine in the treatment of heroin withdrawal. In: Ibogaine: Proceeding of the first International Conference., Alkaloid Series, Volume 56. Editors: Dr. Kenneth Alper and Dr. Stan Glick. Academic Press, San Diego, California pp 156-170, 2001.

24)     Baumann, M.H., Pablo, J., Ali, S.F., Rothman, R.B., Mash, D.C. Comparative neuropathology of ibogaine and its o-desmethyl metabolite, noribogaine. In: Ibogaine: Proceeding of the First International Conference., Alkaloid Series, Volume 56. Editors: Dr. Kenneth Alper and Dr. Stan Glick. Academic Press, San Diego, California pp 80-109, 2001.

25)     Mash, D.C. Dopamine receptor diversity. In: Parkinson's Disease Diagnosis and Clinical Management. (Dr. William Weiner and S.A.Factor, Editors). Demos Medical Publishing, Inc., New York, 233-241, 2002.

26.)     Mash, D.C. and Staley, J.K. In vitro and in vivo imaging of the human dopamine transporter in cocaine abusers. In – Contemporary Neuroscience, Neurotransmitter Transporters: Structure, Function and Regulation. Edited by M.E.A. Reith, Human Press, Inc. Totowa, NJ. 467-501, 2002.

27.)     Mash, D.C. Dopamine Receptor Diversity: Anatomy, Function and Relevance to Parkinson's Disease. In – Handbook of Parkinson's Disease (Third Edition), Edited by Rajesh Pawla, Kelly Lyons, and William C. Koller, Marcel Derker, Inc. New York, 2003.

28.)     Mash, D.C. Neuropsychiatric Consequences of Chronic Cocaine Abuse (in) Chapter 6: Neurochemistry of drug abuse; Drug Abuse Handbook, (Steven Karch, ed.), pp. 527-535, 2006.

29.)     Mash D.C. Dopamine Receptor Diversity: Chapter 2 In: Parkinson's Disease Diagnosis and Clinical Management. (Dr. William Weiner and S.A.Factor, Editors). Demos Medical Publishing, Inc., New York - In Press 2007.

30.)     Mash, D.C. Neuropsychiatric Consequences of Chronic Cocaine Abuse (in) Neurochemistry of Abused drugs (Steven Karch, ed.) Taylor and Francis, Boca Raton, FL. In press, Pub date Sept 26, 2007.

31.)     Mash, D. C. Dopamine Transporter, Disease States and Pathology In: Dopamine transporters: Chemistry, Biology, and Pharmacology. M.L. Trudell and S. Izenwasser, eds. Wiley and Sons, NY. In Press 2007.

32.)     Mash, D.C. Identifying Biochemical Brain Markers in Excited Delirium Deaths in: Conducted Electrical Weapons: Physiology and Pathology. Eds: Mark Kroll& Jeff Ho, Springer Kluwer. In Press 2008

## 18. Scientific Articles in Peer Reviewed Journals

1.)     Berkley, K.J and Mash, D.C. Somatic sensory projections to the pretectum in the cat. Brain Res. 158:445-448, 1978.

2.)     Potter, L.T., Flynn, D.D., Hanchett, H., Kalinoski, D.L., Luber-Narod, J., and Mash, D.C. Independent M1 and M2 receptors: Ligands, autoradiography and functions. Trends in the Pharmacol. Sci. 22-31, 1984.

3.)     Mash, D.C., Flynn, D.D., Kalinoski, D.L., and Potter, L.T. Circadian variations in muscarine receptors in rat brain dependant upon endogenous agonist occupation. Brain Res. 331: 35-38, 1985.

4.)     Mash, D.C., Flynn, D.D. and Potter, L.T. Loss of M2 muscarine receptors in the cerebral cortex in Alzheimer's disease and experimental cholinergic denervation. Science 228:115-117, 1985.

4

5.)     Mash, D.C. and Potter, L.T. Autoradiographic localization of M1 and M2 muscarine receptors in the rat brain. Neuroscience 19:551-564, 1986.

6.)     Mufson, E.J., Martin, T.L., Mash, D.C., Wainer, B.H., and Mesulam, M-M. Cholinergic projections from the parabigeminal nucleus (Ch8) to the superior colliculus in the mouse: a combined analysis of horse radish peroxidase transport and choline acetyltransferase immunocytochemistry. Brain Res. 370: 144-148, 1986.

7.)     Flynn, D.D. and Mash, D.C. Characterization of L-[$^3$H]-nicotine binding in human cerebral cortex: Comparison between Alzheimer's disease and the normal. J. Neurochem. 47:1948-1954, 1986.

8.)     Hefti, F., Hartikka, J., Salvatierra, A., Weiner, W., and Mash, D.C. Localization of nerve growth factor receptors in the nucleus basalis of the human brain. Neurosci. Letters, 69: 37-41, 1986.

9.)     Soliman, K. F.A., Mash, D.C., and Walker, C.A., The effect of altered 5-hydroxytryptamine levels on beta endorphin content in rat brain. Proc. Soc. Exp. Biol. and Med. 182: 187 - 193, 1986.

10.)    Mash, D.C., White, W.F. and Mesulam, M-M. Distribution of muscarinic receptor subtypes within architectonic subregions of the primate cerebral cortex. J. Comp. Neurol. 278: 265-274, 1988.

11.)    Mufson, E.J., Mash, D.C., and Hersh, L.B., Neurofibrillary tangles in cholinergic pedunculopontine neurons in Alzheimer's disease.  Ann. Neurology 24: 623-629, 1988.

12.)    Efange, S. M., Mash, D.C., Hefti, F., Kung, H.F., and Billings, J., Selective visualization of rodent locus coeruleus by a radiolabelled N-methyl-4-phenyl-1,2,3,6-tetrahydropyridine analog.  J. Neurochem. 53: 459-464, 1989.

13.)    Hefti, F. and Mash, D.C., Localization of nerve growth factor receptors in the normal human brain and in Alzheimer's disease. Neurobiol. Aging 10: 75-87, 1989.

14.)    Flynn, D.D. and Mash, D.C., Multiple *in vitro* interactions with and differential *in vivo* regulation of muscarinic receptor subtypes by tetrahydroaminoacridine. J. Pharm. Exper. Ther. 250: 573 - 582, 1989.

15.)    Efange, S. M., Kung, H.F., Mash, D.C., Jabir, M., Billings, J., Pablo, J., Dutta, A. and Freshler, A. Pargyline sensitive selective accumulation of a radiolabelled  MPTP analog in the primate cerebral cortex and basal ganglia. Synapse 5: 207-212, 1990.

16.)    Mash, D.C., Pablo, J., Flynn, D.D., Efange, S.M. and Weiner, W.J., Characterization and distribution of transferrin receptors in rat brain. J. Neurochem. 55:1971-1979, 1990.

17.)    Hearn, W.L., Flynn, D.D., Himes, G.W., Rose, S., Mantero-Atienza, E. Cofino, J.C., Wetli, C.V., and Mash, D.C., Cocaethylene: A unique cocaine metabolite displays high affinity for the dopamine transporter. J. Neurochem. 56: 698-701, 1991.

18.)    Flynn, D.D., Weinstein, D., and Mash, D.C., Loss of high affinity agonist binding to M1 muscarinic receptors in Alzheimer's disease: Implications for the failure of cholinergic replacement therapy.  Ann. Neurology 29:256-262, 1991.

19.)    Mesulam, M-M., Geula, C., Cosgrove, R., Mash, D.C., and Brimijoin, S. Immunocytochemical demonstration of axonal and perikaryal acetylcholinesterase in human cerebral cortex. Brain Res. 539: 233-238, 1991.

20.)    Itzhak, Y., Mash, D.C., Zhang, S.H., and Stein, I.  Characterization of N-methyl-4-phenyl-1,2,3,6-terahydropyridine (MPTP) binding  sites in C57BL/6 mouse brain: Mutual effects of monamine oxidase inhibitors and sigma-ligands on MPTP and sigma binding sites.  Mol. Pharm. 39:385-393, 1991.

5

21.)     Hearn, W.L., Rose, S.L., Wagner, J., Ciarleglio, A.C., and Mash, D.C., Cocaethylene is more potent than cocaine in mediating lethality. Pharmacol., Biochem. and Behavior 39: 531-533, 1991.

22.)     Mash, D.C., Pablo, J., Buck, B.E., Sanchez-Ramos, J. and Weiner, W.J.  Distribution and number of transferrin receptors in Parkinson's disease and in MPTP-treated mice.  Exp. Neurology 114: 73-81, 1991.

23.)     Sanchez-Ramos, J.R., Song, S., Mash, D.C., and Weiner, W.J., 21-Aminosteroids interact with the dopamine transporter to protect against $MPP^+$ toxicity.  J. Neurochemistry 58: 328-334, 1992.

24.)     Mash, D.C. and Flynn, D.D., Loss of high affinity agonist binding in Alzheimer's disease - Reply, Ann. Neurol. 31: 231-232, 1992.

25.)     Flynn, D.D., Vaishnav, A.A., and Mash, D.C. Interactions of cocaine with primary and secondary recognition sites on muscarinic receptors. Mol. Pharm., 41: 736-742, 1992.

26.)     Mesulam, M-M., Hersh, L.B., Mash, D.C., and Geula, C. Differential cholinergic innervation within functional subdivisions of the human cerebral cortex. J. Comp. Neurol. 320; 282-299, 1992.

27.)     Mash, D.C. and Zabetian, C., Sigma receptors are associated with cortical limbic areas in the primate brain. Synapse 12: 195- 205, 1992.

28.)     Wang, S.Z., Zhu, S., Mash, D.C. and El-Fakahany, E.E. Comparisons of the concentration of messenger RNA levels encoding four  muscarinic receptor subtypes in control and Alzheimer brains. Brain Res. 16:64-70, 1992.

29.)     Mesulam, M-M., Mash, D.C., Hersh, L.B., Bothwell, M.,  and Geula, C., Cholinergic innervation of the human striatum, globus pallidus, subthalamic nucleus, substantia nigra, and red nucleus. J. Comp. Neurol. 323:252-268, 1993.

30.)     Perez-Pinzon, M.A., Rosenthal, M., Sick, T.J., Lutz, P., Pablo, J., and Mash, D.C., Down-regulation of sodium channels during anoxia: A putative survival strategy of turtle brain.  Amer. J. Physiology 262: 712 -714, l993.

31.)     Flynn, D.D. and Mash, D.C. Distinct kinetic binding properties of N-[$^3$H]-methylscopolamine afford differential labeling and localization of M1, M2 and M3 muscarinic receptors in the primate brain. Synapse 14: 283 - 296, 1993.

32.)     Shapshak, P., McCoy, C., Rivers, J., Mash, D.C., Chitwood, D., Weatherby, N., and Shah, S., Inactivation of human immunodeficiency virus-1 at short time intervals using undiluted bleach. J. AIDS 6: 218-219, 1993.

33.)     Flynn, D.D., Sanchez, J. and Mash, D.C., Perinatal cocaine exposure alters sigma binding sites density in the placenta. Res. Comm. Substances of Abuse 14: 17 - 36, 1993.

34.)     Emre, M., Heckers, S., Mash, D.C, Guela, C., and M-M. Mesulam, Cholinergic innervation of the amygdaloid complex in the human brain and its alterations in Alzheimer's disease.  J. Comp. Neurol. 336: 117 - 134, 1993.

35.)     Mash, D.C., Sanchez-Ramos, J., and Weiner, W. J., Transferrin receptor regulation in Parkinson's disease and MPTP-treated mice. Advances in Neurology 60: 133 -139, 1993.

36.)     Staley, J.K., Basile, M., Flynn, D.D., Mash D.C. Visualizing dopamine and serotonin transporters in the human brain with the potent cocaine analog [$^{125}$I]RTI-55: *In vitro*  binding and autoradiographic characterization.  J. Neurochem. 62: 549 - 556, 1994.

6

37). Chakko, S., Sepulveda, S., Kessler, K., Mash, D.C., Prineas, R., and Myerberg, R. J. Frequency and Type of electrocardiographic abnormalities in cocaine abusers (Electrocardiogram in cocain abuse). Am. J. Cardiology 74: 710 - 713, 1994.

38.) Uhl, G., Walther, D., Mash, D.C, Faucheux, B., and Javoy-Agid, F. Dopamine transporter mRNA in Parkinson's disease and control substantia nigra. Ann. Neurol. 35: 494-498, 1994 .

39.) Shapshak, P., McCoy, C.B., Shah, S.M., Page, J.B., Rivers, J., Weatherby, N., Chitwood, D.D., and Mash, D.C. Preliminary laboratory studies on inactivation of HIV-1 in needles and syringes containing infected blood using undiluted household bleach, J. AIDS 7: 754 - 759, 1994.

40.) Newman, H.A., Allen, A.C., Witkin, J.M., Izenwasser, S., Mash, D.C. and Katz, J.L. The thermal decomposition product of "crack", AEME, and analogs do not appear to contribute acutely to the pharmacological or toxicological actions of cocaine. Med. Chem. Res. 4: 93 - 110, 1994.

41.) Baghdoyan, H.A., Mallios, V.J., Duckrow, R.B. and Mash, D.C. Localization of muscarinic receptor subtypes in brain stem areas regulating sleep. NeuroReport 5: 1631 - 1634, 1994.

42.) Ferrari-Dileo, G., Waelbroeck, M., Mash, D.C., and Flynn, D.D., A novel strategy for the selective labeling and localization of the M4 (m4) muscarinic receptor subtype. Mol. Pharm. 46:1028 - 1035, 1994.

43.) Zabetian, C., Staley, J. K., Flynn, D.D., and Mash, D.C. Kinetic and equilibrium analysis of $[^3H]$-(+)-pentazocine binding to sigma recognition sites in human cerebellum. Pharmacol. Letters 55: 389 - 395, 1994.

44.) Staley, J.K., Hearn, W.L., Ruttenber, A.J., Wetli, C.V., and Mash, D.C. High affinity cocaine recognition sites on the dopamine transporter are elevated in fatal cocaine overdose victims. J. Pharm. Exp. Ther. 271:1678 - 1685, 1994.

45.) Flynn, D.D., Ferrari-Dileo, G., Mash, D.C., and Levey, A.I., Differential regulation of molecular subtypes of muscarinic receptors in Alzheimer's disease. J. Neurochem. 64: 1888 - 1891, 1995.

46.) Ferrari-DiLeo, G., Mash, D.C., and Flynn, D.D., Attenuation of muscarinic receptor -G protein interaction in Alzheimer's disease. Mol. and Chem. Neuropath. 24: 69-91, 1995.

47.) Staley, J.K., Boja, J.W., Carroll, F.I., Seltzman, H., Wyrick, C.D., Lewin, A.H., Abraham, P., and Mash, D.C., Mapping the dopamine transporter in human brain with the novel selective cocaine analog $[^{125}I]RTI$-121, Synapse 21: 364 - 372, 1995.

48.) Mash, D.C., Staley, J.K., Baumann, M., Rothman, R.P., and Hearn, W.L., Identification of a primary metabolite of ibogaine that targets serotonin transporters and elevates serotonin. Pharmacol. Letters 57: 45-50, 1995.

49.) Mash, D.C., Pablo, J., Staley, J. K., Holohean, A.M., Hackman, J.C., and Davidoff, R.A., Properties of Ibogaine and a principal metabolite (12-Hydroxyibogamine at the MK-801 binding site on the NMDA- receptor complex. Neurosci. Letters 192: 53-56, 1995.

50.) Flynn, D.D., Ferrari-Dileo, G., Levey, A.I., and Mash, D.C., Differential alterations in muscarinic receptor subtypes in Alzheimer's disease: Implications for cholinergic based therapy. Life Sci. 56: 869-876, 1995.

51.) Hearn, W.L., Pablo, J., Hime, G. and Mash, D.C. Identification and quantitation of ibogaine and an *o*-demethylated metabolite in brain and biological fluids using gas chromatography/mass spectrometry. J. Anal. Tox. 19: 427 - 434, 1995.

7

52.). Baumann, M. H., Mash, D.C. and Staley, J.K., The serotonin agonist m-chlorphenylpiperazine (mCPP) binds to serotonin transporter sites in human brain. Neuroreport 6: 2150 - 2152, 1995.

53.) Mash, D.C., Staley, J.K., Doepel, F.M., Young, S., Ervin, F.R., and Palmour, R.P., Altered dopamine transporter densities in alcohol-preferring vervet monkeys. Neuroreport 7: 457 - 462, 1996.

54.) Wetli, C.V., Mash, D.C. and Karch, S. Cocaine-associated agitated delirium and the neuroleptic malignant syndrome. Amer. J. Emer. Med. 14: 425 - 428, 1996.

55.) Shah, S.M., Shapshak, P., River, J.E., Stewart, R.V., Weatherby, N.L., Xin, K.-Q., Page, J.B., Chitwood, D., Mash, D.C., Vlahov, D., and McCoy, C.B., Detection of HIV-1 DNA in needle/syringes, paraphernalia, and washed from shooting galleries in Miami: A preliminary laboratory report. J. AIDS. 11(3): 301-306, 1996.

56.) Staley, J.K. and Mash, D.C. Adaptive increase in $D_3$ dopamine receptors in the brain reward circuits in cocaine fatalities. J. Neurosci. 16:6100-6106, 1996.

57.) Callaway, J.C., Raymom, L.R., Hearn, W.L., McKenna, D.M., Grob, C., Brito, G. and Mash, D.C., Quantitation of N, N-dimethyltryptamine and harmala alkaloids in human plasma after oral dosing with *Ayahuasca.* J. Anat. Tox. 20:492-497, 1996.

58.) Staley, J.K., Ouyang, Q, Pablo, J., Hearn , W.L., Flynn, D.D., Rothman, R.B., Rice, K.C. Mash, D.C., Pharmacological screen for activities of 12-hydroxyibogamine: A primary metabolite of the indole alkaloid ibogaine. Psychopharmacology 127:10-18, 1996.

59.) Ruttenber, A. J., Lawler-Haevener, J., Wetli, C.V., Hearn, W. L., and Mash, D.C., Fatal excited delirium following cocaine use: Epidemiologic findings provide evidence for new mechanisms of cocaine toxicity. J. Forensic Tox. 42: 25 -31, 1997.

60.) Mash, D.C. Are neuroadaptations in D3 dopamine receptors linked to the development of cocaine dependence? Mol. Psychiatry (News and Views) 2: 7-8, 1997.

61.) Segal, D.M., Moraes, C.T., and Mash, D.C. Upregulation of D3 dopamine receptor mRNA in the nucleus accumbens from human cocaine overdose fatalities. Mol. Brain Res., 45(2) 335 - 339, 1997.

62.) Staley, J.K., Talbot, J.Z., Ciliax, B.J., Miller, G.W., Levey, A.I., Kung, M.P., Kung, H., and Mash, D.C. Radioligand and immunoautoradiographic evidence for a lack of toxicity to dopaminergic neurons in human cocaine overdose victims. Brain. Res. 747: 219 - 229, 1997.

63.) Miller, G.W., Staley, J.K., Heilman, C.J., Perez, J.T., Mash, D.C., Rye, D.B., and Levey, A.I., Immunochemical analysis of dopamine transporter protein in Parkinson's Disease. Ann Neurol. 41: 530 - 539, 1997.

64.) Efange, S.M.N., Garland, E., Staley, J.K., Khare, A. B., and Mash, D.C., Vesicular acetylcholine transporter (VAChT) density and Alzheimer's disease. Neurobiology of Aging. 18(4):407-13, 1997.

65.) Staley, J.K., Mash, D.C., Parsons, S.M., Khare, A.B., and Efange, S.M., Pharmacological characterization of the vesamicol analogue (+)-[125I]MIBT in primate brain. Eur. J. Pharmacol. 338: 159-169, 1997.

66.) Staley, J.K. Rothman, R.B. Rice, K.C., Partilla, J. Mash, D.C. Kappa2 opioid receptors in limbic areas of the human brain are upregulated by cocaine in fatal overdose victims. J. Neuroscience. 17(21):8225-33, 1997.

8

67.)     Guillozet, A.L. Smiley, J.F. Mash, D.C., Mesulam, M.-M. Butyrylcholinesterase in the life cycle of amyloid plaques. Ann. Neurology. 42(6):909-18, 1997.

68.)     Efange, S.M.N., Mash, D.C., Khare, A.B., Ouyang, Q. Modified ibogaine fragments: synthesis and preliminary pharmacological characterization of 3-ethyl-5-phenyl-1,2,3,4,5,6 hexahydroazepino [4,5-b] benzothiophenes. J. Med. Chem. 41(23):4486-91, 1998.

69.)     Pablo, J. and Mash, D.C. Noribogaine stimulates naloxone-sensitive [$^{35}$S]GTP$\gamma$S binding. NeuroReport 9:109-114, 1998.

70.)     Obach, R. S., Pablo, J. and Mash, D.C. Cytochrome P4502D6 catalyzes the O-demethylation of the psychoactive alkaloid ibogaine to 12-hydroxyibogamine. Drug Metabolism and Disposition 25(12):1359-69, 1998.

71.)     Deecher, D.C. Mash, D.C., Staley, J.K. and Mufson, E.J.,     Characterization and localization of galanin receptors in human entorrhinal cortex. Regal. Peptide. 73(3):149-59, 1998.

72.)     Einstein, G., Patel, V., Bautista, P., Kenna, M., Melone, L., Fader, R., Karson, K., Mann, S., Saunders, A., Hulette, C., Mash, D.C., Roses, A., and Schmechel, D. Intraneuronal ApoE in human visual cortical areas reflects the staging of Alzheimer's disease pathology. J. Neuropath. and Exp. Neurol. 57(12):1190-1201, 1998

73.)     Hulette, C.M., Welsh-Bohmer, K.A., Murray, M.G., Saunders, A.M., Mash, D.C., and McIntyre, L.M., Neuropathological and neuropsychological changes in "normal" aging: Evidence for preclinical Alzheimer's disease in cognitively normal individuals. J. Neuropath. Exp. Neurol. 57:1168-1174, 1998.

74.)     Ciliax, B.J., Drash, G.W., Staley, J.K., Haber, S., Mobley, C.J., Miller, G.W., Mufson, E.J., Mash, D.C. and Levey, A.l., Immunocytochemical localization of the dopamine transporter in human brain. J. Comp. Neurol., 409:38-56, 1999.

75.)     Ma, S.Y., Ciliax, B.J, Stebbins, G., Jaffar, S., Joyce, J.N., Cochran, E.J., Kordower, J.H., Mash, D.C., Levey, A.l., and Mufson, E.J., Dopamine transporter-immunoreactive neurons decrease with age in the human substantia nigra: A stereologic analysis. J. Comp. Neurol., 409:25-37, 1999.

76.)     Chen, L., Segal, D., and Mash, D.C., Semi-quantitative reverse-transcriptase polymerase chain reaction: An approach for the measurement of target gene expression in human brain. Brain Res.Protocols, 4:132-139, 1999.

77.)     Zubaran, C., Shoaib, M., Stolerman, I.P., Pablo, J., Mash, D.C., Noribogaine generalization to the ibogaine stimulus: Correlation with noribogaine concentration in rat brain. Neuropsychopharm. 21: 119-126, 1999.

78.)     Izenwasser, S., Staley, J.K., Cohn, S., and Mash D.C., Characterization of kappa1-opioid receptor binding in human insular cortex. Life Sciences, 65:857-862, 1999.

79.)     Chen, L., Segal, D.M., Moraes, C.T. and Mash, D.C., Dopamine transporter mRNA in autopsy studies of chronic cocaine users. Mol. Brain Res., 73:181-185, 1999.

80.)     Miller, G.W., Erickson, J.D., Perez, J.T., Penland, S.N., Mash, D.C., Rye, D.B., Levey, A.I. Immunochemical analysis of vesicular monoamine transporter (VMAT2) protein in Parkinson's disease. Exp. Neurol. 156:138-148, 1999.

81.)     Callaway, J.C., McKenna, D.J., Grob, C.S., Brito, G.S., Raymon, L.P., Poland, R.E., Andrade, E.N., Andrade, E.O., Mash, D.C. Pharmacokinetics of Hoasca alkaloids in healthy humans. J Ethnopharmacol, 65(3):243-56, 1999.

9

82.)     Mufson, E.J., Deecher, D.C., Basil.e M., Izenwasser, S., and Mash, D.C. Galanin receptor plasticity within the nucleus basalis in early and late Alzheimer's Disease: an *in vitro* autoradiographic analysis. Neuropharm, 39:1404-1412, 2000.

83.)     Hurley, M.J., Mash, D.C., Jenner, P. Adenosine A2A receptor mRNA expression in Parkinson's disease. Neurosci. Letters, 291(1):54-8, 2000.

84.)     Wang, Y., TesFaye, E., Yasuda, R.P., Mash, D.C., Armstrong, D.M., Wolfe, B.B. Effects of postmortem delay on subunits of ionotropic glutamate receptors in human brain.   Brain Res. Mol. Brain Res. 80(2):123-131, 2000.

85.)     Mash, D.C., Staley, J.K., Izenwasser, S., Basile, M., Ruttenber, A.J. Serotonin transporters upregulate with chronic cocaine use. J. Chem. Neuroanatomy, 20:271-280, 2000.

86.)     Eshleman, A.J., Wolfrum, K, Mash, D.C., Christensen, K., and Janowsky, A. Drug interactions with the dopamine transporter in cryopreserved human caudate. J. Pharmacol. Exp. Ther., 296(2):442-449, 2001.

87.)     Hurley, M.J., Mash, D.C., Jenner, P. Dopamine $D_1$ receptor expression in Parkinson's disease. Mol Brain Res. Mar 5;87(2):271-9, 2001.

88.)     Baumann, M.H., Rothman, R.B., Pablo, J.P., Mash, D.C. *In vivo* neurobiological effects of ibogaine and its *o*-Des-methyl metabolite, 12-hydroxyibogamine (Noribogaine), in rats. J. Pharm. Exp. Ther. 297(2):531-539, 2001.

89.)     Counts, S.E., Perez, S.E., Kahl, U., Bartfai, T., Bowser, R.P., Deecher, D.C., Mash, D.C., Crawley, J.N., Mufson, EJ. Galanin: Neurobiologic mechanisms and therapeutic potential for Alzheimer's disease. CNS Drug Reviews, 7(4):445-470, 2001.

90.)     Henderson, R.F., Barr, E.B., Blackwell, W.B., Clark, C.R., Conn, C.A, Kalra, R., March, T.H., Sopori, M.L, Tesfaigzi, Y., Menache, M.G., Mash, D.C., Dokladny, K., Kozak, W., Kozak, A., Wachulec, M., Rudolph, K., Kluger, M.J., Singh, S.P., Razani-Boroujerdi, S., Langley, R.J. Response of F344 rats to inhalation of subclinical levels of sarin: exploring potential causes of Gulf War illness. Toxicology and Industrial Health, 17:294-297, 2001.

91.)     Miksys, S., Rao, Y., Hoffmann, E., Sellers, E.M., Mash, D.C., Tyndale, R.F.  Regional and cellular expression of cytochrome P450 2D6 in human brain: Higher levels in alcoholics. J. Neurochem. 82:1376-1387, 2002.

92.)     Mash, D.C., Pablo, J., Ouyang, Q., Hearn, W.L., Izenwasser, S. Dopamine transport function is elevated in cocaine users. J. Neurochem. 81:292-300. 2002.

93.)     Bannon, M.J., Pruetz, B., Manning-Bog, A.B., Whitty, C.J., Michelhaugh, S.K., Sacchetti, P., Grannerman, J.G., Mash, D.C., Schmidt, C.J. Decreased expression of the transcription factor NURR1 in dopamine neurons of cocaine abusers. Proc. Nat. Acad. Sci., 99(9):6382-6385, 2002.

94.)     Perez, S., Basile, M., Mash, D.C., Mufson, E.J. Galanin receptor over-expression within the amygdala in early Alzheimer's disease: An in-vitro autoradiographic analysis. J Chem. Neuro. 24:109-116, 2002.

95.)     Henderson, R.F., Barr, E.B., Blackwell, W.B., Clark, C.R., Conn, C.A., Kalra, R., March, T.H., Sopori, M.L., Tesfaigzi, Y., Menache, M.G., Dokladny, K., Kozak, W., Kozak, A., Wachulec, M., Rudolph, K., Kluger, M.J., Singh, S.P., Razani-Boroujerdi, S., Mash, D.C., Langley, R.J. Response of rats to low levels of sarin. Toxicol Appl Pharmacol. 184(2):67-76 2002.

96.)     Hurley, MJ, Mash, DC., Jenner, P. Expression of cannabinoid CB1 receptor mRNA in basal ganglia of normal and parkinsonian human brain. J. Neurol. Transm. 110: 1279-1288, 2003.

10

97.)     Guillozet, A.L., Weintraub, S., Mash, D.C., Mesulam, M-Marsel. Neurofibrillary tangles, amyloid plaques and memory impairment in aging and MCl. Arch. Neurol., 60(5):729-36, 2003.

98.)     Mash, D.C., Ouyang, Q., Pablo, J., Basile, M., Izenwasser, S., Lieberman, A., Perrin, R. Cocaine abusers have an overexpression of alpha-synuclein in dopamine neurons. J. Neurosci., 23(7):2564-2571, 2003.

99.)     Howard, L.A., Miksys, S., Hoffmann, E., Mash, D., Tyndale, R.F. Brain CYP2E1 is induced by nicotine and ethanol in rat and is higher in smokers and alcoholics. Br J Pharmacol;138(7):1376-86, 2003.

100.)    Miksys, S., Lerman, C., Shiled, P.G., Mash, D.C., Tyndale, R.F. Miksys S, Lerman C, Shields PG, Mash DC, Tyndale RF. Smoking, alcoholism and genetic polymorphisms alter CYP2B6 levels in human brain. Neuropharmacology. 45(1):122-32, 2003.

101.)    Pasarella, D., Favia, R., Giardini, A., Lessma, G., Martinelli, M., Silvani, A., Danieli, B., Efange, S.M.N., and Mash, D.C.    Ibogaine analogues. Synthesis and preliminary pharmacological evaluation of 7-heteroaryl-2-azabicyclo[2.2.2]oct-7-enes. Biorg Med Chem 11(6):1007-14, 2003.

102.)    Tang, W.X., Fasulo, W.H., Mash, D.C., Hemby, S.E. Molecular profiling of midbrain dopamine regions in cocaine overdose victims. J. Neurochem, 85: 911-924, 2003.

103.)    Hurley, M.J., Mash, D.C., Jenner, P. Markers for dopaminergic neurotransmission in the cerebellum in normal individuals and patients with Parkinson's disease examined by RT-PCR. J. Neurochem. 18:2668-2672, 2003.

104.)    Lockhart, P.J., Lincoln, S., Hulihan, M., Kachergus, J., Wilkes, K., Bisceglio, G., Mash, D.C., Zbigniew Wszolek, and Farrer, MJ. *DJ-1* mutations are a rare cause of recessively inherited early-onset Parkinsonism mediated by loss of protein function. J. Med. Genet, 41:1-6, 2004.

105.)    Stephens, B.G., Baselt, R., Jentzen, J.M., Karch, S., Mash, D.C., Wetli, C. V. Criteria for the interpretation of cocaine levels in human biological samples and their relation to cause of death. J Forensic Med. Path. 25(1):1-10, 2004.

106.)    Stephens, B.G., Jentzen, J.M., Karch, S., Wetli, C.V., and Mash, D.C. National Association of Medical Examiners position paper on the certification of cocaine-related deaths. J. Forensic Med. Path. 25(1):11-13, 2004.

107.)    Mesulam, M., Shaw, P., Mash, D.C., Weintraub, S. Cholinergic nucleus basalis tauopathy emerges early in the aging-MCI-AD continuum. Ann. Neurology, 55:815-825, 2004.

108.)    Zhu, G., Lipsky, R.H., Xu, K., Ali, S., Hyde, T., Kleinman, J., Akhtar, L.A., Mash, D.C., Goldman, D. Differential expression of human COMT alleles in brain and lymphoblasts detected byRT-coupled 5' nuclease assay. Psychopharm. 177:178-184, 2004.

109.)    Mash, D.C., Ouyang, Q., Qin, Y, and Pablo, J. Norepinephrine transporter immunoblotting and radioligand binding in cocaine abusers. J Neurosci Methods. 143(1):79-85, 2005.

110.)    Rossi, M.A., Mash, D.C., and deToledo-Morrell. Spatial memory in aged rats is related to PKCγ G-protein coupling of the M1 receptor. Neurobiol Aging. 26(1):53-68, 2005.

111.)    Papapetropoulos, S., Gonzalez, J., Lieberman, A., Mash, D.C. Dementia in Parkinson disease: a post-mortem study in a population of brain donors. Int J Geriatr Psychiatry. 20(5):418-22, 2005.

112.)    Papapetropoulos, S., Mash, D.C. The neurochemical mechanism of rebound psychosis in Parkinson's disease. Mov Disord. 20(4):515, 2005.

11

113.)     Papapetropoulos, S., Singer, C., Villar, J.M., Gonzalez, J., <u>Mash, D.C</u>. Does cigarette smoking provide clinically significant neuroprotection among patients diagnosed with Parkinson's disease? Mov Disord. 20(5):641-642, 2005.

114.)     Papapetropoulos, S., <u>Mash, D.C</u>. Psychotic symptoms in Parkinson's disease. From description to etiology. J Neurol. 252(7):753-64, 2005.

115.)     Papapetropoulos, S. <u>Mash, D.C</u>. Alpha-synuclein aggregation and its relation to neurodegenerative diseases. Ann Neurol. 57(4):605, 2005.

116.)     Papapetropoulos, S., Lieberman, A., Gonzalez, J., <u>Mash, D.C</u>. Can Alzheimer's type pathology influence the clinical phenotype of Parkinson's disease?" Acta Neurol Scand. 111(6):353-9, 2005.

117.)     Papapetropoulos, S., Gonzalez, J., <u>Mash, D.C</u>. Natural History of Progressive Supranuclear Palsy: A Clinicopathologic Study from a Population of Brain Donors. Eur Neurol. 54(1):1-9, 2005.

118.)     <u>Mash, D.C</u>. Ibogaine Therapy. Euro Neuropsychopharm. 15(3):S322, 2005.

119.)     Hemby, S.E., Tang, W., Mully, E.C., Kuhar, M.J., Howell, L., and <u>Mash, D.C</u>. Cocaine-induced alterations in nucleus accumbens ionotropic glutamate receptor subunits in human and non-human primates. J Neurochem. 95(6):1785-93, 2005.

120.)     Qin, Y., Ouyang, Q., Pablo, J., and <u>Mash, D.C.</u> Cocaine abuse elevates alpha-synuclein and dopamine transporter levels in the human striatum. Neuroreport. 16(13):1489-93, 2005

121.)     Papapetropoulos, S., Singer, C., McCorquodale, D., Gonzalez, J., <u>Mash, D.C.</u> Cause, seasonality of death and co-morbidities in progressive supranuclear palsy (PSP). Parkinsonism Relat Disord. 11(7):459-63, 2005.

122.)     Papapetropoulos, S., Villar, J.M., Gonzalez, J., <u>Mash, D.C.</u> Disparities in death certificates of Parkinson's disease patients: a report from a population of brain donors. Mov Disord. Mar 16; [Epub ahead of print] 2006.

124.)     Passarella, D., Barilli, A., Efange, SMN., Elisabetsky, E., Leal, M.B., Lesma, G., Linck, V.M., <u>Mash, D.C.</u>, Martinelli, M., Peretto, H., Silvani, A., Danieli, B. Nature-inspired indolyl-2-azabicyclo [2.2.2] act-7-ene derivatives as promising agents for the attention of withdrawl symptoms. Synthesis of 20-desethyl-20-hydroxymethyl-11-demethoxyibogaine. Nat Prod Res. Jul;20(8):758-65, 2006.

125.)     Papapetropoulos, S., Gonzalez, J., <u>Mash, D.C</u>. The effect of ischemic cerebrovascular disease on the survival duration and clinical characteristics of Parkinson's disease. A post-mortem study. Eur J Neurol. Jan;13(1):96-7, 2006.

126.)     Papapetropoulos, S., Lieberman, A., Gonzalez, J., Singer, C., Laufer, D., <u>Mash, D.C</u>. Family history of dementia is more common in Dementia with Lewy bodies than in Parkinson's disease dementia patients. J Neuropsychiatry Clin Neurosci. 18(1):113-6, 2006.

127.)     Ross, O., Toft, M., Johnson, J.L., <u>Mash, D.C</u>, Papapetropoulos, S., Litvan, I., Gordon, M.F., Farrer, M.J., Dickson, D.W. Lrrk2 and Lewy body disease. Ann Neurol. 59(2):388-93, 2006.

128.)     Drgon, T., Lin, Z., Wang, G-J., Fowler, J., Kouzmenko, A., Pablo, J., <u>Mash, D.C.</u>, Volkow, N., Uhl, G.R. Common human 5' dopamine transporter (SLC6A3) haplotypes yield varying expression levels *in vivo*. Cell Mol Neurobiol. 26(4-6):875-89, 2006.

129.)    Papapetropoulos S, Villar JM, Mash DC.  Is ischemic cerebrovascular disease a risk factor for dementia in patients with Parkinson's disease? Acta Neurol Scand. May;113(5):353-4, 2006.

130.)    Papapetropoulos S, Gonzalez, J., Mash DC,  Cortical and amygdalar Lewy body burden in Parkinson's disease patients with visual hallucinations. Parkinsonism Relat Disord. May;12(4):253-6, 2006.

131.)    Papapetropoulos, S., Singer, C., Ross, O., Toft, M., Farrer, M.J., Mash, D.C. Clinical heterogeneity of Lrrk2 G2019S. Arch of Neurology. Sep;63(9):1242-6, 2006.

132.)    Papapetropoulos S, Mash DC.  Insular pathology in Parkinson's disease patients with orthostatic hypotension. Parkinsonism Relat Disord.  13 (5): 308-311. 2006

133.)    Grudzien, A., Shaw, P., Weintraub S., Bigio, E., Mash, D.C., Mesulam, M-M. Locus coeruleus neurofibrillary degeneration in aging, mild cognitive impairment and early Alzheimer's disease. Neurobiol Aging 28(3):327-35, 2007.

134.)    Papapetropoulos S,, Ferrer M.J., Stone J.T., Milkovic N.M., Ross O.A, Calvo L., McQuorquodale D., Mash D.C. Phenotypic associations of tau and ApoE in Parkinson's disease. Neurosci Lett. 414(2):141-4, 2007.

135.)    Papapetropoulos S., ffrench-Mullen J.M, Mccorquodale D., Buck A., Qin Y., Pablo J., Mash D.C. Multiregional Gene Expression Profiling Identifies mitochondrial ribosomal protein S6 (MRPS6) as a candidate gene for Parkinson'Disease. Gene Expression Vol 13, pp1-100, 2007.

136.) Papapetropoulos S., Tuchman A., Laufer D., Papatsoris A.G., Papapetropoulos N., Mash D.C. Causes of death in multiple system atrophy. J Neurol Neurosurg Psychiatry 78(3):327-9, 2007

137.)    Papapetropoulos S., Adi, N., Mash, D.C., Shehadi L., Bishopric N., Shehadi L. Expression of alpha-synuclein mRNA in Parkinson's disease. Mov Disord. 22(7):1057-9, 2007.

138.) Lincoln S., Ross O., Milkovic N.M., Dickson D.W., Rajput A., Robinson C.A., Papapetropoulos S., Mash D.C., Farrer M.J. Quantitative PCR-based screening of alpha-synuclein multiplication in multiple system atrophy. Parkinsonism Relat Disord. 13(6):340-2, 2007.

139.)    Lesnick TG, Papapetropoulos S, Mash DC, Ffrench-Mullen J, Shehadeh L, de Andrade M, Henley JR, Rocca WA, Ahlskog JE, Maraganore DM.  A genomic pathway approach to a complex disease: Axon guidance and Parkinson disease. PLoS Genet. Jun 15;3(6):e98. [Epub ahead of print] 2007.

140.)    Tannu N., Mash D.C., Hemby S.E.,  Cytosolic proteomic alterations in the nucleus accumbens of cocaine overdose victims.  Mol Psychiatry 2007 Jan;12(1):55-73.

141.)Adi N, Shehadeh L, Ramachadran A, Mash D, Bishopric N, Papapetropoulos S.  Gene expression of MT1 and MT2 receptors in Parkinson's disease human post mortem brain. J Pineal Res (Under review - 2007).

142.) Mash DC, ffrench-Mullen J, Adi N, Qin Y, Buck A, Pablo J. Gene expression in human hippocampus from cocaine abusers identifies genes which regulate extracellular matrix remodeling. PLoS ONE 1 Jan 2007 2(11): p. e1187. [e-pub ahead of print] http://www.plosone.org/doi/pone.000.1187, 2007

143.) Mash DC, Adi N, Duque L, Pablo J, Kumar M, Ervin FR. Alpha synuclein protein levels are increased in serum from recently abstinent cocaine abusers. Drug Alc Dep (In Press 2007, epub ahead of print doi:10.1016/j.drugalcdep.2007.09.020)

144.) Schenk S, Hely L, Lake B, Daniela E, Gittings D, Mash DC.  MDMA self-administration in rats: Acquisition, progressive ratio responding, and serotonin transporter binding. Eur J Neurosci 26: 3229–3236, 2007.

13

145.) Zhou, Z., Zhu, G., Hariri, A. R., Scott, D., Sinha, R., Virkkunen, M., Mash, D.C., Lipsky, R., Hu, Z-Z., Xu, K., Buzas, B., Enoch, M-A, Yuan, Q., Pei-Hong, S., Ferrell, R.E., Manuck, S.B., Brown, S. M., Hauger, R. L., Stohler, C.S., Kar-Zubieta, J., and Goldman, D. Variation in expression of neuropeptide Y has convergent effects on human emotion and stress. Nature (revised submission under review - 2007).

146.) Pablo J., Banack S.SA., Cox P.A., Johnson T.E., Papapetropoulos S., Bradley W., Mash D.C. Neurotoxic non-protein amino acid BMAA in patients dying with ALS and Alzheimer's Disease. PNAS (in press 2008)

**18a. Patent and Patent Applications**

1.)     Mash, D.C., Sanchez-Ramos, J. and Hearn, W.L.  A method of treating chemical dependence in mammals and a composition thereof.  Patent  Feb. 19, 2002.

2.)     Efange, S.M.N. and Mash, D.C., Bioactive Tricyclic Ibogaine Analogs, Patent awarded, January, 1996.

3.) Efange, S.M.N. and Mash, D.C., Spiroindanamines and Spiroindanimides, Patent awarded, September, 1999.

**19. Other works and publications.**

1.)     Baker, H.D., Mash, D.C. and May, J.G. Interocular transport of the McCollough effect. Assoc. of Res. in Vision and Opthamology., 1976.

2.)     Mash, D.C., Worden, I.G. and Berkley, K.J. Projections from the lateral cervical nucleus and the dorsal column nuclei to and within the n. ventralis posterolateralis of the cat thalamus. Soc. Neurosci. Abstr. $\underline{2}$:1359, 1976.

3.)     Berkley, K.J. and Mash, D.C. Projections of the first and second somatic sensory cortex the motor cortex, and the cerebellum to the posterior group of nuclei in the cat. Soc. Neurosci. Abstr. $\underline{3}$:1516, 1977.

4.)     Berkley, K.J. and Mash, D.C. A comparison of the lateral cervical nucleus and the spinothalamic tract in the cat and monkey. Pain Abstr. $\underline{1}$:192,1977.

5.)     Mash, D.C. and Berkley, K.J. Projections from the spinal cord and the gracile, cuneate, trigeminal and lateral cervical nuclei to the posterior group of nuclei in the cat.  Soc. Neurosci. Abstr. $\underline{3}$:1557, 1977.

6.)     Berkley, K.J., Molinari, H.H., and Mash, D.C. The effects of various cations upon the incorporation of proline into the macromolecules of large cells within the dorsal column nuclei of the cat. Soc. Neurosci. Abstr. $\underline{4}$:1202, 1978.

7.)     Mash, D.C., Soliman, K.F.A. and Walker, C.A. Circadian variations in beta endorphin content in specific areas of the rat brain. Fed. Proc. $\underline{39}$:605, 1980.

8.)     Mash, D.C., Soliman, K.F.A. and Walker, C.A. The effect of altering 5-hydroxytryptamine levels on beta endorphin content in rat brain. Fed. Proc. $\underline{40}$: 287, 1981.

9.)     Kalinoski, D.L., Mash, D.C., Toscano, P.T. and Potter, L.T. Circadian variations in the binding of quinuclidinyl benzilate to muscarine receptors in the rat brain. Fed. Proc. $\underline{41}$:1634, 1982.

10.)    Mash, D.C. and Potter, L.T. Autoradiographic localization of M1 and M2 receptors in the rat brain. Soc. Neurosci. Abstr. $\underline{8}$:338, 1982.

11.)    Mash, D.C. and Potter, L.T. Changes in M1 and M2 muscarine receptors in Alzheimer's disease and aging, and with lesions of cholinergic neurons.  Soc. Neurosci. Abstr. $\underline{9}$:582, 1983.

14

12.)     Mash, D.C., Sevush, S. Flynn, D.D., Norenberg, M.D., and Potter, L.T. Loss of M2 muscarine receptors in Alzheimer's disease. Neurology 34 (suppl.) 120-122, 1984.

13.)     Ferrari-Dileo, G., Mash, D.C. and Potter, L.T. Autoradiographic studies of muscarine receptors in human cerebral arteries.  Soc. Neurosci. Abstr. 10:608, 1984.

14.)     Flynn, D.D. and Mash, D.C.    Nicotine receptors in human frontal and infratemporal cortex: Comparison between Alzheimer' disease and the normal. Soc. Neurosci. Abstr. 11: 1118, 1985.

15.)     Mufson, E. J., Martin, T.L. Mash, D.C. Wainer, B.H., and Mesulam, M-M. Cholinergic projections from the parabigeminal nucleus (Ch8) to the superior colliculus of the mouse. Soc. Neurosci. Abstr. 11:1238, 1985.

16.)     Green, R.C., Moran, M.A., Martin, T.L. Mash, D.C., Mufson, E.J. and Mesulam, M-M. Distribution of acetylcholinesterase fiber staining in the human hippocampus and parahippocampal gyrus. Soc. Neurosci. Abstr. 12: 729, 1986.

17.)     Mash, D.C. and Mesulam, M-M. Muscarine receptor distributions within architectonic subregions of the primate neocortex. Soc. Neurosci. Abstr. 12:809, 1986.

18.)     Hefti, F., Hartikka, J., Salvatierra, A. Weiner, W.J., and Mash, D.C. Localization of nerve growth factor receptors in cholinergic neurons of the human basal forebrain. Soc. Neurosci. Abstr. 12:281, 1986.

19.)     Mash, D.C., White, W.F., Mufson, E.J., and Mesulam, M-M. Muscarinic and nicotinic receptors in the hippocampal formation of the monkey. Neurology 37: 194, 1987.

20.)     Mash, D.C. and Weiner, W.J. Mosaic of cholinergic pre- and postsynaptic markers in the primate striatum. Neurology 37: 266, 1987.

21.)     Mash, D.C. Architectonics of muscarinic receptor subtypes in the primate cerebral cortex.  J. Amer. Ger. Soc. 35:896, 1987.

22.)     Flynn, D.C., Suarez, A., Cordoves, A., and Mash, D.C. Differential regulation of muscarinic receptor subtypes in the cerebral cortex by chronic tetrahydroaminoacridine administration. Soc. Neurosci. Abstr. 13: 726, 1987.

23.)     Mufson, E.J. and Mash, D.C. Pathology in brainstem cholinergic neurons in Alzheimer's disease. Soc. Neurosci. Abstr. 13: 1461, 1987.

24.)     Rosenblatt, D., Mash, D.C. and White, W.F.  Characterization of cholinergic receptors in astrocyte cultures of the cerebral cortex. Soc. Neurosci. Abstr. 13:1377, 1987.

25.)     Mesulam, M-M. and Mash, D.C. Organization of cortical cholinergic innervation in the primate brain. Neuroscience (suppl.) 22: S105, 1987.

26.)     Efange, S.M., Mash, D.C., Hefti, F., Kung, K., Heal, A.V., Guo, Y., Billings, J., Pan, S. and Dutta, A. A potential radiotracer for mapping central noradrenergic innervation. Soc. Nuclear Med., 15:189, 1988.

27.)     Montero, C., Mash, D.C., Junard, M., and Hefti, F., Further analysis of NGF effects in rats with partial fimbrial transections. Soc. Neurosci. Abstr. 14: 825, 1988.

28.)     Pablo, J., Efange, S. M., Flynn, D.D., Weiner, W.J., and Mash, D.C., Characterization and localization of transferrin receptors in the rat brain.  Soc. Neurosci. Abstr. 14: 171, 1988.

15

29.)     Globus, M.Y.T., Mash, D.C., Dietrich, W.D., Busto, R., Valdes, J., and Ginsberg, M.D. Dopamine D1 but not D2 receptors are sensitive to ischemia in the rat striatum. Soc. Neurosci. Abstr. 14: 501, 1988.

30.)     Mash, D.C., Pablo, J., Weiner, W.J., Flynn, D.D., and Efange, S.M. Distribution and status of transferrin receptors in Parkinson's disease. Ann. Neurology (suppl.) 39: 424, 1988.

31.)     Mash, D.C., Flynn, D.D., Pablo, J., Dewanjee, M., Weiner, W., and Mufson, E.J., Distribution and status of transferrin receptors in Parkinson's disease. Ann. Neurology 24: 172, 1989.

32.)     Mash, D.C., Ruttenber, A.J., Wetli, C.V., Weiner, W.J., Itzhak, Y. and Pablo, J. Binding characteristics of cocaine and tropacocaine to muscarinic and sigma receptors in the human brain. Soc. Neurosci. Abstr. 15:803, 1989.

33.)     Terry, L.M., Keran, E., Hearn, L., Sanchez-Ramos, J., Basile,M., Pablo, J. and Mash, D.C. Chronic cocaine-induced alterations in dopaminergic pre- and postsynaptic markers. Soc. Neurosci. Abstr. 15:803, 1989.

34.)     Flynn, D.D. and Mash, D.C. Loss of guanine nucleotide-sensitive agonist binding to M1 muscarinic receptors in Alzheimer's disease. Soc. Neurosci. Abstr. 15: 1111, 1989.

35.)     Strang, P.C., Mash, D.C., and Flynn, D.D. Anti-peptide antibodies to m1 muscarinic receptors specifically label cortical neurons. Soc. Neurosci. Abstr. 15: 811, 1989.

36.)     Pablo, J., Basile, M., Efange, S.M.N., Sanchez-Ramos, J., Weiner, W.J., and Mash, D.C. Quantitative in vitro autoradiography of transferrin receptors in the striatum of MPTP-treated mice. Soc. Neurosci. Abstr. 15: 346, 1989.

37.)     Mash, D.C., Itzhak, Y., Basile, M. and Weiner, W.J., Visualization of sigma receptor distributions in the brain of the rhesus monkey. Neurology (suppl.1) 40: 240, 1990.

38.)     Mash, D.C., Flynn, D.D., Wetli, C.V., and Hearn, L., Cocaethylene binding to neurotransmitter receptors and uptake sites in the human brain. Soc. Neurosci. Abstr. 16:14, 1990.

39.)     Rose, S. Hearn, W. L. Hime, G., Wetli, C.V., Ruttenber, A.J., and Mash, D.C. Cocaine and cocaethylene concentration in human post mortem cerebral cortex. Soc. Neurosci. Abstr. 16:14, 1990.

40.)     Vaishnav, A.A., Mash, D.C., and Flynn, D.D. Cocaine interactions with primary and secondary recognition sites on muscarinic receptors. Soc. Neurosci. Abstr. 16: 536, 1990.

41.)     Flynn, D.D., Vaishnav, A.A., Itzhak, Y., Sanchez-Ramos, L., and Mash, D.C. Characterization of sigma binding sites in human placenta: Effect of perinatal cocaine exposure. Soc. Neurosci. Abstr. 16:305, 1990.

42.)     Basile, M., Mash, D.C., and Itzhak, Y. Partial overlap in the distribution of monoamine oxidase type A (MAO-A) and sigma receptors in rat and mouse brain. Soc. Neurosci. Abstr. 16:1140, 1990.

43.)     Ciarleglio, A.E. and Mash, D.C. Autoradiographic localization of putative sigma receptors in the primate and human brain. Soc. Neurosci. Abstr. 16:1140, 1990.

44.)     Mash, D.C., Basile, M.J., Flynn, D.D. Mapping the defect in M1 muscarinic receptor - G protein coupling in Alzheimer's disease: An autoradiographic study. Soc. Neurosci. Abstr., 17:1074, 1991.

45.)     Flynn, D.D., Maxwell, G., Vaishnav, A.A., Basile, M., Mash, D.C. Distinct kinetic properties of N-[$^3$H]-methylscopolamine binding afford differential labeling and localization of M1, M2, and M3 muscarinic receptor subtypes in the primate brain. Soc. Neurosci. Abstr. 17:1200, 1991.

46.)     Efange, S.M.N., Mash, D.C. Basile, M.J., Pablo, J., and Michelson, R.H. In vitro localization of a radiolabelled vesamicol analog in the human brain. Soc. Neurosci. Abstr. 17:1297, 1991.

47.)     Wang, S.Z., Zhu, S., Mash, D.C. and El-Fakahany, E.E. Measurements of brain muscarinic receptor mRNA levels in Alzheimer's disease by DNA-excess hybridization. Soc. Neurosci. Abstr. 17: 1530, 1991.

48.)     Itzhak, Y., Stein, I., and Mash, D.C. Evidence for the involvement of the N-methyl-D-aspartate (NMDA) receptor in the effects of cocaine. Soc. Neurosci. Abstr. 17:190, 1991.

49.)     Itzhak, Y., Stein, I., and Mash, D.C. Regulation of mu-opiod receptors following exposure to cocaine. Comm. Prob. Drug Depend., NIDA Research Monograph Series, 119; 344, 1992.

50.)     Mash, D.C. Tanis, D.C., Schrank, K.S., Augenstein, J.S., Rose, S., Hearn, W.L., and Stitt, F.W. Toxicology screens for cocaethylene in emergency department and trauma admissions associated with cocaine intoxication. NIDA Research Monograph Series, 119: 489, 1992.

51.)     Baowan, L., Mordecai, Y.T., Globus, Ginsberg, M.D., Hearn, W.L., Mash, D.C. Differential effects of cocaine and cocaethylene on extracellular dopamine and serotonin in the rat striatum. NIDA Research Monograph Series, 119: 240, 1992.

52.)     Shapshak, P., Mash, D.C., Hearn, W.L., Yoshioka, M., Nelson, S. and Tate, L. Detection of HIV in CNS tissue and cells and effects of cocaine and metabolites in vitro. NIDA Research Monograph Series, 119: 337, 1992.

53.)     McCoy, C., Weatherby, N., Shapshak, P., Chitwood, D.D., Mash, D.C., Shah, S.M., and Arguello, J.C. Combining field laboratory and intervention strategies for HIV prevention, College on Problems of Drug Dependence, 54th Annual Scientific Meeting, Keystone, Colorado, June 20 - 26, 1992.

54.)     Shapshak, P., McCoy, C, Mash, D.C., Goodkin, K., Baum, M., Yoshioka, M., Sun, N., Nelson, S., Berger, J., Bradley, W., Weatherby, N., Chitwood, D., Rivers, J., Page, B., Pardo, V., Pert, C., and Tourtellotte, W.W. The brain as an HIV-1 reservoir: factors affecting HIV-1 infectivity, NIDA Research Monograph Series, 132:73, 1993.

55.)     McCoy, C.B., Weatherby, N., Shapshak, P., Chitwood, D.D., Mash, D.C., Shah, S.M., Arguello, J.E., Rivers, J., and Khoury, E.L. Combining field, laboratory, and intervention strategies for HIV prevention, NIDA Research Monograph Series, 132:284, 1993.

56.).    Flynn, D.D., Ferrari-Dileo, G., Carsi, J., and Mash, D.C. Further characterization of the defect in M1 muscarinic receptor-G protein coupling in Alzheimer's disease. Life Sci. 52: 557, 1993.

57.)     Mash, D.C. and Flynn, D.D. Distinct kinetic binding properties of N-[$^3$H]-methylscopolamine afford differential labeling and localizations of M1, M2 and M3 muscarinic receptor subtypes. Life Sci. 52: 583, 1993.

58.)     Uhl, G.R., Kitayama, S., Cerruti, C., Kuhar, M.J., Shimada, S., Mash, D.C., and Javoy-Agid, F. Dopamine transporter: Correlates with Parkinsonian pathogenesis. Symposia on Etiology, Pathogenesis, and Prevention of Parkinson's Disease and Hyperkinetic Movement Disorders. Movement Disorders, 1993.

59.)     Uhl, G.R., Kitayama, S., Cerruti, C., Kuhar, M.J., Shimada, S., Mash, D.C., and Javoy-Agid, F. Dopamine transporter expression correlates with Parkinson's disease dopaminergic damage. Amer. Neurol. Assoc., 1993.

17

60.)     Staley, J., Flynn, D.D., Stitt, F., Wetli, C.V. and Mash, D.C.  [$^3$H]WIN 35,428 binding to the dopamine transporter in cocaine overdose deaths. Soc. Neurosc. Abstr. 19:1843, 1993.

61.)     Mallios, V.J., Spotts, J.L., Lydic, R., Mash, D.C. and Baghdoyan, H.A.  Quantitative autoradiography of M1, M2 and M3 muscarinic receptor (mAChR) subtypes in respiratory-related nuclei of cat brain stem.     Soc. Neurosc. Abstr. 19:749, 1993.

62.)     Mash, D.C., Staley, J., Basile, M., Doepel, F.M., Ervin, F.R., and Palmour, R.P. Elevated densities of striatal dopamine transporters in alcohol preferring Vervet monkeys. Soc. Neurosc. Abstr. 19:610, 1993.

63.)     Palmour, R.M., Grbavic, D., Ervin, F.R., Staley, J., and Mash, D.C.  Increased signal transduction in lymphocytes cultured from alcohol preferring Vervet monkeys. Soc. Neurosc. Abstr. 19:610, 1993.

64.)     Chakko, S., Sepulveda, S., Kessler, K.M., Mash, D.C., Prineas, R.J., Myerburg, R.J. Comparison of ECG abnormalities in acute and chronic cocaine abuse. Am. Heart Assoc., 1993.

65.)     Boja, J.W., Kopaitic, T., Carroll, F.I., Seltzman, H.H., Wyrick, C.D., Lever, J., Staley, J., Mash, D.C., Kuhar, M.J.  Selective labeling of the striatal and cerebral cortical dopamine transporter in rat and human brain by the cocaine analog [$^{125}$I]RTI-121. Soc. Neurosc. Abstr. 19:1498, 1993.

66.)     Heckers, S., Mash, D.C., Geula, C., Mesulam, M-M. Basal forebrain and striatal cholinergic neurons in schizophrenia. Soc. Neurosc. Abstr. 19:838, 1993.

67.)     Mash, D.C., Staley, J., Basile, M., Doepel, F.M., Wagner, J., Ervin, F.R. and Palmour, R.P. Altered densities of dopamine synaptic markers in alcohol-preferring vervet monkeys. Soc. Neurosc. Abstr. 20:1615, 1994.

68.)     Palmour, R.M., Mash, D.C., Ervin, F.R. and Young, S.N. Involvement of the dopamine axis in a vervet monkey model of alcohol abuse. Soc. Neurosc. Abstr. 20:1615, 1994.

69.)     Rossi, M,. deToledo-Morrell,L., Morrell.F., Mash, D.C. Age-associated uncoupling of G-protein dependent high affinity M1 muscarinic receptors in F344 rats. Soc. Neurosc. Abstr. 20:393, 1994.

70.)     Efange, S. M. N., Staley, J., Ouyang, Q., and Mash, D.C., Labeling of distinct vesamicol recognition sites in the cortex and striatum of primate brain with the novel radioligand [$^{125}$I]MIBT. Soc. Neurosc. Abstr. 20:534, 1994.

71.)     Staley, J., Basile, M., Ouyang, Q., and Mash, D.C. Characterization of the D3 receptor in human brain: Regulation by cocaine abuse. Soc. Neurosc. Abstr. 20: 221, 1994.

72.)     Mash, D.C., Singer, J., Pablo, J., Bruce, J. and Weiner, W.J. Differential regulation of iron storage and transport markers in Parkinson's disease. Neurol. 44(suppl. 2): 575, 1994.

73.)     Uhl, G.R., Surratt, C., Vaughn, R., Kuhar, M.J., Mash, D. and Javoy-Agid, F. Dopamine transporter and synaptic vesicular monoamine transporter expression and Parkinson's disease dopaminergic damage. Neurol. 44 (suppl.2 ) 615, 1994.

74.)      Stewart, R., Shapshak, P., Davis, T., Masaru, Y.,. Sun, N.C., Nagano, I., Fiala, M., Mash, D.C., Perez, M., and Arguella, J.C. Isolation of macrophage/monocytes from human blood and macrophage/microglia from human brain using antibody-coated magnetic beads. Cell Vision 1: 89, 1994.

75.)     Guela, C., Mash, D.C., and Mesulam, M-M., Loss of cortical cholinergic fibers in Alzheimer's disease: Lack of a relationship with tangle amyloid deposits but a modest relationship with tangle density. Neurobiology of Aging: 15(suppl 1) S120, 1994.

76.)     Staley, J.K., Wetli, C.V., Ruttenber, A.J., Hearn, W.L., and Mash, D.C. Altered dopaminergic synaptic markers in cocaine psychosis and sudden death. Nida Research Monograph Series, 153:491, 1994

77.)     Hearn, W.L., Sambol, N.C., Pablo, J., Hime, G.W., Doepel, F.M., Sanchez-Ramos, J., and Mash, D.C., Some preliminary observations on the pharmacokinetics of ibogaine in primates and man. Amer. Acad. Forensic Science, Meeting Abstr., 1995.

78.)     Mash, D.C., Staley, J.K., Baumann, M. H., Rothman, R.B., and Hearn, W.L. Noribogaine: A major metabolite of ibogaine that targets serotonin transporters and elevates serotonin. NIDA Monograph Series 162: 358, 1995.

79.)     Rezvani, A. H., Mash, D.C., Hearn, W.L., Lee, Y.W., and Overstreet, D. H. Reduction of alcohol intake in alcohol preferring fawn-hooded and P rats by noribogaine, the primary metabolite of ibogaine. NIDA Monograph Series 162: 281, 1995.

80.)     Staley, J.K., Wetli, C.V., Ruttenber, A.J., Hearn, W. L., Kung, H., and Mash, D.C. Dopamine transporter and receptor autoradiography in cocaine psychosis and sudden death. Biological Psych., 37 (9), 656, 1995.

81.)     Staley, J.K., Rothman, R.B., Partilla, J.S., Rice, K.C., Matecka, D., Ouyang, Q., Wetli, C.V., and Mash, D.C. Cocaine upregulates kappa opioid receptors in human striatum. NIDA Monograph Series,121: 234, 1995.

82.)     Segal, D.M., Staley, J.K., Basile, M., Wetli, C.V., Stitt, F., Hearn, W.L., and Mash, D.C. Neuroadaptive regulation of the D3 dopamine receptor by cocaine. NIDA Monograph Series, 1995.

83.)     Larson-Prior, L.J., Smith, J.E., Mash, D.C., and Lakoski, J.M., Electrophysiologic characterization of an ibogaine metabolite in the cerebellar cortex. Soc. Neurosc. Abstr. 21:716, 1995.

84.)     Lakoski, J.M., Smith, J.E., and Mash, D.C., Electrophysiologic characterization of an ibogaine metabolite in dorsal raphe nucleus and hippocampus. Soc. Neurosc. Abstr.21:716, 1995.

85.)     Segal, D.M., Wells, J.W., Staley, J.K., and Mash, D.C., Cooperativity of binding to the human dopamine transporter: A basis for a multimeric complex. Soc. Neurosc. Abstr. 21:782, 1995.

86.)     Mash, D.C., Staley, J.K., Efange, S.M.N., and Lakoski, J.M., Ligand binding profiles of ibogaine and its o-demethylated metabolite noribogaine: Implications for developing multi-target anti-addiction agents. Soc. Neurosc. Abstr. 21:717, 1995.

87.)     Garland, E.M., Staley, J.K., Mash, D.C., Basile, M., and Efange, S.M.N. Decreased binding of the vesamicol analog $[^{125}I]$-(+)- MIBT to the temporal cortex in Alzheimer's Disease. Soc. Neurosc. Abstr. 21:1974, 1995.

88.)     Staley, J.K., Segal, D.M., Heilman, C.J., Levey, A.I. and Mash, D.C. Quantitation of dopamine transporter proteins in cocaine fatalities using immunological approaches. Soc. Neurosci. Abstr. 21:721, 1995.

89.)     Talbot, J.D., Staley, J.K., Kung, M-P., Kung, H.F., Weiner, W.J., and Mash, D.C. Ligand binding profile of $[^{125}I]$iodovinyltetrabenazine to the vesicular monoamine transporter in the human brain: Lack of regulation by cocaine. Soc. Neurosci. Abstr. 21:721, 1995.

90.)     Globus, M.Y.-T., Singer, J., Rabe, J. Mash, D.C., Busto R., Valdes, I., and Ginsberg, M.D. Striatal dopamine receptor gene expression following transient global ischemia. Soc. Neurosc. Abstr. 21: 993, 1995.

19

91.)     Miller, G.W., Heilman, C.J., Perez, J.T., Staley, J.K., Mash, D.C., Rye, D.B., and Levey, A.I. Decreased striatal expression of dopamine transporter (DAT) in Parkinson's disease: Production of a monoclonal antibody to DAT. NIEHS Workshop on the Role of Environment in Parkinson's Disease, 1995.

92.)     Mash, D.C., Douyan, R., Hearn, W.L., Sambol, N.C., Sanchez-Ramos, J. A preliminary report on the safety and pharmacokinetics of ibogaine. Biol. Psych. 37: 652, 1995.

93.)     Staley, J.K., Wetli, C.V., Ruttenber, A. J., Hearn, W.L., Kung, H.F., Mash, D.C., Dopamine transporter and receptor autoradiography in cocaine psychosis and sudden death. Biol. Psych. 37: 656, 1995.

94.)     Miller, G., Heilman, C.J., Perez, J., Staley, J.K., Mash, D.C., Rye. D., Levey, A.I. Altered striatal dopamine transporter immunoreactivity in Parkinson's disease. Soc. Neurosci. Abstr. 21:125, 1995.

95.)     Pablo, J.P., Staley, J.K., Holohean, A.M., Hackman, J.C., Davidoff, R.A., and Mash, D.C. Neuronal activities of ibogaine and noribogaine at the NMDA receptor complex: Ligand binding and electrophysiological studies. Soc. Neurosci. Abstr. 21: 1264, 1995.

96.)     Guillozet, A., Smiley, J.F., Mash, D. C. and Mesulam, M-M. The amyloid burden of the cerebral cortex in non-demented old age. Soc. Neurosc. Abstr.21: 1478, 1995.

97.)     Miller, G.W., Nash, N.R., Perez, J.T., Staley, J.K., Mash, D.C., Rye, D.B. and Levey A.I.  Vesicular monoamine transporter (VMAT2) immunoreactivity is reduced in Parkinson's diseased striatum. Soc. Neurosci. Abstr. 22: 225, 1996.

98.)     Garland, E.M., Staley, J.K., Mittleman, R.E., Mufson, E.J., Weiner, W.J., and Mash, D.C. Cocaine delirium and sudden death: Imbalanced dopaminergic and cholinergic signaling may mediate the pathogenic consequences. Soc. Neurosc. Abstr. 22:1930, 1996.

99.)     Rossi, M.A., deToledo-Morrell, L., Mash, D.C., and Morrell, F. A relationship between age-associated spatial memor y impairment and a deficit in G-Protein coupling of the M1 muscarinic cholinergic receptor system in the F344 rat. Soc. Neurosc. Abstr. 22:1165, 1996.

100.)    Staley, J.K., Mash, D.C., Basile, M., Weiner, W., Levey, A.I., and Kordower, J.H. Functional fetal nigral grafts in a patient with Parkinson's Disease: Effects on dopamine synaptic markers. Soc. Neurosc. Abstr. 22:318, 1996.

101.)    Basile, M., Staley, J.K., Mash, D.C., and Mufson, E.J. Galanin receptors in human basal forebrain and Neocortex: Distribution and pharmacological characterization. Soc. Neurosc. Abstr. 22:2123, 1996.

102.)    Mash, D.C., and Schenk, S. Preclinical screening of an ibogaine metabolite (noribogaine) on cocaine-induced hyperlocomotion and cocaine self-administration. Soc. Neurosc. Abstr. 22:1929, 1996.

103.)    Pablo, J.P., Raymon, L.P., and Mash, D.C. Pharmacokinetics of ibogaine and its o-demethylated metabolite noribogaine in rats and monkeys. Soc. Forensic Toxicologists, Oct. 1996.

104.)    Pablo, J.P., Raymon, L. P., Mash, D. C. , Hearn,W.L., and Baumann, M.H. Pharmacokinetics of ibogaine and its o-demethylated metabolite noribogaine in rats and monkeys. J. Anal. Tox. 21:88, 1996.

105.)    Guillozet, A., Smiley, J.F., Selkoe, D., Mash, D. C. and Mesulam, M-M. Butyrylcholinesterase (BChE) in the life cycle of Alzheimer's Disease (AD) plaques. Soc. Neurosc. Abstr. 22:1174, 1996.

106.)    Sanchez-Ramos, J., Raymon, L., Kovera, C. and Mash, D.C. Subclinical Parkinsonism associated with acute cocaine abstinence. Mov. Disorders 11:600, 1996.

107.)    Sanchez-Ramos, J.R., Raymon, L., Kovera, C., and Mash, D.C. The effect of ibogaine on tremor and balance in cocaine dependent patient volunteers. NIDA Monographs Series, 174:215, 1997.

108.)    Mash, D.C., Staley, J.K., Garland, E., Ruttenber, A.J., and Mittleman, R.E., Cocaine delirium and cholinergic deficits: Dysregulation of striatal dopamine/Ach signaling. NIDA Monographs Series, 174:235, 1997.

109.)    Weatherby, N.L., Shapshak, P., Chiappelli, F., Shah, S.M., Hearn, L., Mash, D.C., Page, J.B., McCoy, C.B., Stitt, F., McCoy, H.V., Rivers, J.E., Metsch, L.R., and Bonney, C.A., HIV, the immune system, and self-reported symptoms of HIV among african-american women. NIDA Monographs Series, 174:111, 1997.

110.)    Staley, J.K., Baumann, M.H., Kung, M.-P., Kung, H.F., and Mash, D.C. Assessing dopaminergic neuronal integrity in human cocaine abusers. NIDA Monographs Series, 174:235, 1997.

111.)    Mash, D.C., Staley, J.K., Garland, E., Ruttenber, A.J., and Mittleman, R.E. Cocaine delirium and cholinergic deficits: Dysregulation of striatal dopamine/Ach signaling. NIDA Monographs Series, 174:235, 1997.

112.)    Baumann, M.H., Jackson, J. Carter, A., Mash, D.C. and Rothman, R.B. Neuroendocrine and behavioral actions of ibogaine and its metabolite, 12-hydroxyibogamine in rats. NIDA Monographs Series, 174:213, 1997.

113.)    Efange S.M.N., Mash D.C., Khare A.B. and Basile M.J. In vivo blockade of striatal dopamine D2 receptors enhances the binding of vesicular acetylcholine transporter in vitro. Soc. Neurosci. Abstr 23: 695, 1997.

114.)    Ciliax BJ, Levey AI, Staley JK, and Mash D.C. Immunoautoradiography of the dopamine transporter in cocaine fatalities Soc. Neurosci. Abstr. 23:1101, 1997.

115.)    Staley J.K., Price H., Levey A.I., and Mash D.C. Striatal dopamine transporter immunoreactivity in cocaine fatalities: Correlation with WIN 35,428 binding density Soc. Neurosci. Abstr. 23:1101, 1997.

116.)    Chen L, Segal DM, Moraes CI, and Mash D.C. Transcriptional regulation of dopamine transporter gene expression in the substantia nigra of human cocaine fatalities Soc. Neurosci. Abstr. 23:1102, 1997.

117.)    Mash, D.C., Ouyang Q., Pablo, J., Eshleman, A.J. and Janowsky, A. Functional studies of the dopamine transporter in post mortem human brain Soc. Neurosci. Abstr. 23:1102, 1997.

118.)    Mufson, E.J., Jaffar, S., Ciliax, B.J., Joyc,e J., Mash, D.C. and Levey, A.I. Dopamine transporter (DAT) immunoreactivity within the human substantia nigra decreases with age. Soc. Neurosci. Abstr. 23:1456 , 1997.

119.)    Pablo, J.P. and Mash, D.C. Noribogaine stimulates naloxone-sensitive [35S]GTPγS binding Soc. Neurosci. Abstr. 23:1771, 1997.

120.)    Wang, Y-H, Yasuda, R..P., Mash, D.C. and Wolfe, B.B. Both NMDA and AMPA receptor subunits are altered in Alzheimer's disease Soc. Neurosci. Abstr. 23:1895, 1997

121.)    Deecher D.C., Mash D.C., Staley J.K., Anderson K., and Mufson E.J. Characterization and localization of galanin receptors in human entorrhinal cortex. Soc. Neurosci. Abstr. 23: 2032, 1997.

122.)    Mash, D.C., Weiner, W.J., Staley, J.K., Freeman, T.B., Kordower, J.H. Striatal Dopamine Transporter and D3 receptor densities following fetal nigral transplantation in a patient with Parkinson's disease.  Symposia on Etiology, Pathogenesis, and Treatment of Parkinson's disease and on hyperkinetic movement disorders, 1997.

123.)    Elkashef, A.M., Mash, D.C., Eisenhofer, G., Izenwasser, S., Vocci, F.J., and Bridge, T.P. Effect of chronic cocaine use on COMT and MAO activities in the human brain.  American College of Neuropsychopharm., 1998.

21

124.)     Hurley, M., Ouyang, Q., Basile, M., Mash, D.C. and Jenner, P. Pallidal D1 Dopamine receptor expression is unchanged in Parkinson's disease. Soc. Neurosci. Abstr. 24:1467, 1998.

125)      Mash, D.C., Hurley, M., Staley, J. and Jenner, P. Dopamine D1 receptor changes in Parkinson's disease. Soc. Neurosci. Abstr. 24:762, 1998.

126.)     Ciliax, B., Drash, G., Staley, J., Mobley, C., Mash, D.C. and Levey, A. Immunolocalization of the dopamine transporter in human brain. Soc. Neurosci. Abstr. 24:277, 1998.

127.)     Kovera, C.A., Kovera, M.B., Singleton, E.G., Ervin, F.R., Williams, I.C., Mash, D.C., Decreased drug craving during inpatient detoxification with ibogaine. College on the Problems of Drug Dependence. In press - NIDA Monograph Series, 1999.

128.)     Pablo, J., Tyndale, R., Obach, S., Hearn, W.L., and Mash, D.C., Pharmacokinetic disposition of ibogaine after oral administration to human subjects. College on the Problems of Drug Dependence. NIDA Monograph Series, 1999.

129.)     Mash, D.C., Allen-Ferdinand, K., Mayor, M., Kovera, K.A., Ayafor, J.F., Williams, I.C., Ervin, Fr. Ibogaine: clinical observations of safety after single oral dose administration. College on the Problems of Drug Dependence. In press - NIDA Monograph Series, 1999.

130.)     Izenwasser, S., Ciliax, B.J., Levey A.L., Mash, D.C. Chronic heroin abuse alters the dopamine synapse in human brain. College on the Problems of Drug Dependence. In press – NIDA Monograph Series, 1999

131.)     Mash, D.C., Schenk, S., and Efange, S.M.N. Preclinical screening of 3-Ethyl-5-Phenyl-1,2,3,4,5,6-hexahydroazepino [4,5,-b -benzothiophenes: Differential effects on cocaine-induced hyperlocomotion and cocaine self-administration. Submitted to College on the Problems of Drug Dependence, 1999.

132.)     Baumann, M.H., Pablo, J., Phillips, J.M., Rothman, R.B., and Mash, D.C. Gender differences in the metabolism of ibogaine to noribogaine in rats. National Institute on Drug Abuse, Monograph series, Problems on Drug Dependence, pp 287, 1999.

133.)     Elkashef, A.M., Mash, D.C., Eisenhofer, G., Izenwasser, S., Pablo, J., Vocci, F.J., and Bridge, T.P. The effect of chronic cocaine use on MAO and COMT activities in the human brain: A postmortem study. National Institute on Drug Abuse, Monograph series, Problems on Drug Dependence, pp 153, 1999.

134.)     Ouyang, Q., Pablo, J., Izenwasser, S., Elkashef, A.M., Vocci, F.J., and Mash, D.C. MAO-B activity is markedly decreased post mortem in human, chronic cocaine users. Soc. Neurosci. Abstr. 25, 437.20, 1999.

135.)     Izenwasser, S., Staley, J., Weiner, W.J., and Mash, D.C. Marked, progressive loss of kappa opioid receptors in Parkinson's disease. Soc. Neurosci. Abstr., 25, 819.3, 1999.

136.)     Basile, M.J., Izenwasser, S., Staley, J.K., and Mash, D.C. Serotonin transporter regulation in human cocaine abusers. Soc. Neurosci. Abstr. 25, 228.3, 1999.

137.)     Gonzalez, J. Izenwasser, S. Hurley, M.J., Gorokhovskaya, D., Gerdes, R., Basile, M., Jenner, P., Edwards, R.J. and Mash, D.C. Time course of the induction of CYP-2E1 in the nigrostriatal pathway. Soc. Neurosci. Abstr. 25, 640.20,1999.

138.)     Mash, D.C., Ouyang, Q., Pablo, J., and Izenwasser, S. Chronic cocaine abuse alters dopamine uptake in human cocaine overdose victims. Soc. Neurosci. Abstr. 25, 522.1, 1999.

139.)     Gerdes, R., Garg, R., Gorokhovskaya, D., Hurley, M.J., Carroll, F.I., Mash, D.C., and Izenwasser, S. Decreased tyrosine hydroxylase after continuous cocaine, GBR 12909 and RTI-117. Soc. Neurosci. Abstr. 25, 327.4, 1999.

140.)     Pablo, J.P., Ouyang, Q., Kovera, C.K., and Mash D.C. Noribogaine: An active metabolite of ibogaine blocks opiate withdrawal in humans. Soc. Neurosci. Abstr. 25, 627.11,1999.

141.)     Kovera, C.A., Kovera, M.B., Pablo, J., Ervin, F.R., Williams, I.C., and Mash, D.C. Anti-addiction benefits of ibogaine: Mood elevation and drug craving reduction. Soc. Neurosci. Abstr. 25, 627.10,1999.

142.)     Haracz, J.L., Palmour, R.L., Ervin, F.R., and Mash, D.C. Elevated D3 dopamine-receptor densities in alcohol preferring vervet monkeys: Potential trait marker for vulnerability to alcohol abuse. Soc. Neurosci. Abstr. 25, 438.13, 1999.

143.)     Mash, D.C., Kovera, C.A., Pablo, J.P., Kamlet, J.D., Williams, M.D, Ervin, M.D. Ibogaine blocks opiate withdrawal and craving. ASAM, in press, 2000.

144.)     Tyndale, R.F., Rao, Y., Miksys, S., Sellers, E.M., Mash, D.C. Regional and Cellular Expression of Human CNS CYP2D6: higher levels in alcoholics. 13th International Symposium on Microsome and Drug Oxidation, July 10-14, 2000, Stresa, Italy.

145.)     Ciliax, B.J., Heilman, C.J., Drash, G.W., Mou, K., Staley J.K., and Mash, D.C. The immunocytochemical distribution of the serotonin transporter in human brain. Soc. Neurosci. Abstr. 26:146.4, 2000.

146.)     Pablo, J.P., Mash, D.C. Pseudoirreversible binding of [$^3$H]Noribogaine binding to $\mu\nu$ opioid receptors may explain the efficacy of ibogaine for the blockade of opiate withdrawal In humans. Soc. Neurosci. Abstr. 26:598.7, 2000.

147.)     Cochran, E.J., Basile, M., Izenwasser, S., Mash, D.C., Mufson, E.J. Galanin receptor expression in early Alzheimer's disease. Soc. Neurosci. Abstr. 26:576.9, 2000.

148.)     Hemby, S.E., Mash, D.C. Gene expression profiling of cocaine abuse in human post-mortem tissue: ventral tegmental area. Soc. Neurosci. 26:681.1, 2000.

149.)     Mash, D.C., Kovera, D.A., Ervin, F.D., Kamlet, J.D. Medication development of the psychoactive rainforest alkaloid ibogaine for drug dependence: an alternative approach for addiction treatment. American Society for Addiction Medicine Abstr., In press 2000.

150.)     Basile, M.J., Heilman, C.J., Drash, G.W., Mou, K., Staley, J.K., Miller, G-W., Mash, D.C., Ciliax, B.C. The immunocytochemical distribution of the norepinephrine transporter in human brain. Soc. Neurosci. Abstr. 26:535.7, 2000.

151.)     Mash, D.C., Ouyang, Q., Pablo, J., Izenwasser, S., Jo, E., Basile, M.J., Druid, H. Cocaine abusers have an overexpression of alpha-synuclein in dopamine neurons: Neuroplasticity or pathway to Parkinson's Disease. Soc. Neurosci., 241.7, 2001.

152.)     Tyndale, R.F., Schoedel, K.A., Mash, D.C., Miksys, S. Nicotine, Cocaine, PCP and Amphetamine metabolizing enzyme CYP2B6 In Human Brain: Higher levels in smokers and alcoholics. Soc. Neurosci. 241.2, 2001.

153.)     Guillozet, A.L., Weintraub, S., Mash, D.C., Mesulam, M-M. Plaques, Tangles and Memory in Aging and MCI. Soc. Neurosci., 547.18, 2001.

154.)    Hasenkamp, WM, Mash, DC, Hemby, SE. Expression profile of ventral tegmental area in human cocaine overdose tissue. Soc. Neurosci., 977.16, 2001.

155.)    Cienki, J., Mash, D.C., Hearn, W. Ibogaine fatalities. Clinical Toxicology, 39(5):547, 2001.

156.)    Mash, D.C., Ouyang, Q., Pablo, J., Izenwasser, S., Jo, E., Basile, M.J., Druid, H. Cocaine users have an overexpression of alpha-synuclein in dopamine neurons: Pathway to Parkinson's disease? College on Problems of Drugs Dependence, S113:442, 2002.

157.)    Hasenkamp, W.M., Tang, W., Mash, D.C., Hemby, S.E. Region specific alterations in ionotropic glutamate receptor subunits of cocaine overdose victims. Soc. Neurosci., 897.14, 2002.

158.)    Mash, D.C., Ouyang, Q., Pablo, J., Basile, M. Norepinephrine transporter regulation in cocaine abuse: lateral asymmetry in protein levels in the anterior insular cortex. Soc. Neurosci., 119.11, 2002.

159.)    Ouyang, Q., Ritchie T., Noble, E.P., Pablo, J., Staley, J.K., Mash, D.C. DAT genotype and dopamine transporter binding in the striatum from cocaine abusers. Soc. Neurosci., 898.16, 2002.

160.)    Pablo, J., Izenwasser, S., Efange, S., Ouyang, Q., Shen, S., Hearn, W.L., Mash, D.C. Combined Serotonergic potentiation and MAO-A inhibition by paramethoxyamphetamine (PMA) and paramethoxymethamphetamine (PMMA): implications for ecstasy fatalities. Soc. Neurosci., 809.4, 2002.

161.)    Zhu, G., Lipsky, R.H., Xu, K., Akhtar, L.A., Ali, S.S., Mash, D.C., Goldman, D. Detection of COMT differential allele expression by RT-coupled 5'nuclease assay. Soc. Neurosci, 504.11, 2002.

162.)    Noga, B.R., John, D.M.G., Pinzon, A, Riesgo, M., Basile, B., Mash, D.C. Changes in 5HT7 receptor distribution in cat spinal cord following chronic transaction. Soc. Neurosci., 853.1, 2002.

163.)    Pablo, J., Hearn, W.L., Marinetti, L., Cienki, J., Mash, D.C. Developing a Rapid Method of Detection for GHB. In press – NIDA Monographs, 2003.

164.)    Mash, D.C., Ouyang, Q., Ritchie, T., Noble, E.P., Pablo, J., Staley, J.K. DAT Genotype and dopamine transporter binding in the striatum from cocaine abusers. NIDA Monographs, 809.4, 2003.

165.)    Zhu, G., Lipsky, R.H., Xu, K., Ali, S.S., Mash, D.C., Goldman, D. Detection of COMT differential allele expression by RT – coupled 5' nuclease assay. NIDA Monographs, 504.11, 2003.

166.)    Mash, D.C., Ouyang, Q., Pablo, J., Basile, M. Norepinephrine transporter regulation in cocaine abuse, lateral asymmetry in protein levels in the anterior insular cortex. NIDA Monographs, 119.11, 2003.

167.)    Lad, S.P., Counts, S.E.., Nadeem, M., Mash, D.C., Mufson, E.J. TRKA but not P75NTR is upregulated in the hippocampus in late stage Alzheimer's disease. Soc. Neurosci., 92.7, 2004.

168.)    Backes, E.N., Tang, W., Mash, D.C., Hemby, S.E. Discrete cell molecular profiling of midbrain dopamine neurons of cocaine overdose victims. Soc. Neurosci., 578.2, 2004.

167.)    Mash, D.C., Qin, Y., Gwadry, F., ffrench-Mullen, J. Changes in gene expression in the human amygdala linked to cocaine abuse and delirium. Soc. Neurosci., 692.5, 2004.

169.)    Papapetropoulos, S., Gonzalez, J., Lieberman, A., Mash, D.C. Dementia in Parkinson disease. Prevalence and clinical correlates in a nationwide population of brain donors. Mov Disord 19 (supp9); [P539], 2004.

24

170.)    Papapetropoulos, S., Gonzalez, J., Lieberman, A., Mash, D.C. Alzheimer disease (AD) pathology in patients clinically and pathologically diagnosed with Parkinson disease (PD). Are the symptoms different?. Mov Disord 19 (supp9); [P619], 2004.

171.)    Papapetropoulos, S., Gonzalez, J., Lieberman, A., Mash, D.C.. A comparison of demented patients with pathologically confirmed Parkinson disease (PD) and Alzheimer disease (AD) pathology and non-demented patients also with confirmed Parkinson disease and Alzheimer disease. Mov Disord 19 (supp9); [P693], 2004.

172.)    Pablo, J.P., Druid, H., Hearn, L.W., Mash, D.C. Segmental hair analysis for cocaine and opiates: Determining pattern of use for association with cause of death in victims of suspected drug overdose. College on Problems of Drugs Dependence, 2005.

173.)    Duque, L., Foord, C., Page, B., Mash, D.C. Structured elicitation narrative reveals a variety of Ibogaine experiences. College on Problems of Drugs Dependence, 2005.

174.)    Mash, D.C, Duque, L., Kamlet, J.D., Ervin, F.D., Allen-Ferdinand, K. Offshore investigations of the non-addictive plant alkaloid Ibogaine: 1996-2004. College on Problems of Drugs Dependence, 2005.

175.)    McCorquodale, D., Qin, Y., Gawdry, F., ffrench-Mullen, J., Pablo, J., Mash, D.C. Gene expression profiling of the human amygdala in cocaine abuse and excited cocaine delirium. College on Problems of Drugs Dependence, 2005.

176.)    Mash, D.C., Qin, Y., Ouyang, Q., Pablo, J., Papapetropoulos, S., Basile, M.J. Cocaine abuse triggers abnormal expression of alpha-synuclein expression in DA cell bodies and terminals. [P06.053] American Academy of Neurology, 57th Annual Meeting, April 9 – 16, Miami Beach, FL. 2005.

177.)    Mash, D.C., Pablo, J., Duque, L., Ervin, F.R., Hearn, W.L., Kamlet, J.D. Noribogaine: A metabolite of the naturally occurring substance ibogaine mediates the beneficial effects of the drug on opiate withdrawal and dependence. International Narcotic Research Conference, Anapolis, MD, 2005.

178.)    Baumann, M.H., Pablo, J., Zolkowska, D., Rothman, R.B., Mash, D.C. Relationship between plasma levels of MDMA and depletion of brain serotonin. Soc. Neuro., 111.17, 2005.

179.)    Ffrench-Mullen, J.M., McCorquodale, D., Qin, Y., Mash, D.C. Assymetry of gene expression in the human insula with cocaine abuse. Soc. Neurosci., 1032.11, 2005.

180.)    Qin, Y., ffrench-Mullen, J., Mash, D.C. Cocaine abuse elevates RECK expression in human brain. Soc. Neurosci., 1032.10, 2005.

181.)    Papapetropoulos, S., Gonzalez, J., Jean-Gilles, L., Basile, M., Mash, D.C. Extranigral Lewy body density in Parkinson's disease patients with visual hallucinations. Soc. Neurosci., 1105.13, 2005.

182.)    Kivell, B., Day, D., Miller, J., Lake, B., Flannagan, G., Mash, D.C., Schenk, S. MDMA (Ecstasy) treated rats have reduced serotonin transporter (SERT) function without a reduction in mRNA and protein. Soc. Neurosci., 111.6, 2005.

183.)    Miksys, S.L., Boutros, A., Mash, D.C., Palmour, R., Tyndale, R.F. Nicotine and smoking elevate brain CYP2D6; A role in neuroprotection against Parkinson's disease? Soc. Res. Nicotine and Tobacco, 2005.

184.)    Qin, Y. ffrench-Mullen, J., Buck, A., Mash, D.C. Cocaine Exposure Regulates MMP-9 and Its Inhibitor RECK in Human Hippocampus Soc. Neurosci. 2006.

25

185.) S. Miksys, Mann, A., Lee, A.M., Palmour, R, Mash, D.C., and Tyndale, R.F. , Brain CYP2D6 is induced in monkeys by vivo nicotine and is higher in human smokers: A role in interindividual variation? Control number: 07-A-427-ASCPT, 2006.

186.) S. Papapetropoulos, ffrench-Mullen, J.M, Qin, Y., Mccorquodale, D., Buck, A., Pablo, J., and Mash, D.C., Multiregion, high-throughput gene expression profiling identifies mitochondrial ribosomal protein S6 (MRPS6) as a candidate gene for Parkinson's disease. Society of Neuroscience Abstr: 173.13/GG9 10/15/06.

187.) Y. Qin, ffrench-Mullen, J., Buck, A., and Mash, D.C., Cocaine exposure regulates MMP-9 and its inhibitor RECK in human hippocampus. Society of Neuroscience Abstr: 294.18, 2006

188.) S.E. Hemby, N.Tannu, D.C. Mash, L.L. Howell. Proteome and phospho-proteome of cocaine abuse in human and non-human primates. Soc for Neuroscience Abstr: 294.23, 2006.

189.) Adi N., Pablo J., Duque L., Ervin F.R., Mash D.C. Alpha synuclein protein levels are increased in cocaine abusers. College on Problems of Drugs Dependence, 2007

190.) Mash D.C., ffrench-Mullen J., Buck A., Gene expression in human hippocampus from cocaine abusers identifies genes that regulate extracellular matrix remodelling. College on Problems of Drugs Dependence, 2007.

191.) Adi N., Pablo J., Duque L., Ervin F.R., Mash D.C. Cocaine elevates serum alpha synuclein protein in addicts. Soc. For Neurosci. Abstr., 2007.

192.) Pablo J., Banack S.SA., Cox P.A., Johnson T.E., Papapetropoulos S., Bradley W., Mash D.C. Neurotoxic non-protein amino acid BMAA in patients dying with ALS and Alzheimer's Disease. Soc. For Neurosci. Abstr., 2007.

193.) Goldman D, Hariri AR, Zhou Z, Zhu G, Scott D, Sinha R, Virkkunen M, Mash DC, Lipsky R, Hu X, Hodgkinson C, Xu K, Buzas B, Enoch M, Yuan Q, Shen P, Ferrell R, Manuck SB Hauger RL, Stohler CS, Zubieta J. A functional neuropeptide Y locus convergently modulates emotion and pain/stress. ACPN Abstr. December 9-13, 2007, Boca Raton, Florida.

**Professional Activities**

**21. Funded Research**

1986 - 1987 National Parkinson Foundation, Inc. Miami, FL., Total Award: $23,750
1986 - 1987 NIH, Biomedical Research Support Grant, Principal Investigator, Total Award: $22,890
1987 - 1992 NIH-NINCDS R29 NS 25785, Principal Investigator, Total Direct Costs: $355,167
1987 - 1988 National Parkinson Foundation, Inc. Miami, FL. Total Award: $38,870
1988 - 1989 American Parkinson Disease Foundation, NY, NY, Total Award:$20,000
1988 - 1989 American Foundation for Aging Research, New York, NY Total Award: $25,000
1989 - 1990 National Parkinson Foundation, Inc. Miami, FL. Total Award: $38,000
1989 - 1990 NIH-S15 A1 3075, Small Instrumentation Grant, Total Award: $21,290
1990 - 1991 National Parkinson Foundation, Inc., Miami, FL. Total Award: $39,000
1990 - 1993 NIH-NIDA RO1 DA 06227, Principal Investigator, Total Direct Costs: $418,163
1990 - 1995 NIH-NINDS, RO1 NS 19065, Co-Investigator, Total Direct Costs: $489,345
1990 - 1995 Allied Signal Research Award, Co-Investigator, Total Award for Period: $500,000
1991 - 1992 National Parkinson Foundation, Inc., Miami, FL. Total award: $20,000
1991 - 1992 Alcoholic Beverage Medical Research Foundation, Baltimore, MD., $25,000
1992 - 1993 American Foundation for Aging Research, New York, NY Total Award: $25,000
1992 - 1995 NIH-NIA , AG05128-09S1, Core Leader, Total Direct Costs: $262,721

26

| | |
|---|---|
| 1992 - 1993 | Alcoholic Beverage Medical Research Foundation, Baltimore, MD., $22,000 |
| 1993 - 1998 | NIH-NIDA, DA07909, Co-Investigator, Total Direct Costs: $1,075,849 |
| 1992 - 1994 | NIH-NIAAA, Principal Investigator, Total Direct Costs: $100,000 |
| 1993 - 1997 | NIH-NIDA, RO1 DA06227 Principal Investigator, Total Direct Costs: $707,753 |
| 1993 - 1994 | NIH-SBRR, Principal Investigator, Total Direct Costs, $108,000 |
| 1993 - 1998 | NIH-P01 HD-331199, Core Leader, Total Direct Costs, $423,000 |
| 1994 - 1995 | National Parkinson Foundation, Inc., Miami, FL., Total Award, $17,990 |
| 1994 - 1995 | NIH-NIDA, Professional Service Contract, Total Award, $24,990. |
| 1994 - 1998 | NIH-NIDA, RO1 DA09084, Principal Investigator, Total Direct Costs, $887,360 |
| 1995 - 1996 | NIH-NIDA, R43 DA 9292, SBIR Program; Consortium; Total Award, $66,375 |
| 1995 - 2000 | NIH-NIA, AG05128-10, Core Leader, Total Costs: $430,000 |
| 1995 - 1998 | NIH-NIA, AG13,621 (Co-Investigator, Consortium-Univ. Minnesota), Total Costs: $202,984 |
| 1997 - 1998 | PhaseOut America, Principal Investigator, Total Direct, $25,000. |
| 1996 - 2000 | NIH-NIA, AG10,668 (Co-Investigator, Consortium-Rush Univ.) Total Direct Costs: $178, 556 |
| 1997 - 2001 | DOD, US Army (Co-Investigator, Consortium-Lovelace Respiratory Res. Institute), $169,935. |
| 1998 - 2003 | NIH-NIDA, RO1 DA06227 Principal Investigator, Total Direct Costs: $1,040,396. |
| 2001 - 2004 | NIH- NIDA, R21 DA14912-01, Principal Investigator, Total Direct Costs: $200,000 |
| 2002 - 2004 | NIH-NIDA, (Co-Investigator), Consortium Emory University, Total Direct Costs: $320,000 |
| 2002 - 2009 | GENELOGIC, Inc. Sponsored Res. Agreement, (Principal Investigator), Total Costs $665,036 |
| 2003 - 2008 | NIH-NIDA, RO1 DA06227 Principal Investigator, Total Costs: $1,227,150. |
| 2005 - 2007 | National Parkinson Foundation, Inc., Miami, FL., Total Award, $455,800. |
| 2006 - 2008 | Institute for Ethnomedicine, Research Award, Total Costs, $100,000 |
| 2007-2008 | NSF, Oceans & Human Health: Cyanobacterial Toxin BMAA in the Food Web of South Florida Coastal Waters (SGER) |
| 2006 - 2011 | NIH-NIDA Genetic and Epigenetic Regulation of Addiction Genes (Co-Investigator, Consortium Ohio State University) Total direct costs $511,312. |

## 22. Editorial Responsibilities:

*Ad Hoc Reviewer*:
Brain Research; Neurology; Journal of Neurochemistry; Neurobiology of Aging; Journal of Immunopharmacology; Journal of Neuroscience; Pharmacology, Biochemistry and Behavior; Life Sciences (Pharmacology Letters); European Journal of Pharmacology; Annals of Neurology, Neurology, Journal of Comparative Neurology, Journal of Neuroscience, Life Sciences (Pharmacology Letters); Molecular Psychiatry, Synapse; Psychopharmacology, American College of Neuropsychopharmacology.

## 23. Professional and Honorary Organizations:

Society for Neuroscience, Member
Sigma Xi, Member
International Brain Research Organization, Member
American Association for the Advancement of Science, Member
American Society for Pharmacology and Experimental Therapeutics, Member
American Academy of Neurology, Member
Research Society on Alcoholism, Member (Legislative Action Subcommittee)
College on the Problems of Drug Dependence, Member
International Society for Biomedical Research on Alcoholism, Member
New York Academy of Sciences, Member
Scientific Advisory Board, Life Extension Foundation, Member

## 24. Honors and Awards:

NIH Predoctoral Traineeship, 1980-1984

NIH Postdoctoral Traineeship, 1984-1986
UpJohn Award, First Place Graduate Student Category, 1984
Roche Laboratories Award in Clinical Sciences, 1984
James E. Beale 11 Award in Neuroscience, 1984
Boehringer Ingelheim Research Award,   1984
Jeanne C. Levey Professor of Neurology, Endowed Chair, 1996
Professional Leadership Award, National Parkinson's Foundation, 2002.
Alzheimer's Association Medical Honoree, Annual Award, 2002.

## 25. Postdoctoral Training:

1984-1986     Research Fellow in Neurology (Neuroanatomy) Harvard Medical School, Boston, MA
              (Under the direction of M-Marsel Mesulam, M.D.)

## 26. Other Professional Activities:

*Invited lectures*

Hillhaven Foundation, A National Conference on Alzheimer's Disease, "Research Update: Therapeutic strategies for cholinergic dysfunction in Alzheimer's disease", Boston, MA, November, 1985.

Massachusetts Institute of Technology, Department of Psychology, "Loss of M2 muscarinic receptors in Alzheimer's disease", Boston, MA., December, 1985.

Boston University School of Medicine, Department of Pharmacology, "Characterization and localization of M1 and M2 receptor subtypes", Boston, MA., March, 1986.

John Douglas French Foundation for Alzheimer's Disease. "MI and M2 receptor subtype alterations in Alzheimer's Disease", Los Angeles, CA, May, 1986.

Monell Sensory Sciences, "M1 and M2 receptor subtype alterations in Alzheimer's disease" Philadelphia, PA , April, 1987.

American Geriatrics Society, "Age-altered architectonics of cholinergic receptor subtypes", New Orleans, Louisiana, May, 1987.

Management of the Elderly Patient: Psychopharmacological, Psychosocial, and Behavioral Issues, Dept.   Psychiatry, UM School of Medicine, "New Horizons in the Neurosciences", Miami, FL., February, 1987.

Behavioral Neurology Grand Rounds at Beth Israel Hospital, "Cholinergic receptor subtypes in aging   and Alzheimer's disease", Boston, MA., April, 1987.

Gerontology Institute of New Jersey, "Update on the Neurobiology Aging." Miami, FL., May, 1988.

First National Parkinson Foundation Meeting on Parkinson's Research, "Cholinergic receptor mosaics in the striatum", Key Biscayne, FL, January, 1988.

Florida State University, Psychobiology Colloquium Series, "Cholinergic receptor subtype architecture in the primate and human brain", Tallahassee, FL., September, 1989.

28

Alzheimer's Disease Research Centers Directors' Meeting, "Cholinergic receptor subtype alterations in Alzheimer's disease: Implications for the failure of cholinergic therapies", Miami, FL., April, 1990.

Florida Alliance for the Mentally Ill, State Convention, "The Decade of the Brain: Challenges and Choices", Orlando, FL., September, 1990.

Second National Parkinson Foundation Meeting on Parkinson's Research, "Brain iron regulation by transferrin receptors", Miami Beach, FL, October, 1990.

Society for Neuroscience, National Press Conference, "Detection of a novel cocaine and alcohol metabolite called cocaethylene: Implications for the epidemic of cocaine-related sudden deaths," St. Louis, MO, October, 1990.

Addiction Research Center, National Institute on Drug Abuse, "Epidemic of cocaine-related sudden deaths: Detection of a novel cocaine and alcohol metabolite", Baltimore, MD., December, 1990.

Friday Faculty Forum, "Epidemic of cocaine-related sudden deaths in Dade County: Potential lethal mix of cocaine and alcohol", Miami, FL., April, 1991.

American College of Neuropsychopharmacology, "Limbic and medullary mechanisms in cocaine-related sudden death, San Juan, Puerto Rico, December, 1991.

Marion Merrell Dow, Inc, Alzheimer's disease workgroup "Defect in muscarinic receptor G-protein coupling in Alzheimer's disease". Jacksonville, FL., November, 1991.

Medications Development Division, National Institute on Drug Abuse,, "Detection of a novel cocaine and alcohol metabolite: Implications for the epidemic of cocaine-related sudden death". Rockville, MD., December, 1991.

American Academy of Forensic Sciences, "Cocaethylene chemistry". Boston, MA, February, 1992.

International Workshop on Iron in Neurodegenerative Disease, "Iron storage and transport proteins in   Parkinson's Disease. Wurzburg, Germany, March, 1993.

Miles Pharmaceutical, Inc., "Cholinergic Receptor Subtypes in Aging and Alzheimer's Disease: Altered Distribution and Functions", New Haven, CT., May, 1993.

National Alliance for the Mentally Ill, Keynote Address - "New Horizons for Brain Research: Future Hopes of a Cure for Schizophrenia and Depression", Miami, Florida., July, 1993.

American College of Neuropsychopharmacology, 32nd Annual Meeting, "M1 Muscarinic Receptor-G Protein Coupling Disturbances in Alzheimer's Disease", Honolulu, Hawaii, December, 1993.

American Academy of Forensic Sciences, "Neurobiology of Drug Abuse", San Antonio, Texas, February, 1994.

Esalen Institute, "Ibogaine (Endabuse$^{TM}$): Preclinical to Phase 1 Safety Trials,  Big Sur, CA., January, 1994

The National Alliance for the Mentally Ill of Palm Beach County, "The Decade of the Brain: Research Update", Palm Beach, Florida, April, 1994.

National Institute on Drug Abuse, Ibogaine Clinical Protocol Development Meeting, "Preclinical Studies of Ibogaine in the Monkey: Neuroanatomical, Biochemical and Behavioral Observations", Rockville, MD, May, 1994.

"Toward the Development of Pharmacotherapy for Substance Abuse: From Cocaine Antagonists to Rain Forest Alkaloids" Miles Pharmaceutical, Inc., New Haven, CT., July, 1994.

"Ibogaine: Update on Preclinical Studies of Ibogaine, Pacific Symposium on Psychedelic Drugs, Esalen Institute, Big Sur, CA., January, 1995

"Development of Novel Pharmacotherapy Strategies for Substance Abuse: From Cocaine Antagonists to Rain Forest Alkaloids" Department of Medicinal Chemistry, University of Minnesota Medical Center, January, 1995.

CNS Mechanisms of Cocaine-Related Sudden Death, Department of Neuroscience and Anatomy, Pennsylvania State University, College of Medicine, January, 1995.

Beyond the Dark Side of Drug Dependence: New Insights from the Neurosciences, Keynote address to the Southern Society of Clinical Medicine, New Orleans, February, 1995.

Ibogaine Review Meeting, National Institute on Drug Abuse, Update on the Safety and Effectiveness of Ibogaine, Rockville, MD, March, 1995.

"Development of Novel Treatment Strategies for Drug Abuse: From Cocaine Antagonists to Rain Forest Alkaloids" Department of Clinical Pharmacology, Univ. Texas Medical Center at Houston, May, 1995.

Cellular and Molecular Mechanisms of Drugs of Abuse: Cocaine, Ibogaine and Substituted Amphetamines, Satellite Meeting of the International Society for Neurochemistry, Niigata, Japan, June, 1995.

Update on Clinical Investigations of the Anti-Addiction Drug Ibogaine, Symposium on Maturational Issues in Behavioral Disorders, University of Limbure, Mastricht, The Netherlands, Sept., 1995.

Psychopathological Manifestation of Cocaine Abuse. In - Drug Abuse in the Decade of the Brain, Sponsored by the Univ. Texas Health Science Center and Houston's Drug-Free Business Initiative. (Gabriel Nahas, M.D., Ph.D. and Leo Hollister, M.D., Chairmen and Organizers). September 22 - 23, 1995.

"Development of Novel Treatment Strategies for Drug Abuse: From Cocaine Antagonists to Rain Forest Alkaloids" Pfizer, Inc., Groton, CT., October, 1995.

"Medication Development of Ibogaine as a Pharmacotherapy for Drug Dependence", Department of Psychiatry, Johns Hopkins University School of Medicine, March, 1996.

"CNS Mechanisms in Cocaine-Related Sudden Death", Dept. Neurology, University of Pittsburgh, April, 1996.

"Ibogaine: Historic Overview, Medical Development and Future Directions, Botanical Preservation Corp., Palenque, Mexico, January, 1997.

"Psychostimulant Abuse", American Academy of Forensic Sciences, New York City, NY, February, 1997.

"Medication Development of the Psychoactive Rainforest Alkaloid Ibogaine for Drug Dependence", University of Minnesota School of Medicine, Seminars in Cross-Cultural Contributions to the Prevention and Treatment of Disease, March, 1997.

Regulation of Dopaminergic Synaptic Markers in Human Cocaine Fatalities, Texas A&M University, Faculty of Neuroscience, April, 1997.

Satellite Meeting, International Society for Neurochemistry/American Society for Neurochemistry, "Safety and Pharmacokinetics of Ibogaine", Hamilton, Bermuda, July, 1997.

30

Eleventh Annual Symposia on Etiology, Pathogenesis and Prevention of Parkinson's Disease and Hyperkinetic Movement Disorders: "Striatal Dopamine Transporter and D3 Receptor Densities Following Fetal Nigral Transplantation in a Patient with Parkinson's Disease", San Diego, California, September, 1997.

Lehman College, Dept. Biological Sciences, CUNY, Linking Research in Natural Products, Plant Biochemistry, and Biotechnology, "Medication Development of the Psychoactive Rainforest Alkaloid Ibogaine for Drug Dependence", New York City, NY, May, 1998.

"D3 Dopamine and Kappa Opioid Receptor Alterations in Human Brain of Cocaine Overdose Victims." New York Academy of Sciences Meeting: Advancing from the Ventral Striatum to the Extended Amygdala: Implications for Neuropsychiatry and Drug Abuse. Charlotte, Virginia, October 1998.

"Medication Development of the Psychoactive Rainforest Alkaloid Ibogaine for Drug Dependence", University of Toronto Center for Addiction and Mental Health, Department of Psychiatry, Addiction Research Foundation and Department of Pharmacology Seminar Series, Toronto, Ontario, December 1998.

"Banking Brains: Examples of what we can learn from human postmortem studies", RW Johnson Pharmaceutical Research Institute, San Diego, California, April 1999.

"Adaptive and toxic changes in human brain after chronic abuse of psychostimulant drugs of abuse", ASPET Colloquium: Neurotoxicity of Amphetamines and Related Stimulants. Washington D.C., April 1999.

"Ibogaine: complex pharmacokinetics, concerns for safety, and preliminary efficacy measures" Satellite Meeting of the International Society for Neurochemistry and European Society for Neurochemistry. Copenhagen, Denmark, August 1999.

"Ibogaine research in cocaine addicts, an update of studies in the U.S., St. Kitts, and Israel" MAPS Conference: Clinical Research with MDMA and MDE: A Review of the Latest Research. Dead Sea Conference, Israel, August 21, 1999.

"Using your brain: A neuroscientist's view for aging well into your 90's". President's Council Meeting, University of Miami, February 25, 2000.

"Aging and the Alzheimer's disease: Prospects from the Neurosciences", Alzheimer's Community Care Association of Palm Beach and Martin Counties, March 23, 2000.

"Ibogaine: An alternative approach for treating addiction", University of Minnesota, Dept. of Pharmacology and Neurosciences, May 4, 2000.

"A cure for drug addiction". Miami-Dade Rotary Club, Miami, FL, April 10, 2000.

"The Brain and Aging", Medical School 101 sponsored by Northern Trust Bank, University of Miami, School of Medicine. November 28, 2000.

"Ibogaine Treatment for Heroin Dependence", Florida Society of Addiction Medicine, Orlando, FL February 27, 2001

"Parkinson's Disease and Brain Endowment", Parkinson's Disease Support Group of Boca Raton, Boca Community Hospital, Boca Raton, FL, February 24, 2001.

"Ibogaine Treatment and Research Update: Four Year Report on using Ibogaine as an Intervention for Cocaine and Opiate Abusers", National Institute on Drug Abuse, Office of the Director, May 14, 2001.

31

"Mapping Dopamine Transporter Regulation in Cocaine Abusers", New York University, School of Medicine, May 29, 2001.

"Dopamine transporter densities in alcohol preferring Vervet monkeys", 24th Research Society on Alcoholism Symposium, Montreal, Quebec, Canada, June 24, 2001.

"Brain Aging", Medical School 101, University of Miami, School of Medicine, Miami, FL, October 30, 2001.

"New Hope for Parkinson's Disease Patients: Research for a Cure", Parkinson Association of South Dakota, Sioux Valley Hospital USD Medical Center, Sioux Falls, South Dakota, October 27, 2001.

"Banking on Brain: Promises and pitfalls of gene array methodologies in postmortem studies of cocaine dependence", Microarray Research – Evolving Standards, Society for Neuroscience, Satellite Symposium, San Diego, California, November 9, 2001.

"Successful Brain Aging in the 21st Century – How to stay sharp", Institute for Retired Professionals, University of Miami, School of Medicine, December 5, 2001.

"The Aging Brain", Terracina Grand, Naples, Florida, January 30, 2002.

"Advances in Parkinson's Research", North Brevard Parkinson's and Caregiver Support Group, Parrish Medical Center, Titusville, Florida, February 18, 2002.

"Medication development of Ibogaine", UT Southwestern Medical Center, Dallas, TX, Annual Addiction Update: Nova 2002, February 22-23, 2002.

"Banking on Brains from Cocaine Abusers", Brain Banking Workshop, National Institute of Neurological Disorders and Stroke, National Institute of Health, March 11-12, 2002.

"Ibogaine: Moving beyond Agonist/Antagonist/Maintenance Medications toward an Addiction Interrupter Model", 4th National Harm Reduction Conference, December 2, 2002, Seattle, Washington.

"The Aging Brain", AARP American Association of Retired Professionals, Miami, FL, May 8, 2003.

"Clinical Aspects of Ibogaine", California Society of Addiction Medicine, State of the Art Conference, San Francisco, CA, October 9, 2003.

"Banking on Brain from Cocaine Abusers: Adaptive neurochemistry, Gene Expression Profiling and More", National Institute on Alcohol Abuse and Alcoholism, Rockville, October 22, 2003.

"BMAA and ALS: Possible future research categories", Epidemiology and Neurodegenerative Diseases", BMAA Conference, National Tropical Botanical Garden, Deer Field Valley, Utah, November 29, 2004.

"Ibogaine: Update on an Unusual Addiction Treatment", American Academy of Addiction Psychiatry, San Francisco, CA and Atlanta, GA, 2005.

"Noribogaine: A Metabolite of the Naturally Occurring Substance Ibogaine Mediates the Beneficial Effects of the Drug on Opiate Withdrawal and Dependence." International Narcotics Research Conference, Invited Speaker, Symposium on Prescription and Non-prescription Drug Abuse, Annapolis, Maryland, July 12, 2005.

"Ibogaine Therapy." 18th European College of Neuropsychopharmacology Congress, Invited Speaker, Symposium on Addictions – New Approaches to Treatment, Amsterdam, the Netherlands, October 23, 2005.

Neurochemistry of Excited Cocaine Delirium, Invited Speaker, Florida Association of Medical Examiners, Annual Conference, Jupiter, Florida, August 16, 2006.

Cocaine Abuse Leads to an Overexpression of Alpha Synuclein: Pathway to Parkinon Disease ? Invited Lecturer, University of Mississippi, Department of Pharmacology, September 21, 2006.

Brain Biobanking for Parkinson Disease Research. Invited Lecturer, Genetic Epidemiology of Parkinson's Disease 2nd Annual Meeting, Santorini Greece September 10-12 2006.

IPICD Annual International Conference, "Psychostimulant Abuse and Excited Delirium", Las Vegas, NV, November 13 - 14, 2006.

National Institute of Justice, Annual Conference. Invited Lecturer, Exicted Delirium, Causes and Management, Arlington, VA July 23 -25, 2007.

IPICD Annual International Conference: Sudden Death, Excited Delirium, and In-Custody Death. " Stimulants and the Brain: New and Recent Research Findings" Las Vegas, NV, November 28-30, 2007.

Sigma Xi, University of Miami Chapter. A Forum on Oceans and Human Health. The Neurotoxicity of the Blue Green Algal Toxin, BMAA. Dept of Medicine Grand Rounds, University of Miami Miller School of Medicine, Jan 23 2008.

**27.  Teaching Awards Received: None**

**28.  Current and Past Teaching Responsibilities:**

Undergraduate Psychology Laboratory Course in Visual Psychophysics, Florida State University
Lecturer: University of Miami School of Medicine 2nd year Medical Pharmacology & Combined PhD/MD
Course Organizer: UM Nursing 301, Pharmacology (Fall Semester, 1989 & 1990), Nursing 501, Advanced Clinical Pharmacology for Nurses (Fall, Spring & Summer Semesters, l990 - 1994).

**29.  Thesis and Dissertation Advising**

| | | |
|---|---|---|
| Marvin Rossi, B.S. | Rush Medical Center, Chicago, IL.<br>Department of Neurological Sciences | Doctoral Committee Member/ Reader |
| John Pablo, M.S. | University of Miami School of Medicine<br>Program in Neuroscience | Doctoral Advisor |
| | Recipient, American Academy of Clinical Toxicology<br>Kenneth F. Lampe Memorial Research Award<br>TIAA-SOFT Research Award | |
| Yousuf Ali | Doctoral Candidate<br>Department of Cellular and Molecular Pharmacology. | |
| Ines Chopra | Doctoral Candidate<br>Department of Cellular and Molecular Pharmacology. | |

**Medical Honor's Program**

| | |
|---|---|
| Cyrus Zabetian, M.D. | Resident in Neurology, Univ. Washington at Seattle<br>Recipient, Outstanding Medical Student Award in |

33

Neurology & Pharmacology

**Postdoctoral Trainees**            **Present Position**

Leslie Terry, Ph.D.                  Assistant Dean and Professor, Florida Atlantic University
Julie Staley, Ph.D.                  Assistant Professor, Yale University School of Medicine
David Segal, Ph.D.                   Research Associate, Dept. of Psychiatry, UM School of Medicine
Lionel Raymon, Pharm. D., Ph.D.      Staff Assoc, DUI Laboratories, Dept. Path., UM School of Medicine
Li Chen, Ph.D.                       Research Associate, NINDS, NIH Bethesda, MD
John Pablo, Ph.D.                    Research Associate, Dept. of Neurology, UM School of Medicine
Weiping Shen, M.D., Ph.D.            Research Associate, NINDS, NIH Bethesda, MD
Emily Garland, Ph.D.                 Research Assoc. Professor, Vanderbilt University, Nashville, TN
Yujin Qin, Ph.D.                     Research Associate, Univ. Miami, Miller School of Medicine

## 30. Departmental, Administrative and Committee Responsibilities:

1986 - present   Director, UM School of Medicine Brain Endowment Bank
1990 - Present   Associate Director, Comprehensive Drug Research Center, UM School of Medicine
1990 - 1994      Medical School Representative, Research Council of the University of Miami
1990 - 1991      Member, Medical Library Committee
1991 - 1992      Vice Chairperson, Medical Library Committee
1992 - 1993      Chairperson, Medical Library Committee
1992 - Present        Member, Graduate Faculty Committee
1993 - 1996      Scientific Advisory Committee
1995 - 1996      General Clinical Research Center, Advisory Committee Member
1996 - 1999      Member, Faculty Senate
1998 - 2002      Chair, University of Miami Intercollegiate Athletics Drug Testing Committee
2001             Search Committee, Chairman of Anesthesia, UM Medical School
2003 - 2005      Search Committee, Parkinson Scholar, Department of Neurology

## 31. Community Service and Activities:

1986 - Present   State of Florida Alzheimer's Disease Initiative - Brain Bank Subcommittee Member
1987 - 1988      Henderson/New Vistas Mental Health Assoc., Human Rights Subcommittee Member
1989 - Present       Alzheimer's Disease Association, Member of the Miami Chapter's Scientific
                     Advisory Committee
1989- Present    Human Subjects Review Board Member, Miami Jewish Home and Hospital for the
                 Aged at Douglas Gardens
1988 - 1990      Commissioner, City of North Bay Village, Florida
1990 - 1992      Commissioner, City of North Bay Village, Florida
1990 - 1991      WMRZ Healthline (Hosted Sunday Radio Shows to Promote Community Awareness of
                 of the UM School of Medicine/JMH Programs of Excellence in Health Care & Research
1988 - 1992      Commissioner, City of North Bay Village, Florida
1992 - 1994      Commissioner, City of North Bay Village, Florida
1994 - 1996      Commissioner, City of North Bay Village, Florida
1992 - Present       Member, Dade County Democratic Executive Committee
1995 - 1997      Member, Health Council of South Florida (Appointed by Metro-Dade County
                 Commission on November 6, 1995)
1997 - Present       Member, Health Council of South Florida (Appointed by Metro-Dade County
                     Commission as of March 1, 1997)
1996 - 1998      Commissioner, City of North Bay Village, Florida
1998 - 2000      Secretary, Health Council of South Florida

34

| 2001 | Nominating Committee Member, Miami-Dade Health Policy Authority. |
| 2000 - 2002 | Chairman, Health Council of South Florida |
| 2002 - 2003 | Nominating Committee, Health Council of South Florida |
| 2203 - 2004 | Miami-Dade County Healthcare Task Force, Member |

35

Legal Cases from
2003-2008

| CASE NAME | LAWYER | |
|---|---|---|
| Betty and Robert Heston vs City of Salina | Michael Brave | 651-248-2809 |
| Commonwealth v. Jerry Marshall | Sam Angel, Federal Defender | 215-928-0520 |
| D & Robert Sapp v Rexall Sundown Inc, Walmart | Mary Kestenbaum, Esq | 813-229-1000 |
| Estate of Adam Hendelson v Johnson and Johnson | Michelle Vargas, Esq. | 305-460-1000 |
| Estate of Benjamin Chin | Andy Carboy, Esq | 212-732-9000 |
| Estate of Bobby Rumph | Lorenzo Williams, Esq | 772-464-2352 |
| Estate of Carlos Dominguez | Richard A. Goetz, P.A | 561-862-4112 |
| Estate of Frederic Giles | Peter Spillis Esq | 305-662-4800 |
| Estate of Gerald J. Dobek | Candice N. Carr, Esq | 954-523-0955 |
| Estate of James Edward " Spencer " Hyde | Marco D Sarnoff | 305-441-5966 |
| Estate of Marilyn Spaugh | Hung V. Nguyen, Esq | 305-441-8900 |
| Estate of Stephen Donaldsen | Marco Salazar, Esq | 305-662-2272 |
| Estate of Susan Hodgemire | E. Caly Parker, P.A | 407-425-4910 |
| Estate of Ursula Strader | Ronald Rodman, Esq | 305-448-8585 |
| John Ryan v. Qualitest Pharmaceuticals. Inc | Haakon Donnelly, Esq | 214-954-9540 |
| Judith Campbell, Malpractice | Michael Skinner, Esq | 972-264-1614 |
| Singley v. Beard | Janel Trivelpiece | (717) 782-3043 |
| State of Fl v. Donald Roper | Steven J. Hammer, P.A. | 954-766-8856 |
| State of Florida v. Dolan Darling | Rose Valdez, Esq | 813-740-3544 |
| State of Florida v. Eric Ellis | Pablo Casasnovas, Esq | 305-545-1884 |
| State of Florida v. John Chamberlain | Amanda Meadows, Esq | 954-713-1284 |
| State of Florida v. John Harris | Terry Lenamon, Esq | 305-579-9090 |
| State of Florida v. Michael Griffin | Terri Backhus. Lead Attorney | 954-713-1284 |
| State of Florida v. Roberto Ochoa | Patrick Naly, Esq | 305-545-1899 |
| State of Florida v. Whitfield | Peter Cannon, Esq | 813-740-3544 |
| State of Florida v. William Reaves | William Hennis, Esq | 954-713-1284 |
| State of Florida vs Joel Diaz | Roseanne Eckert, Assistant CCRC | (954) 713-1284 |
| State of LA V. Ronald Letulier | Eric Gislesohn, Esq | 504-585-7000 |
| State of MA vs. John Lionel Neal, Jr | Beth E. Bookwalter | (617) 526-6862 |
| State of OK v. James Allen Coddington | Jack Fisher, Esq | 405-235-9466 |
| USA vs. Carlos Ayala-Lopez | Bill Matthewman | (561)-416-0170 |
| Jackson Vs Danberg | Megan McCracken | 305 460-1000 |
| Estate of Jorge Godinez v. Stephen Caldwell MD | Dave Ference | 801 466-4266 |
| State of DE vs Jermaine Marlow Wright | James Moreno | (215) 928-0520 |
| Mann vs Taser | Jessie C. Fontenot, Jr. | (404) 888-7423 |
| Burchill vs Johnson and Johnson | Anne M. Kordas, RN, JD | 216-696-4582 |
| State of Fl vs Andre Tabaie | Scott Kotler | 305-461-3627 |
| Mirapex litigation | Craig Thompson | (410) 244-7605 |
| State of PA vs Mark Edwards | Carol Wright | (412) 644-6565 |
| Hodgemire Vs Janssen Pharamaceutica | Scott J. Liotta | (407) 788-2949 |
| Williams vs Taser | Kathleen Anderson | (260) 425-4657 |