FILED

2011 SEP -1 PM 3:02

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

US DISTRICT COURT
MIDDLE DISTRICT OF FL

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

AUG 29 2011

JOHN LEY
CLERK

No. 11-13007-II

AMY SHIRLEY OLIVER,
as Personal Representative of the Estate of
Anthony Carl Oliver, Sr., Deceased, for and on
behalf of the survivors of the Estate of Anthony
Carl Oliver, Sr.,

Plaintiff - Appellant,

versus

LORI FIORINO,
in the official capacity as Orlando Police
Department Officer,
DAVID BURK,
in the official capacity as Orlando Police
Department Office,
TASER INTERNATIONAL, INC.,
a foreign corporation,
CITY OF ORLANDO,
a political subdivision of the State of Florida,

Defendants - Appellees.

Appeal from the United States District Court for the
Middle District of Florida

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R. 42-2(c), this appeal is DISMISSED for want of prosecution
because the appellant Amy Shirley Oliver failed to file record excerpts within the time fixed by

the rules, effective August 29, 2011.

JOHN LEY
Clerk of the United States Court
of Appeals for the Eleventh Circuit

by: Joe Caruso, Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

Deputy Clerk
Atlanta, Georgia

FILED

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

2011 SEP -1 PM 3:02

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 29, 2011

Sheryl L. Loesch
United States District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 11-13007-II
Case Style: Amy Oliver v. Lori Fiorino, et al
District Court Docket No: 6:06-cv-01671-JA-DAB

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c), when an appellant fails to timely file a brief or record excerpts, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 08/16/2011.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

Enclosure(s)

DIS-2CIV Letter and Entry of Dismissal